APPEAL NO. 23-10186-A

---

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

---

REGINA M. BENNETT,
PLAINTIFF/APPELLANT

v.

BUTLER COUNTY BOARD OF EDUCATION, ET AL.,
DEFENDANTS/APPELLEES

---

On Appeal from the United States District Court
For the Middle District of Alabama
Case No.: 2:18-cv-1061-RAH-JTA

---

APPENDIX TO OPENING BRIEF OF THE APPELLANT
VOLUMES I - VII

---

Fred D. Gray, Jr.
GRAY, LANGFORD, SAPP, MCGOWAN,
 GRAY, GRAY & NATHANSON, P.C.
Post Office Box 830239
Tuskegee, Alabama 36083
(334)727-4830 Telephone
(334)727-5877 Facsimile
fgrajr@glsmgn.com

J. Carlton Sims, Jr.
Post Office Box 373
LAW OFFICE OF
 J. CARLTON SIMS, JR.
Post Office Box 373
Montgomery, Alabama 36101
(334)328-2294 Telephone
jcsimslegal@gmail.com

**ATTORNEYS FOR APPELLANT**



# INDEX OF APPENDIX

## VOLUME I

| **Document** | **Page #** |
| --- | --- |
| Index of Appendix | A |
| District Court Docket Sheet | B |
| Complaint | 1 |
| Answer of Butler County Board of Education | 17 |
| Answer of John Strycker | 18 |
| Parties Rule 26(f) Planning Meeting Report | 20 |
| Initial Uniform Scheduling Order | 23 |
| Joint Motion to Amend Deadline to File Amended Pleadings | 29 |
| Joint Motion to Continue Trial/For New Scheduling Order | 30 |
| Unopposed/Joint Motion to Continue Trial and Enter New Sched. Order | 45 |
| Defendants' Supplement to Motion to Continue Trial | 48 |
| Resetting Deadline to Amend Pleadings/Add Parties | 53 |
| Emergency Motion for Protective Order by John Strycker | 55 |
| Order | 56 |
| Order | 57 |
| PL Response and Objection to Strycker's Emergency Motion | 58 |
| PL Post-Hearing Supp. Brief in Opp. to Strycker's Emergency Motion | 59 |
| Order | 60 |

# INDEX OF APPENDIX

## VOLUME II

| Document | Page # |
|---|---|
| Def. Reply to PL Response in Opposition | 65 |
| Notice of Reassignment | 66 |
| First Amended Complaint | 67 |
| Order | 68 |
| Motion for Leave to File Amended Complaint | 69 |
| First Amended Complaint | 69-2 |
| Order | 70 |
| Objection to Plaintiffs' Motion for Leave | 73 |
| Order Denying Plaintiffs' Motion for Leave to Amend | 74 |
| Plaintiff's Motion for More Time to Take Depos of Board Members | 95 |

# INDEX OF APPENDIX

## VOLUME III

| Document | Page # |
|---|---|
| Motion to Reconsider Motion for Leave to Amend | 96 |
| Joint Opposition to Plaintiffs' Motion for More Time | 97 |
| Joint Opposition to Plaintiffs' Motion to Reconsider | 98 |
| Defendants' Objection to Plaintiffs' Motion | 113 |
| Defendants' Joint Motion to Strike Affidavit of Victoria D. Relf | 114 |
| Order Denying Motion to Reconsider | 120 |
| Order | 121 |
| Plaintiffs' 2nd Motion for Leave to File First Amended Complaint | 127 |

# INDEX OF APPENDIX

## VOLUME IV

| Document | Page # |
|---|---|
| Plaintiffs' Motion for Leave to File Supplemental Complaint | 128 |
| Def. Joint Initial Response to PL 2nd Motion for Leave to File | 129 |
| Order | 130 |
| Defendants' Joint Supplemental Response | 133 |
| PL Reply in Opposition to Def. Joint Supplemental Response | 135 |
| Oral Argument Transcript (06/10/20) | 136 |
| Order | 137 |
| Def. Joint Motion for Summary Judgment as to Regina Bennett | 150 |
| Notice of Filing Evidentiary Materials in Support of Def. Joint MSJ (Affidavit of Tina Powell) | 154-8 |
| Notice of Filing Evidentiary Materials in Support of Def. Joint MSJ (Affidavit of Jackie Thornton) | 154-9 |
| Notice of Filing Evidentiary Materials in Support of Def. Joint MSJ (May 17, 2018 BCBOE Board Minutes) | 154-18 |
| Def. Brief in Support of MSJ Against Claims Raised by Shawnda Bell | 156 |
| Def. Brief in Support of MSJ Against Claims Raised by Lenicki Moore | 158 |
| Def. Brief in Support of MSJ Against Claims Raised by Regina Bennett | 159 |
| Notice of Filing Evidentiary Materials in Support of Def. Joint MSJ (Deposition of Regina Bennett) | 162-10 |

# INDEX OF APPENDIX

## VOLUME V

| Document | Page # |
|---|---|
| Notice of Filing Evidentiary Materials in Support of Def. Joint MSJ (Deposition of Regina Bennett) CONTINUED | 162-10 |
| Notice of Filing Evidentiary Materials in Support of Def. Joint MSJ (Bennett 04/26/18 Reassignment Letter) | 162-11 |
| Notice if Filing Evidentiary Materials in Support of Def. Joint MSJ | 163 |
| Notice of Filing Evidentiary Materials in Support of Def. Joint MSJ (Deposition of Shawnda Bell) | 164-2 |
| Notice of Filing Evidentiary Materials in Support of Def. Joint MSJ (Deposition of John Strycker Taken by Joseph West) | 165-8 |
| Notice if Filing Evidentiary Materials in Support of Def. Joint MSJ | 166 |
| Notice of Filing Evidentiary Materials in Support of Def. Joint MSJ (Deposition of Joseph Eiland) | 167-12 |
| Notice of Filing Evidentiary Materials in Support of Def. Joint MSJ (Deposition of Lisa Adair) | 168-1 |
| PL L. Moore's Response in Opposition to Def. Joint MSJ | 175 |

# INDEX OF APPENDIX

## VOLUME VI

| Document | Page # |
|---|---|
| Plaintiff Bell's Portion of Incorporated/Collective Response in Opp to MSJ | 179 |
| Evidentiary Materials in Support of PL Responses in Opp to Def MSJ | 180 |
| PL Bennett's Response in Opposition to Defendants' MSJ | 183-1 |
| Notice of Filing Evidentiary Materials in Support of PL Opp to Def MSJ | 184 |

# INDEX OF APPENDIX

## VOLUME VII

| **Document** | **Page #** |
|---|---|
| Def. Reply in Further Support of Their MSJ Against R. Bennett | 225 |
| PL R. Bennett's Motion to File Surreply | 231 |
| Def. Joint Response to Show Cause Regarding Bennett Motion to Leave | 233 |
| PL Response to Court's Show Cause Order | 235 |
| Order Granting Defendants MSJ – except Bennett race claim | 245 |
| Settlement of Shawnda Bell Case (Stipulation of Dismissal) | 340 |
| Order | 341 |
| Text Order Directing Clerk to Reopen Case | 342 |
| Final Judgment | 343 |
| Bennett Notice of Appeal | 348 |
| Certificate of Service | |



# U.S. District Court
## Alabama Middle District (Montgomery)
## CIVIL DOCKET FOR CASE #: 2:18-cv-01061-RAH-JTA

West et al v. Butler County Board of Education et al
Assigned to: Honorable Judge R. Austin Huffaker, Jr
Referred to: Magistrate Judge Jerusha T. Adams
Case in other court: 22-12657-A
       23-10186-A
Cause: 42:2000 Job Discrimination (Race)

Date Filed: 12/20/2018
Date Terminated: 12/16/2022
Jury Demand: Plaintiff
Nature of Suit: 442 Civil Rights: Jobs
Jurisdiction: Federal Question

**Plaintiff**

**Joseph West**          represented by  **Charles E. Calloway**
The Calloway Law Firm LLC
P O Box 230044
Montgomery, AL 36123
334-603-1230
Email: charlescallowayattorneyatlaw@gmail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Fred Jr. David Gray**
Gray Langford Sapp McGowan Gray Gray &
Nathanson PC
PO Box 830239
Tuskegee, AL 36083
334-727-4830
Fax: 334-727-5877
Email: fgrayjr@glsmgn.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Carlton Sims , Jr.**
Law Office of J. Carlton Sims, Jr.
P.O. Box 373
Montgomery, AL 36101
334-328-2294
Email: jcsimslegal@gmail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Monica Leonette Arrington**
Arrington & Arrington Attorney at Law
P.O. Box 250091
Montgomery, AL 36125
334-270-2007
Fax: 334-270-2720
Email: arringtonmon@aol.com
*TERMINATED: 01/11/2023*

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stanley Fitzgerald Gray**
Gray Langford Sapp McGowan Gray &
Nathanson
PO Box 830239
Tuskegee, AL 36083-0239
334-727-4830
Fax: 334-727-5877
Email: sgray@glsmgn.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Victoria Denise Relf**
Imani Global Law, LLC
P.O. Box 4010
Montgomery, AL 36103-4010
334-219-0099
Email: victoria@imanilegal.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Margaret West**          represented by **Charles E. Calloway**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Fred Jr. David Gray**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Carlton Sims , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Monica Leonette Arrington**
(See above for address)
*TERMINATED: 01/11/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stanley Fitzgerald Gray**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Victoria Denise Relf**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Regina M. Bennett**                    represented by **Charles E. Calloway**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Fred Jr. David Gray**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Carlton Sims , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Monica Leonette Arrington**
(See above for address)
*TERMINATED: 01/11/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stanley Fitzgerald Gray**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Victoria Denise Relf**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Willie Thornton**                    represented by **Charles E. Calloway**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Fred Jr. David Gray**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Carlton Sims , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Monica Leonette Arrington**
(See above for address)
*TERMINATED: 01/11/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Stanley Fitzgerald Gray
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Victoria Denise Relf
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lenicki Moore**                    represented by    **Charles E. Calloway**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Fred Jr. David Gray**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Carlton Sims , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Monica Leonette Arrington**
(See above for address)
*TERMINATED: 01/11/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stanley Fitzgerald Gray**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Victoria Denise Relf**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Shawnda Bell**                     represented by    **Charles E. Calloway**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Fred Jr. David Gray**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Carlton Sims , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Monica Leonette Arrington**
(See above for address)
*TERMINATED: 01/11/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stanley Fitzgerald Gray**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Victoria Denise Relf**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**V.**

**Defendant**

**Butler County Board of Education**                represented by    **Allison Alford Ingram**
Ball Ball Matthews & Novak PA
P O Box 2148
Montgomery, AL 36102
334-387-7680
Fax: 334-387-3222
Email: ALA@ball-ball.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Robert Seale**
Hill Hill Carter Franco Cole & Black PC
PO Box 116
Montgomery, AL 36101-0116
334-834-7600
Fax: 334-263-5969
Email: jrs@hillhillcarter.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Warren Marsh**
Ball, Ball, Matthews & Novak, P.A.
445 Dexter Avenue; Suite 9045
Montgomery, AL 36104
334-387-7680
Fax: 334-387-3222
Email: jmarsh@ball-ball.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Lewis Steiner Hamilton
Powell & Hamilton
PO Drawer 9
Greenville, AL 36037-0009
334-382-3372
Fax: 334-382-2770
Email: pete@powellandhamilton.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alicia Fritz Bennett**
Hill, Hill, Carter, Franco, Cole & Black, P.C.
31 Inverness Center Parkway; Suite 120
Birmingham, AL 35242
205-271-1780
Fax: 205-271-1799
Email: abennett@hillhillcarter.com
*ATTORNEY TO BE NOTICED*

<u>Defendant</u>

**Linda Hamilton**
*individually and in her official capacity*
*as a member of the Butler County*
*Board of Education*

represented by **Allison Alford Ingram**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Robert Seale**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Warren Marsh**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lewis Steiner Hamilton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alicia Fritz Bennett**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>Defendant</u>

**Mickey Jones**
*individually and in his official capacity*
*as a member of the Butler County*
*Board of Education*

represented by **Allison Alford Ingram**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Robert Seale**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**John Warren Marsh**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lewis Steiner Hamilton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alicia Fritz Bennett**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Defendant**</u>

**Michael Nimmer**
*individually and in his official capacity*
*as a member of the Butler County*
*Board of Education*

represented by **Allison Alford Ingram**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Robert Seale**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Warren Marsh**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lewis Steiner Hamilton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alicia Fritz Bennett**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Defendant**</u>

**Lois Robinson**
*Individually and in her official capacity*
*as a member of the Butler County*
*Board of Education*

represented by **Allison Alford Ingram**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Robert Seale**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Warren Marsh**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lewis Steiner Hamilton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alicia Fritz Bennett**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Defendant**</u>
**Brandon Sellers**
*individually and in his official capacity*
*as a member of the Butler County*
*Board of Education*

represented by **Allison Alford Ingram**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Robert Seale**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Warren Marsh**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lewis Steiner Hamilton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alicia Fritz Bennett**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Defendant**</u>
**John Strycker**
*in his official capacity Superintendent*
*of Education for the Butler County*
*Board of Education*

represented by **Allison Alford Ingram**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Holbrook Emfinger Reid**
Ball Ball Mathews & Novak PA
445 Dexter Avenue; Suite 9045
Montgomery, AL 36104
334-387-7680
Fax: 334-387-3222
Email: bemfinger@ball-ball.com
*TERMINATED: 05/20/2019*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Robert Seale**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Warren Marsh**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Joseph Eiland**
*in his official capacity as the current*
*Superintendent of Education for the*
*Butler County Board of Education*

represented by **Allison Alford Ingram**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Robert Seale**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Warren Marsh**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Select all / clear | Sort Order | Docket Text |
|---|---|---|---|---|
| 12/20/2018 | 1 ⊞ | ☐ | | COMPLAINT against Butler County Board of Education, Linda Hamilton, Mickey Jones, Michael Nimmer, Lois Robinson, Brandon Sellers, John Strycker ( Filing fee $ 400.00 receipt number 4602051821.), filed by Lenicki Moore, Margaret West, Joseph West, Regina M. Bennett, Willie Thornton, Shawnda Bell. (Attachments: # 1 Civil Cover Sheet, # 2 Filing Fee Receipt)(kh, ) (Entered: 12/26/2018) |
| 12/20/2018 | | ☐ | | DEMAND for Trial by Jury by Shawnda Bell, Regina M. Bennett, Lenicki Moore, Willie Thornton, Joseph West, Margaret West. (no pdf document attached to this entry - see docket entry 1 for pdf) (kh, ) (Entered: 12/26/2018) |
| 12/20/2018 | 2 | ☐ | | Corporate/Conflict Disclosure Statement by Joseph West. (kh, ) (Entered: 12/26/2018) |
| 12/27/2018 | 3 | ☐ | | Summons Issued as to Butler County Board of Education, Linda Hamilton, Mickey Jones, Michael Nimmer, Lois Robinson, Brandon Sellers, John Strycker and mailed CMRRR with copy of 1 complaint. (kh, ) (Entered: 12/27/2018) |
| 01/07/2019 | 4 | ☐ | | Return Receipt Card showing service of Summons and 1 Complaint signed by A.K. for Butler County Board of Education served on 1/4/2019, answer due 1/25/2019; Linda Hamilton served on 1/4/2019, answer due 1/25/2019; Mickey Jones served on 1/4/2019, answer due 1/25/2019; Michael Nimmer served on |

| | | | | |
|---|---|---|---|---|
| | | ☐ | | 1/4/2019, answer due 1/25/2019; Lois Robinson served on 1/4/2019, answer due 1/25/2019; Brandon Sellers served on 1/4/2019, answer due 1/25/2019; John Strycker served on 1/4/2019, answer due 1/25/2019. (kh, ) (Entered: 01/08/2019) |
| 01/15/2019 | 5 ⊞ | ☐ | | Notice of Deficiency requiring filing of Corporate Disclosure/Conflict Statement sent to Shawnda Bell, Regina M. Bennett, Lenicki Moore, Willie Thornton, and Margaret West Corporate Disclosures due by 1/25/2019. (Attachments: # 1 Corporate/Conflict Attachment)(kh, ) (Entered: 01/15/2019) |
| 01/16/2019 | 6 | ☐ | | Corporate/Conflict Disclosure Statement by Regina M. Bennett re 5 Notice of Deficiency requiring filing of Corporate Disclosure/Conflict Statement. (Relf, Victoria) Modified on 1/17/2019 to create the docket entry relationship (kh, ). (Entered: 01/16/2019) |
| 01/16/2019 | 7 | ☐ | | Corporate/Conflict Disclosure Statement by Shawnda Bell re 5 Notice of Deficiency requiring filing of Corporate Disclosure/Conflict Statement. . (Relf, Victoria) Modified on 1/17/2019 to create the docket entry relationship. (kh, ). (Entered: 01/16/2019) |
| 01/16/2019 | 8 | ☐ | | Corporate/Conflict Disclosure Statement by Margaret West re 5 Notice of Deficiency requiring filing of Corporate Disclosure/Conflict Statement. (Relf, Victoria) Modified on 1/17/2019 to create the docket entry relationship (kh, ). (Entered: 01/16/2019) |
| 01/16/2019 | 9 | ☐ | | Corporate/Conflict Disclosure Statement by Willie Thornton re 5 Notice of Deficiency requiring filing of Corporate Disclosure/Conflict Statement. (Relf, Victoria) Modified on 1/17/2019 to create the docket entry relationship.(kh, ). (Entered: 01/16/2019) |
| 01/16/2019 | 10 | ☐ | | Corporate/Conflict Disclosure Statement by Lenicki Moore 5 Notice of Deficiency requiring filing of Corporate Disclosure/Conflict Statement. (Relf, Victoria) Modified on 1/17/2019 to create the docket entry relationship.(kh, ). (Entered: 01/16/2019) |
| 01/23/2019 | 11 | ☐ | | MOTION for Extension of Time to File *[Unopposed]* by Butler County Board of Education, Linda Hamilton, Mickey Jones, Michael Nimmer, Lois Robinson, Brandon Sellers, John Strycker. (Seale, James) (Entered: 01/23/2019) |
| 01/23/2019 | 12 | ☐ | | Corporate/Conflict Disclosure Statement by Butler County Board of Education, Linda Hamilton, Mickey Jones, Michael Nimmer, Lois Robinson, Brandon Sellers, John Strycker. (Seale, James) (Entered: 01/23/2019) |
| 01/23/2019 | 13 | ☐ | | Corporate/Conflict Disclosure Statement by Butler County Board of Education, Linda Hamilton, Michael Nimmer, Lois Robinson, Brandon Sellers, John Strycker. (Seale, James) (Entered: 01/23/2019) |
| 01/23/2019 | 14 | ☐ | | **TEXT ORDER granting 11 Motion for Extension of Time to File. Signed by Honorable Judge Myron H. Thompson on** |

| | | | | |
|---|---|---|---|---|
| | | ☐ | | 1/23/2018. (no pdf document attached to this entry)(kh, ) (Entered: 01/23/2019) |
| 02/01/2019 | <u>15</u> | ☐ | | MOTION for Extension of Deadline February 6, 2019 by John Strycker. (Reid, Holbrook) (Entered: 02/01/2019) |
| 02/01/2019 | 16 | ☐ | | **TEXT ORDER granting <u>15</u> Motion for Extension of Time; extending the deadline for filing a response to the complaint to February 6, 2019. Signed by Honorable Judge Myron H. Thompson on 2/1/2019. (no pdf document attached to this entry)(kh, )** (Entered: 02/01/2019) |
| 02/01/2019 | <u>17</u> | ☐ | | ANSWER to <u>1</u> Complaint, by Butler County Board of Education, Linda Hamilton, Mickey Jones, Michael Nimmer, Lois Robinson, Brandon Sellers.(Seale, James) (Entered: 02/01/2019) |
| 02/04/2019 | | ☐ | | ***Attorney Lewis Steiner Hamilton for Butler County Board of Education,Linda Hamilton, Mickey Jones,Michael Nimmer,Lois Robinson, and Brandon Sellers added pursuant to the <u>17</u> answer. (kh, ) (Entered: 02/04/2019) |
| 02/06/2019 | <u>18</u> | ☐ | | ANSWER to Complaint by John Strycker.(Reid, Holbrook) (Entered: 02/06/2019) |
| 02/07/2019 | <u>19</u> | ☐ | | **RULE 26(f) ORDER: ORDERED that the Rule 26(f) report containing the discovery plan shall be filed as soon as practicable but not later than February 28, 2019, as further set out in order. Signed by Honorable Judge Myron H. Thompson on 2/7/2019. (kh, )** (Entered: 02/07/2019) |
| 02/28/2019 | <u>20</u> | ☐ | | REPORT of Rule 26(f) Planning Meeting. (Seale, James) (Entered: 02/28/2019) |
| 03/05/2019 | 21 | ☐ | | **TEXT ORDER setting Telephone Conference set for 3/5/2019, at 02:45 PM, by telephone, before Honorable Judge Myron H. Thompson. Signed by Honorable Judge Myron H. Thompson on 3/5/2019. (furn: calendar, ag)(no pdf document attached to this email)(kh, )** (Entered: 03/05/2019) |
| 03/05/2019 | <u>22</u> | ☐ | | Minute Entry for proceedings held before Honorable Judge Myron H. Thompson: Telephone Conference held on 3/5/2019 (PDF available for court use only). (Recording Time 2:54 - 3:25.) (ag, ) (Entered: 03/06/2019) |
| 03/06/2019 | <u>23</u> | ☐ | | UNIFORM SCHEDULING ORDER: **Final Pretrial Conference set for 7/16/2020, in Montgomery, AL, before Honorable Judge Myron H. Thompson; Jury Trial set for 8/24/2020, at 10:00 AM, in Montgomery, Alabama, before Honorable Judge Myron H. Thompson; Dispositive and Daubert Motions due by 1/17/2020; Mediation Notice due by 12/27/2019; Amended Pleadings due by 8/30/2019; Discovery due by 12/20/2019, as further set out in order. Signed by Honorable Judge Myron H. Thompson on 3/6/2019. (furn: calendar, ag)(kh, )** (Entered: 03/06/2019) |
| 03/27/2019 | <u>24</u> | ☐ | | NOTICE of Appearance by Charles E. Calloway on behalf of All Plaintiffs (Calloway, Charles) (Entered: 03/27/2019) |

| 05/16/2019 | 25 | ☐ | | NOTICE of Appearance by John Warren Marsh on behalf of John Strycker (Marsh, John) (Entered: 05/16/2019) |
|---|---|---|---|---|
| 05/16/2019 | 26 | ☐ | | NOTICE of Appearance by Allison Alford Ingram on behalf of John Strycker (Ingram, Allison) (Entered: 05/16/2019) |
| 05/20/2019 | 27 | ☐ | | MOTION to Withdraw as Attorney by John Strycker. (Reid, Holbrook) (Entered: 05/20/2019) |
| 05/20/2019 | 28 | ☐ | | **TEXT ORDER granting 27 Motion to Withdraw as Attorney. Signed by Honorable Judge Myron H. Thompson on 5/20/2019. (no pdf document attached to this entry)(kh, ) (Entered: 05/20/2019)** |
| 05/20/2019 | | ☐ | | \*\*\* Attorney Holbrook Emfinger Reid terminated pursuant to the court's 28 text order. (no pdf document attached to this entry) (kh, ) (Entered: 05/20/2019) |
| 05/28/2019 | 29 | ☐ | | MOTION for Extension of Deadline to file amendments to pleadings by Shawnda Bell, Regina M. Bennett, Lenicki Moore, Willie Thornton, Joseph West, Margaret West, Butler County Board of Education, John Strycker. (Gray, Fred Jr.) Modified on 5/29/2019 to add as filed on behalf of additional parties (kh, ). (Entered: 05/28/2019) |
| 05/29/2019 | 30 | ☐ | | **ORDERED as follows: (1) The joint motion to extend the deadline to file amendments to the pleadings (doc. no. 29 ) is granted. (2) The uniform scheduling order (doc. no. 23 ) is modified in the following respect only: the deadline for amendments to the pleadings is extended from August 30, 2019, to October 11, 2019. Signed by Honorable Judge Myron H. Thompson on 5/29/2019. (kh, ) (Entered: 05/29/2019)** |
| 06/11/2019 | 31 ⊞ | ☐ | | NOTICE by Lenicki Moore (Attachments: # 1 Exhibit EEOC Right to Sue Ltr)(Sims, James) (Entered: 06/11/2019) |
| 06/24/2019 | 32 ⊞ | ☐ | | NOTICE by Willie Thornton *of EEOC Right to Sue* (Attachments: # 1 Exhibit EEOC Right to Sue Ltr)(Sims, James) (Entered: 06/24/2019) |
| 08/02/2019 | 33 ⊞ | ☐ | | MOTION for Protective Order by Butler County Board of Education, John Strycker, Linda Hamilton, Mickey Jones, Michael Nimmer, Lois Robinson, and Brandon Sellers. (Attachments: # 1 Text of Proposed Order Protective Order)(Seale, James) Modified on 8/12/2019 to add as filed on behalf of additional parties (kh, ). (Entered: 08/02/2019) |
| 08/12/2019 | 34 | ☐ | | **ORDER granting 33 Motion for Protective Order, as further set out in order. Signed by Honorable Judge Susan Russ Walker on 8/12/2019.(kh, ) (Entered: 08/12/2019)** |
| 09/03/2019 | 35 ⊞ | ☐ | | MOTION for Extension of Deadline Extended Time for Deposition of Plaintiffs by Butler County Board of Education, Linda Hamilton, Mickey Jones, Michael Nimmer, Lois Robinson, Brandon Sellers, John Strycker. (Attachments: # 1 Exhibit Exhibit 1)(Seale, James) (Entered: 09/03/2019) |

| 09/05/2019 | 36 | ☐ | | RESPONSE in Opposition re 35 MOTION for Extension of Deadline Extended Time for Deposition of Plaintiffs filed by Shawnda Bell, Regina M. Bennett, Lenicki Moore, Willie Thornton, Joseph West, Margaret West. (Relf, Victoria) (Entered: 09/05/2019) |
| --- | --- | --- | --- | --- |
| 09/05/2019 | 37 | ☐ | | **TEXT ORDER : Telephone Conference set for 9/5/2019, at 04:30 PM, by telephone before Honorable Judge Myron H. Thompson. Signed by Honorable Judge Myron H. Thompson on 9/5/2019. (no pdf document attached to this entry)(kh, )** (Entered: 09/05/2019) |
| 09/05/2019 | 38 | ☐ | | Minute Entry for proceedings held before Honorable Judge Myron H. Thompson: Telephone Conference held on 9/5/2019 (PDF available for court use only). (Recording Time 4:36 - 4:49.) (ag, ) (Entered: 09/05/2019) |
| 09/06/2019 | 39 | ☐ | | **ORDER: Based on the representations made on the record on September 5, 2019, it is ORDERED that defendant's motion for extended time for deposition of plaintiffs (doc. no. 35) is granted to the following extent: (1) Defendants shall have a total of 42 hours to take plaintiffs' depositions. Defendants may allocate the 42 hours among the plaintiffs in any way. (2) Each plaintiff shall be paid for time spent attending his or her own deposition, but not for time spent attending another plaintiff's deposition. Signed by Honorable Judge Myron H. Thompson on 9/6/2019. (kh, )** (Entered: 09/06/2019) |
| 09/09/2019 | 40 | ☐ | | Supplemental MOTION for Protective Order by Shawnda Bell, Regina M. Bennett, Lenicki Moore, Willie Thornton, Joseph West, Margaret West. (Relf, Victoria) (Entered: 09/09/2019) |
| 09/09/2019 | 41 | ☐ | | Minute Entry for proceedings held: Telephone Conference held on 9/9/2019 (PDF available for court use only). (Recording Time 10:35 - 11:02) (cs, ) (Entered: 09/09/2019) |
| 09/09/2019 | | ☐ | | ORAL MOTION for Protective Order by Shawnda Bell, Regina M. Bennett, Lenicki Moore, Willie Thornton, Joseph West, Margaret West. (No PDF Attached see Docket entry 41 ). (cs, ) (Entered: 09/09/2019) |
| 09/09/2019 | 42 | ☐ | | **ORDERED that plaintiffs' oral motion for protective order is GRANTED to the extent that Eiland is prohibited from being present in the room during Thornton's deposition. However, the court will allow defense counsel two breaks of up to 15 minutes each for the sole purpose of consulting with Eiland, either in person or by telephone,regarding the deposition. These breaks will not count against the time allowed for the depositions of the plaintiffs. It is further ORDERED that the oral motion is DENIED to the extent it seeks to prohibit Eiland from entering the room during any other plaintiffs deposition. Plaintiffs have not made specific and particularized showings of how his presence would affect any plaintiff other than Thornton. It is further ORDERED that plaintiffs' "supplemental motion," Doc. 40 , is DENIED as MOOT.** |

| | | | | |
|---|---|---|---|---|
| | | | | Signed by Honorable Judge Susan Russ Walker on 9/9/2019. (kh, ) (Entered: 09/09/2019) |
| 09/09/2019 | 43 ⊞ | ☐ | | RESPONSE to Motion re 40 Supplemental MOTION for Protective Order , MOTION for Protective Order *to Exclude Non-Party from Deposition and Motion to Reconsider Doc. 42* filed by John Strycker. (Attachments: # 1 Exhibit 1)(Marsh, John) (Entered: 09/09/2019) |
| 09/09/2019 | | ☐ | | MOTION for Reconsideration re Doc No. 42 by John Strycker. (no pdf document attached to this entry - see docket entry 43 for pdf) (kh, ) (Entered: 09/10/2019) |
| 09/10/2019 | 44 | ☐ | | **TEXT ORDER denying 43 Motion for Reconsideration. Signed by Honorable Judge Susan Russ Walker on 9/10/2019. (no pdf document attached this entry)(kh, ) (Entered: 09/10/2019)** |
| 09/16/2019 | 45 | ☐ | | Joint MOTION to Continue , MOTION for New Trial *and Entrance of New Scheduling Order* by Butler County Board of Education, Linda Hamilton, Mickey Jones, Michael Nimmer, Lois Robinson, Brandon Sellers. (Seale, James) (Entered: 09/16/2019) |
| 09/17/2019 | 46 ⊞ | ☐ | | MOTION to Compel Compliance with Initial Disclosures and MOTION for Leave to Reconvene Deposition(s), *or Alternatively,* MOTION to Stay Depositions by Butler County Board of Education, Linda Hamilton, Mickey Jones, Michael Nimmer, Lois Robinson, Brandon Sellers. (Attachments: # 1 Exhibit 1 - 3/19/2019 - Plaintiffs' Initial Disclosures, # 2 Exhibit 2 - 3/25/2019 - Correspondence to Plaintiffs' Counsel Regarding Deficiencies in Their Initial Disclosures, # 3 Exhibit 3 - 3/25/2019 - Notice Duces Tecum to Plaintiff, # 4 Exhibit 4 - 4/18/2019 - Correspondence to Plaintiffs' Counsel Regarding Motion to Compel if Initial Disclosures Were Not Received, # 5 Exhibit 5 - 4/26/2019 - Correspondence to Defendants' Counsel Advising Supplemental Initial Disclosures Should be Submitted Within 10 Days, # 6 Exhibit 6 - 4/26/2019 - Correspondence to Plaintiffs' Counsel Advising That 10 Days Was Acceptable, # 7 Exhibit 7 - 5/10/2019 - Plaintiffs' Supplemental Initial Disclsoures, # 8 Exhibit 8 - 5/24/2019 - Email Regarding Conference Call Held Between All Party Counsel, # 9 Exhibit 9 - 8/16/2019 - Email from Plaintiffs' Counsel Regarding Discovery Respones)(Seale, James) Added MOTION for Leave to Reconvene Deposition(s) on 9/18/2019 (amf, ). (Entered: 09/17/2019) |
| 09/17/2019 | 47 | ☐ | | NOTICE of Appearance by Alicia Fritz Bennett on behalf of Butler County Board of Education, Linda Hamilton, Mickey Jones, Michael Nimmer, Lois Robinson, Brandon Sellers (Bennett, Alicia) (Entered: 09/17/2019) |
| 09/17/2019 | 48 | ☐ | | Supplemental MOTION to Amend/Correct 45 Joint MOTION to Continue MOTION for New Trial *and Entrance of New Scheduling Order by Defendants* by Butler County Board of Education, Linda Hamilton, Mickey Jones, Michael Nimmer, Lois Robinson, Brandon Sellers. (Seale, James) (Entered: 09/17/2019) |
| 09/18/2019 | 49 | ☐ | | **ORDER re 46 MOTION to Compel Compliance with Initial Disclosures and MOTION for Leave to Reconvene** |

| | | | | |
|---|---|---|---|---|
| | | ☐ | | Deposition(s), or Alternatively, **MOTION to Stay Depositions**; it is hereby ORDERED that plfs shall respond on or before close of business on Friday, 9/20/2019. Signed by Honorable Judge Susan Russ Walker on 9/18/2019. (amf, ) (Entered: 09/18/2019) |
| 09/20/2019 | 50 ⊞ | ☐ | | RESPONSE to Motion re 46 MOTION to Compel Compliance with Initial DisclosuresMOTION to Stay DepositionsMOTION for Leave to Reconvene Deposition(s) filed by Shawnda Bell, Regina M. Bennett, Lenicki Moore, Willie Thornton, Joseph West, Margaret West. (Attachments: # 1 Exhibit Exhibit 1-TRANSCRIPT RE DAMAGES, # 2 Exhibit Exhibit 2-PLAINTIFFS AMENDED SUPPLEMENTAL INITIAL DISCLOSURES)(Relf, Victoria) (Entered: 09/20/2019) |
| 09/20/2019 | 51 | ☐ | | REPLY to Response to Motion re 46 MOTION to Compel Compliance with Initial DisclosuresMOTION to Stay DepositionsMOTION for Leave to Reconvene Deposition(s) *[JOINT]* filed by Butler County Board of Education, Linda Hamilton, Mickey Jones, Michael Nimmer, Lois Robinson, Brandon Sellers. (Seale, James) (Entered: 09/20/2019) |
| 09/23/2019 | 52 | ☐ | | **ORDERED that the motion (Doc. 46 ) is DENIED as MOOT. Signed by Honorable Judge Susan Russ Walker on 9/23/2019. (kh, ) (Entered: 09/23/2019)** |
| 10/02/2019 | 53 | ☐ | | **ORDERED as follows: (1) The joint motion to continue trial and enter a new uniform scheduling order (doc. no. 45 ) and the supplemental motion (doc. no. 48 ) are granted. (2) The uniform scheduling order (doc. no. 23 ) is modified in the following respects: (A) The pretrial is reset from July 16, 2020, to October 29, 2020, and the trial is reset from August 24, 2020, to the term of court beginning on December 7, 2020, at 10:00 a.m., with all unexpired deadlines expressly tied to these two dates adjusted accordingly. (B) The deadline for filing dispositive and Daubert motions is reset from January 17, 2020, to May 1, 2020. (C) The deadlines for completing discovery and for the parties' settlement conference are reset from December 20, 2019, to April 3, 2020.(D) The deadline for amended pleadings and adding parties are reset from October 11, 2019, to December 17, 2019. (E) All other deadlines are unchanged. Signed by Honorable Judge Myron H. Thompson on 10/2/2019. (furn:ag, calendar) (term: PTC set for July 16, 2020; JT set for August 24, 2020)(kh, ) (Entered: 10/02/2019)** |
| 11/12/2019 | 54 | ☐ | | MOTION for Order , MOTION Plaintiffs' Counsel to Report Attorneys' Fees and Expenses on Behalf of Each Party Plaintiff by Butler County Board of Education, Linda Hamilton, Mickey Jones, Michael Nimmer, Lois Robinson, Brandon Sellers. (Seale, James) (Entered: 11/12/2019) |
| 11/14/2019 | | ☐ | | Case Reassigned to Honorable Judge Jerusha T. Adams; Honorable Judge Susan Russ Walker no longer assigned to the case as referral judge. (kh, ) (Entered: 11/14/2019) |
| 11/18/2019 | 55 ⊞ | ☐ | | Emergency MOTION for Protective Order by John Strycker. (Attachments: # 1 Exhibit Statement of Counsel, # 2 Exhibit |

| | | | | Amended Notice Duces Tecum of Dr. John Strycker, by Plaintiff Moore, dated October 18, 2019, # 3 Exhibit Cross-Notice of Taking Deposition of Dr. John Strycker, by Butler County Board of Education, dated October 25, 2019, # 4 Exhibit Amended Notice Duces Tecum of Dr. John Strycker, by Plaintiff Thornton, dated October 18, 2019, # 5 Exhibit Cross-Notice of Taking Deposition of Dr. John Strycker, by Butler County Board of Education, dated October 25, 2019, # 6 Exhibit Amended Notice Duces Tecum of Dr. John Strycker, by Plaintiff Bell, dated October 18, 2019, # 7 Exhibit Cross-Notice of Taking Deposition of Dr. John Strycker, by Butler County Board of Education, dated October 25, 2019, # 8 Exhibit Amended Notice Duces Tecum of Dr. John Strycker, by Plaintiff Bennett, dated October 18, 2019, # 9 Exhibit Cross-Notice of Taking Deposition of Dr. John Strycker, by Butler County Board of Education, dated October 25, 2019, # 10 Exhibit Email from Charles Calloway to John Marsh, Regarding Rescheduling Depositions of Dr. Strycker, dated November 12, 2019, # 11 Exhibit Email from Charles Calloway to John Marsh, Forwarding Amended Deposition Notices of Dr. John Strycker, dated November 12, 2019, # 12 Exhibit Email from John Marsh to Charles Calloway, Regarding Amended Deposition Notices of Dr. John Strycker, dated November 12, 2019, # 13 Exhibit Letter from Fred Gray to Defense Counsel Advising of Unavoidable Conflicts, dated November 15, 2019, # 14 Exhibit Email from John Marsh to Fred Gray Advising of First Communication Regarding Unavoidable Conflicts, Cross-Notices of Depositions, and Intention to Memorialize Events, dated November 15, 2019, # 15 Exhibit Affidavit of John Strycker)(Marsh, John) (Entered: 11/18/2019) |
|---|---|---|---|---|
| 11/19/2019 | 56 | ☐ | | **ORDER directing that, on or before 11/20/2019, plfs shall file a written response to SHOW CAUSE why the 55 Emergency Motion for Protective Order should not be granted; def Strycker may file a reply on or before 11/21/2019. Signed by Honorable Judge Jerusha T. Adams on 11/19/19. (djy, )** (Entered: 11/19/2019) |
| 11/19/2019 | 57 | ☐ | | **ORDER directing that, on or before 12/3/2019, plfs shall file a written response TO SHOW CAUSE why defs' 54 Motion for plfs' counsel to report attorneys' fees and expenses on behalf of each party plf should not be granted; defs may file a reply on or before 12/10/2019. Signed by Honorable Judge Jerusha T. Adams on 11/19/19. (djy, )** (Entered: 11/19/2019) |
| 11/20/2019 | 58 ⊞ | ☐ | | RESPONSE and OBJECTION to def's 55 Emergency MOTION for Protective Order filed by Lenicki Moore. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13) (Sims, James) Modified on 11/21/2019 to clarify text to reflect also as OBJECTION (qc/djy, ). (Entered: 11/20/2019) |
| 11/21/2019 | 59 ⊞ | ☐ | | REPLY to Response to Motion re 55 Emergency MOTION for Protective Order filed by John Strycker. (Attachments: # 1 Exhibit |

| | | | | 3- Emails Between Seale and Arrington)(Marsh, John) (Entered: 11/21/2019) |
|---|---|---|---|---|
| 11/26/2019 | 60 | ☐ | | **ORDER: The matters before the court are Defendant John Strycker's Emergency Motion for Protective Order (Doc. No. 55 ), Plaintiffs' Response and Objection thereto (Doc. No. 58 ), and Defendant's Reply (Doc. No. 59 ). Upon consideration of these pending matters, it is ORDERED that oral argument is set for December 5, 2019 at 9:30 a.m. in Courtroom 4B, Frank M. Johnson, Jr. United States Courthouse, One Church Street, Montgomery, Alabama. Signed by Honorable Judge Jerusha T. Adams on 11/26/2019. (furn: kr, calendar)(kh, ) (Entered: 11/26/2019)** |
| 12/03/2019 | 61 | ☐ | | RESPONSE in Opposition re 54 MOTION for Order MOTION Plaintiffs' Counsel to Report Attorneys' Fees and Expenses on Behalf of Each Party Plaintiff filed by Lenicki Moore. (Sims, James) (Entered: 12/03/2019) |
| 12/05/2019 | 62 | ☐ | | **TEXT ORDER directing Plaintiffs Counsel to file supplemental brief supporting their position that Defendant Strykers deposition should be held in Alabama due to rescheduling of deposition. Brief to be filed no later than 5:00 p.m. on Friday, December 6, 2019. Signed by Honorable Judge Jerusha T. Adams on 12/5/2019. (no pdf document attached to this etnry)(kh, ) (Entered: 12/05/2019)** |
| 12/05/2019 | 63 | ☐ | | Minute Entry for proceedings held before Honorable Judge Jerusha T. Adams: Oral Argument held on 12/5/2019 re 55 Emergency Motion for Protective Order (PDF available for court use only). (Recording Time 9:33-11:13.) (kr, ) (Entered: 12/06/2019) |
| 12/06/2019 | 64 | ☐ | | BRIEF/MEMORANDUM in Support re 58 Response in Opposition to Motion, *(DOC. 55)* filed by Shawnda Bell, Regina M. Bennett, Lenicki Moore, Willie Thornton, Joseph West, Margaret West. (Relf, Victoria) (Entered: 12/06/2019) |
| 12/10/2019 | 65 ⊡ | ☐ | | REPLY BRIEF re 64 BRIEF/MEMORANDUM in Support filed by Butler County Board of Education, Linda Hamilton, Mickey Jones, Michael Nimmer, Lois Robinson, Brandon Sellers. (Attachments: # 1 Exhibit A)(Bennett, Alicia) (Entered: 12/10/2019) |
| 12/17/2019 | 66 | ☐ | | Case Reassigned to Honorable Judge R. Austin Huffaker, Jr.; Honorable Judge Myron H. Thompson no longer assigned to the case as presiding judge. (kh, ) (Entered: 12/17/2019) |
| 12/17/2019 | 67 ⊡ | ☐ | | (LEAVE OF COURT FOR FILING DENIED PURSUANT TO 74 ORDER) AMENDMENT TO COMPLAINT against All Defendants, filed by Lenicki Moore, Margaret West, Joseph West, Regina M. Bennett, Willie Thornton, Shawnda Bell.(Relf, Victoria) (Additional attachment(s) added on 12/19/2019: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J) (kh, ). Modified on 3/6/2020 (QC/djy, ). (Entered: 12/18/2019) |

| Date | No. | | | Description |
|------|-----|---|---|-------------|
| 12/18/2019 | 68 | ☐ | | **ORDER denying def John Strycker's 55 Emergency Motion for Protective Order, as further set out in order; directing the parties to commence good faith discussions regarding the resumption of Dr. Strycker's depositions in accordance with the Guidelines to Civil Discovery Practice in the Middle District of Alabama. Signed by Honorable Judge Jerusha T. Adams on 12/18/19. (djy, ) (Entered: 12/18/2019)** |
| 12/18/2019 | 69 ⊞ | ☐ | | MOTION for Leave to File *Amended Complaint* by Shawnda Bell, Regina M. Bennett, Lenicki Moore, Willie Thornton, Joseph West, Margaret West. (Attachments: # 1 Plaintiffs' 1st Amended Complaint, # 2 Exhibit Exhibits to Plaintiffs' 1st Amended Complaint)(Relf, Victoria) (Entered: 12/18/2019) |
| 12/20/2019 | 70 | ☐ | | **ORDERED that, on or before January 2, 2020, Defendants shall show cause why the 69 Motion should not be granted. Signed by Honorable Judge R. Austin Huffaker, Jr on 12/20/2019. (kh, ) (Entered: 12/20/2019)** |
| 12/23/2019 | 71 | ☐ | | MOTION for Extension of Deadline Defendants' Unopposed Joint Motion for Brief Extension of Time to file Response to Plaintiffs' Motion to Amend the Complaint by Butler County Board of Education, Linda Hamilton, Mickey Jones, Michael Nimmer, Lois Robinson, Brandon Sellers, John Strycker. (Marsh, John) (Entered: 12/23/2019) |
| 12/26/2019 | 72 | ☐ | | **TEXT ORDER GRANTING 71 MOTION for Extension of Deadline filed 12/23/2019; the deadline for the defs to file their response to the plf's motion for leave to file the amended complaint is EXTENDED from 1/2/2020 to 1/6/2020.. Signed by Honorable Judge R. Austin Huffaker, Jr on 12/26/19. (NO PDF Document attached to this notice).(djy, ) (Entered: 12/26/2019)** |
| 01/06/2020 | 73 ⊞ | ☐ | | RESPONSE TO ORDER TO SHOW CAUSE by Butler County Board of Education, Linda Hamilton, Mickey Jones, Michael Nimmer, Lois Robinson, Brandon Sellers, John Strycker re 70 Order to Show Cause, 72 Terminate Motions,, Order,, Set Deadlines,. (Attachments: # 1 Exhibit Exhibit A-Amended Complaint w/Notations)(Seale, James) (Entered: 01/06/2020) |
| 01/08/2020 | 74 | ☐ | | **ORDER denying 69 Motion for Leave to Amend Complaint, as further set out in order. Signed by Honorable Judge R. Austin Huffaker, Jr on 1/8/2020. (kh, ) (Entered: 01/08/2020)** |
| 01/08/2020 | 75 | ☐ | | **ORDER denying 54 Defendants' Request for Plaintiffs' Counsel to Report Attorneys' Fees and Expenses On Behalf of Each Party Plaintiff, as further set out in order. Signed by Honorable Judge R. Austin Huffaker, Jr on 1/8/2020. (kh, ) (Entered: 01/08/2020)** |
| 01/17/2020 | 76 ⊞ | ☐ | | MOTION for Protective Order by Butler County Board of Education, Linda Hamilton, Mickey Jones, Michael Nimmer, Lois Robinson, Brandon Sellers, John Strycker. (Attachments: # 1 Text of Proposed Order HIPAA Order- Bell, # 2 Text of Proposed Order HIPAA Order- Bennett, # 3 Text of Proposed Order HIPAA Order- Moore, # 4 Text of Proposed Order HIPAA Order- Thornton, # 5 Text of Proposed Order HIPAA Order- Joseph West, # 6 Text of |

| | | | | Proposed Order HIPAA Order- Margaret West)(Seale, James) (Entered: 01/17/2020) |
|---|---|---|---|---|
| 01/17/2020 | 77 ⊞ | ☐ | | MOTION for Order *to Issue Subpoenas* by Butler County Board of Education, Linda Hamilton, Mickey Jones, Michael Nimmer, Lois Robinson, Brandon Sellers, John Strycker. (Attachments: # 1 Exhibit A- Correspondence w/Plaintiffs' Counsel, # 2 Exhibit Subpoena (Kingdom Ministries), # 3 Exhibit Subpoena (Lighthouse Ministries), # 4 Exhibit Subpoena (Professional Counseling))(Seale, James) (Entered: 01/17/2020) |
| 01/21/2020 | 78 | ☐ | | **TEXT ORDER directing all Counsel to participate in a telephonic hearing on Defendants' Motion for Qualified Protective Orders (Doc. No. 76 ), at 9:00 a.m. on Wednesday, January 22, 2020. Participants are instructed to join the call at least five minutes prior to the hearing by dialing (866) 390-1828, and then to follow the prompts for entry of the Access Code (9559194). Signed by Honorable Judge Jerusha T. Adams on 1/21/2020. (furn:calendar, kr)(no pdf document attached to this entry)(kh, ) (Entered: 01/21/2020)** |
| 01/22/2020 | 79 | ☐ | | **TEXT ORDER directing all Counsel to participate in a telephonic hearing on Plaintiffs request for hearing, at 10:50 a.m. on Wednesday, January 22, 2020. Participants are instructed to join the call at least five minutes prior to the hearing by dialing (866) 390-1828, and then to follow the prompts for entry of the Access Code (9559194). Signed by Honorable Judge Jerusha T. Adams on 1/22/2020. (furn:calendar, kr)(no pdf document attached to this entry)(kh, ) (Entered: 01/22/2020)** |
| 01/22/2020 | 80 | ☐ | | **ORDERED that the Motion (Doc. No. 77 ) is DENIED as MOOT. Signed by Honorable Judge Jerusha T. Adams on 1/22/2020. (kh, ) (Entered: 01/22/2020)** |
| 01/22/2020 | 81 | ☐ | | **ORDER granting 76 Motion for Protective Order, as further set out in order. Signed by Honorable Judge Jerusha T. Adams on 1/22/2020. (kh, ) (Entered: 01/22/2020)** |
| 01/22/2020 | 82 | ☐ | | Minute Entry for proceedings held before Honorable Judge Jerusha T. Adams: Telephonic Hearing held on 1/22/2020 re 76 MOTION for Protective Order, 77 MOTION for Order to Issue Subpoenas (PDF available for court use only). (Recording Time 9:03-9:28.) (kr, ) (Entered: 01/23/2020) |
| 01/22/2020 | 83 | ☐ | | Minute Entry for proceedings held before Honorable Judge Jerusha T. Adams: Telephonic Hearing held on 1/22/2020 (PDF available for court use only). (Recording Time 10:51-10:55.) (kr, ) (Entered: 01/23/2020) |
| 02/10/2020 | 84 ⊞ | ☐ | | MOTION for Order to Show Cause by Shawnda Bell, Regina M. Bennett, Lenicki Moore, Willie Thornton, Joseph West, Margaret West. (Gray, Stanley) (Additional attachment(s) added on 2/11/2020: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7 - Filed Under Seal, # 8 Exhibit 8 - Filed Under Seal, # 9 Exhibit 9, # 10 Exhibit 10, # 11 |

| | | | | |
|---|---|---|---|---|
| | | ☐ | | Exhibit 11) (kh, ). (Attachment 7 replaced on 2/11/2020) (kh, ). (Attachment 8 replaced on 2/11/2020) (kh, ). (Entered: 02/10/2020) |
| 02/10/2020 | 85 | ☐ | | MOTION for Leave to File *Exhibits Under Seal* by Shawnda Bell, Regina M. Bennett, Lenicki Moore, Willie Thornton, Joseph West, Margaret West. (Gray, Stanley) (Entered: 02/10/2020) |
| 02/11/2020 | 86 | ☐ | | **TEXT ORDER granting 85 Motion for Leave to File Exhibits Under Seal. Signed by Honorable Judge Jerusha T. Adams on 2/11/2020. (no pdf document attached to this entry)(kh, ) (Entered: 02/11/2020)** |
| 02/11/2020 | | ☐ | | MOTIONS REFERRED to Honorable Judge Jerusha T. Adams: 84 MOTION for Order to Show Cause (no pdf document attached to this entry)(kh, ) (Entered: 02/11/2020) |
| 02/11/2020 | 87 | ☐ | | **TEXT ORDER: Pending before the court is Plaintiffs' Motion for Order to Show Cause Why Documents Produced By Defendants Are Privileged. (Doc. No. 84 .) Upon consideration, it is ORDERED that on or before February 12, 2020 the defendants shall show cause in writing why the motion should not be granted. Signed by Honorable Judge Jerusha T. Adams on 2/11/2020. (no pdf document attached to this entry)(kh, ) (Entered: 02/11/2020)** |
| 02/11/2020 | 88 | ☐ | | NOTICE OF EXHIBITS UNDER SEAL by Shawnda Bell, Regina M. Bennett, Lenicki Moore, Willie Thornton, Joseph West, Margaret West re 84 MOTION for Order to Show Cause (Attachments: # 1 Exhibit 7, # 2 Exhibit 8)(kh, ) (Entered: 02/11/2020) |
| 02/12/2020 | 89 ⊞ | ☐ | | RESPONSE to Motion re 84 MOTION for Order to Show Cause filed by Butler County Board of Education, Linda Hamilton, Mickey Jones, Michael Nimmer, Lois Robinson, Brandon Sellers, John Strycker. (Attachments: # 1 Exhibit EXHIBITS A - I) (Bennett, Alicia) (Entered: 02/12/2020) |
| 02/13/2020 | 90 | ☐ | | **TEXT ORDER Setting Hearing on Motion: ORDER directing Counsel to participate in a conference call addressing Plfs' 84 Motion for Show Cause Order at 9:00 a.m. on Friday, 2/14/2020. Participants are instructed to join the call at least five minutes prior to the hearing by dialing (866) 390-1828, and then to follow the prompts for entry of the Access Code (9559194). Signed by Honorable Judge Jerusha T. Adams on 2/13/2020. (furn: calendar, kr) (No pdf attached to this entry) (wcl, ) (Entered: 02/13/2020)** |
| 02/14/2020 | 91 | ☐ | | **TEXT ORDER: For the reasons stated by the court in the telephone conference held on this date, it is hereby ORDERED that: (1) Plfs' 84 Motion for Defendants to Show Cause Why Documents Produced by Defendants Are Privileged is DENIED; (2) the parties are DIRECTED to meet and confer to resolve the privilege issues relating to the subject ESI referenced in Plfs' 84 motion as soon as possible; (3) Should the parties fail to resolve the privilege issues relating to the subject ESI referenced in Plfs' 84 motion, on or before 2/28/2020 the parties shall file a joint status report designating the** |

| | | | | |
|---|---|---|---|---|
| | | | | unresolved issues; (4) Each party is **DIRECTED** to produce to the opposing party a privilege log on or before 3/13/2020; (5) The parties are hereby **REMINDED** to comply with the Discovery Plan set forth in their Rule 26(f) Report (Doc. No. <u>20</u>) that was adopted by the court and incorporated in the Uniform Scheduling Order (Doc. No. <u>23</u>, Section 12). Signed by Honorable Judge Jerusha T. Adams on 2/14/2020. (NO PDF document attached to this notice).(djy, ) (Entered: 02/14/2020) |
| 02/14/2020 | <u>92</u> | ☐ | | Minute Entry for proceedings held before Honorable Judge Jerusha T. Adams: Telephone Conference re <u>84</u> Motion for Order to Show Cause held on 2/14/2020 (PDF available for court use only). (Recording Time 9:03-9:38.) (kr, ) (Entered: 02/21/2020) |
| 02/28/2020 | <u>93</u> | ☐ | | STATUS REPORT *[JOINT]* by Butler County Board of Education, Linda Hamilton, Mickey Jones, Michael Nimmer, Lois Robinson, Brandon Sellers, Lenicki Moore, Margaret West, Joseph West, Regina M. Bennett, Willie Thornton, Shawnda Bell and John Strycker. (Seale, James) Modified on 3/2/2020 to add as filed on behalf of additional parties(kh, ). (Entered: 02/28/2020) |
| 03/04/2020 | 94 | ☐ | | **TEXT ORDER: It is ORDERED that counsel for all parties participate in a conference call on Thursday, March 5, 2020 at 3:00 p.m. Counsel are directed to join the call no later than five minutes prior to the start of the call by dialing 866-390-1828 and following the prompt to enter Access Code 955-9194. Signed by Honorable Judge Jerusha T. Adams on 3/4/2020. (furn: kr, calendar) (no pdf document attached to this entry) (kh, )** (Entered: 03/04/2020) |
| 03/05/2020 | | ☐ | | **ORAL ORDER directing Defendants to file a motion for Protective Order on or before March 13, 2020 as to documents for which they assert attorney client privilege. Plaintiffs are directed to file their response on or before March 20, 2020. Entered by Honorable Judge Jerusha T. Adams on 3/5/2020. (kr, )** (Entered: 03/05/2020) |
| 03/10/2020 | <u>95</u> | ☐ | | MOTION FOR MORE TIME TO TAKE DEPOSITIONS OF DEFENDANT BOARD MEMBERS by Shawnda Bell, Regina M. Bennett, Lenicki Moore, Willie Thornton, Joseph West, Margaret West. (Relf, Victoria) (Entered: 03/10/2020) |
| 03/10/2020 | 96 ⊞ | ☐ | | MOTION for Reconsideration re <u>74</u> Order on Motion for Leave to File *Plaintiffs' First Amended Complaint* by Shawnda Bell, Regina M. Bennett, Lenicki Moore, Willie Thornton, Joseph West, Margaret West. (Attachments: # <u>1</u> Exhibit Exhibit 1 - Affidavit of Victoria D. Relf, # <u>2</u> Exhibit Exhibit 2 - Copy of First Amended Complaint)(Arrington, Monica) (Entered: 03/10/2020) |
| 03/11/2020 | <u>97</u> | ☐ | | RESPONSE in Opposition re <u>95</u> MOTION FOR MORE TIME TO TAKE DEPOSITIONS OF DEFENDANT BOARD MEMBERS filed by Butler County Board of Education, Linda Hamilton, Mickey Jones, Michael Nimmer, Lois Robinson, Brandon Sellers, John Strycker. (Seale, James) (Entered: 03/11/2020) |
| 03/11/2020 | <u>98</u> | ☐ | | RESPONSE in Opposition re <u>96</u> MOTION for Reconsideration re <u>74</u> Order on Motion for Leave to File *Plaintiffs' First Amended* |

| | | | | |
|---|---|---|---|---|
| | | | | *Complaint* filed by Butler County Board of Education, Linda Hamilton, Mickey Jones, Michael Nimmer, Lois Robinson, Brandon Sellers, John Strycker. (Seale, James) (Entered: 03/11/2020) |
| 03/11/2020 | 99 | ☐ | | **TEXT ORDER: The Defendants are ordered to file a response to the Plaintiffs' Mtn for Addl Time (Doc. 95 ) and Mtn for Reconsideration (Doc. 96 ) by 1:00 pm, Wednesday, March 18, 2020. A telephone hearing on these mtns is set for 11:00 am, Friday, March 20, 2020. Counsel for the parties are ordered to call the Court's chambers at 334-954-3990 for the call-in number. Counsel should be prepared to discuss all pending mtns, the status of this case, and all anticipated future mtns and scheduling deadlines. Signed by Honorable Judge R. Austin Huffaker, Jr on 3/11/2020. (furn: calendar, all crds)(no pdf document attached to this entry)(kh, ) (Entered: 03/11/2020)** |
| 03/11/2020 | 100 | ☐ | | MOTION for Extension of Deadline DISCOVERY CUTOFF, DISPOSITIVE MOTIONS, AND SETTLEMENT CONFERENCE by Shawnda Bell, Regina M. Bennett, Lenicki Moore, Willie Thornton, Joseph West, Margaret West. (Relf, Victoria) (Entered: 03/11/2020) |
| 03/11/2020 | 101 | ☐ | | **TEXT ORDER: It is ORDERED that the Defendants shall file a response to the Plaintiffs' Motion to Extend Deadlines of Discovery Cutoff, Dispositive Motions, and Settlement Conference (Doc. 100 ) by 1 pm, Wednesday, March 18, 2020. Signed by Honorable Judge R. Austin Huffaker, Jr on 3/11/2020. (no pdf document attached to this entry)(kh, ) (Entered: 03/11/2020)** |
| 03/13/2020 | 102 ⊞ | ☐ | | MOTION to Shorten Defendants' Time to Respond re 100 MOTION for Extension of Deadline DISCOVERY CUTOFF, DISPOSITIVE MOTIONS, AND SETTLEMENT CONFERENCE by Lenicki Moore, Margaret West, Joseph West, Regina M. Bennett, Willie Thornton, Shawnda Bell. (Attachments: # 1 Affidavit OF VICTORIA D. RELF IN SUPPORT OF THE PLAINTIFFS EX PARTE MOTION TO SHORTEN DEFENDANTS TIME TO RESPOND TO (DOC. 100), # 2 Exhibit Exhibit 1 to Plaintiffs' Ex Parte Motion)(Relf, Victoria) Modified on 3/13/2020 to remove ex parte designation (kh, ). (Entered: 03/13/2020) |
| 03/13/2020 | 103 | ☐ | | **TEXT ORDER: The Plaintiffs' Ex parte Mtn to Shorten Def's Time to Respond (Doc. 102 ) is GRANTED in part. Defendants are ordered to file a response to the Plaintiffs' Mtn for Addl Time (Doc. 95 ) and Mtn for Reconsideration (Doc. 96 ) by 3:00 pm, Tuesday, March 17, 2020. Each party is also ordered to file a statement by Tuesday, March 17, 2020, at 3:00 pm that (1) details by name, date and approximate length of each deposition that has been taken, and (2) identifies each future deposition that each of the parties anticipates taking and the efforts made to schedule that deposition. An on-the-record telephone hearing on these mtns is re-set from March 20, 2020, to Wednesday, March 18, 2020, at 2:00 pm. Counsel for the parties are ordered to call the Court's chambers at 334-954-** |

| | | | | |
|---|---|---|---|---|
| | | | | 3990 for the call-in number. Counsel should be prepared to discuss all pending mtns, the status of this case, and all anticipated future mtns and scheduling deadlines. Although the Court is setting these mtns for a hearing on March 18, 2020, the parties are to proceed forward with any and all currently scheduled depositions and discovery based upon the currently in-place deadlines. Signed by Honorable Judge R. Austin Huffaker, Jr on 3/13/2020. (furn: calendar, all crds)(term: motion hearing set for 3/20/2020)(no pdf document attached to this entry)(kh, ) (Entered: 03/13/2020) |
| 03/13/2020 | 104 | ☐ | | **TEXT ORDER: On March 13, 2020, the Plaintiffs filed a motion styled as an 'Ex parte Motion to Shorten Defendants' Time to Respond." There is nothing in the motion indicating that an ex parte filing is necessary. Consequently, the Clerk is DIRECTED to issue copies of the Motion (Doc. 102 ) to all attorneys of record in the case. Signed by Honorable Judge R. Austin Huffaker, Jr on 3/13/2020. (no pdf document attached to this entry)(kh, ) (Entered: 03/13/2020)** |
| 03/13/2020 | 105 | ☐ | | MOTION to Vacate 103 Order,,,,,, Terminate Motions,,,,,, Order Setting Hearing on Motion,,,,, by Butler County Board of Education, Linda Hamilton, Mickey Jones, Michael Nimmer, Lois Robinson, Brandon Sellers, John Strycker. (Seale, James) (Entered: 03/13/2020) |
| 03/13/2020 | 106 | ☐ | | Evidentiary Submission *Plaintiffs' Production of Privilege Log to Defendants* filed by Shawnda Bell, Regina M. Bennett, Lenicki Moore, Willie Thornton, Joseph West, Margaret West. (Gray, Fred Jr.) (Entered: 03/13/2020) |
| 03/13/2020 | 107 | ☐ | | JOINT MOTION for Protective Order by Butler County Board of Education, Linda Hamilton, Mickey Jones, Michael Nimmer, Lois Robinson, Brandon Sellers, John Strycker. (Seale, James) (Entered: 03/13/2020) |
| 03/15/2020 | 108 | ☐ | | RESPONSE in Opposition re 105 MOTION to Vacate 103 Order,,,,,, Terminate Motions,,,,,, Order Setting Hearing on Motion,,,,, filed by Shawnda Bell, Regina M. Bennett, Lenicki Moore, Willie Thornton, Joseph West, Margaret West. (Relf, Victoria) (Entered: 03/15/2020) |
| 03/16/2020 | 109 | ☐ | | **TEXT ORDER: Defs' Mtn Vacate (Doc. 105 ) is DENIED. The Court will permit the Defs to file supplemental responses in opposition to the Pls' mtns after the telephone hearing on March 18, 2020, if necessary, on or by a date to be discussed at the hearing. Signed by Honorable Judge R. Austin Huffaker, Jr on 3/16/2020. (no pdf document attached to this entry)(kh, ) (Entered: 03/16/2020)** |
| 03/17/2020 | 110 | ☐ | | RESPONSE in Opposition re 95 MOTION FOR MORE TIME TO TAKE DEPOSITIONS OF DEFENDANT BOARD MEMBERS filed by Butler County Board of Education, Linda Hamilton, Mickey Jones, Michael Nimmer, Lois Robinson, Brandon Sellers and John Strycker. (Bennett, Alicia) Modified on 3/17/2020 to add |

| | | | | as filed on behalf of additional party previously omitted. (kh, ). (Entered: 03/17/2020) |
|---|---|---|---|---|
| 03/17/2020 | 111 | ☐ | | STATUS REPORT by Butler County Board of Education, Linda Hamilton, Mickey Jones, Michael Nimmer, Lois Robinson, Brandon Sellers, John Strycker. (Seale, James) (Entered: 03/17/2020) |
| 03/17/2020 | 112 | ☐ | | STATUS REPORT *TO THE COURT PURSUANT TO TEXT ORDER 103* by Shawnda Bell, Regina M. Bennett, Lenicki Moore, Willie Thornton, Joseph West, Margaret West. (Relf, Victoria) (Entered: 03/17/2020) |
| 03/17/2020 | 113 ⊞ | ☐ | | RESPONSE to Motion re 96 MOTION for Reconsideration re 74 Order on Motion for Leave to File *Plaintiffs' First Amended Complaint* filed by Butler County Board of Education, Linda Hamilton, Mickey Jones, Michael Nimmer, Lois Robinson, Brandon Sellers, John Strycker. (Attachments: # 1 Exhibit 1) (Marsh, John) (Entered: 03/17/2020) |
| 03/17/2020 | 114 ⊞ | ☐ | | MOTION to Strike *Affidavit of Victoria Relf* by Butler County Board of Education, Linda Hamilton, Mickey Jones, Michael Nimmer, Lois Robinson, Brandon Sellers, John Strycker. (Attachments: # 1 Affidavit Victoria Relf Affidavit)(Marsh, John) (Entered: 03/17/2020) |
| 03/17/2020 | 115 | ☐ | | RESPONSE in Opposition re 100 MOTION for Extension of Deadline DISCOVERY CUTOFF, DISPOSITIVE MOTIONS, AND SETTLEMENT CONFERENCE filed by Butler County Board of Education, Linda Hamilton, Mickey Jones, Michael Nimmer, Lois Robinson, Brandon Sellers, John Strycker. (Bennett, Alicia) (Entered: 03/17/2020) |
| 03/18/2020 | 116 ⊞ | ☐ | | Objection to re 112 Status Report filed by Butler County Board of Education, Linda Hamilton, Mickey Jones, Michael Nimmer, Lois Robinson, Brandon Sellers, John Strycker. (Attachments: # 1 Exhibit A- Rebuttal Chart)(Seale, James) (Entered: 03/18/2020) |
| 03/18/2020 | 117 | ☐ | | Minute Entry for proceedings held before Honorable Judge R. Austin Huffaker, Jr.: Status Conference held by telephone on 3/18/2020 (PDF available for court use only). (Court Reporter Blanton Callen.) (dh) (Entered: 03/18/2020) |
| 03/19/2020 | 118 ⊞ | ☐ | | MOTION for Extension of Time to File Response/Reply *to Defendants' Joint Motion for Protective Order* by Shawnda Bell, Regina M. Bennett, Lenicki Moore, Willie Thornton, Joseph West, Margaret West. (Attachments: # 1 Motion for Extension of Time to File Response to Defendants' Motion for Protective Order)(Gray, Fred Jr.) (Entered: 03/19/2020) |
| 03/20/2020 | 119 | ☐ | | **TEXT ORDER: It is hereby ORDERED that Plaintiffs' Unopposed Motion for Extension of Time (Doc. No. 118 ) is GRANTED. Plaintiffs shall respond to Defendants' Motion for Protective Order (Doc. No. 107 ) by 3/23/2020. Signed by Honorable Judge Jerusha T. Adams on 3/20/2020. (No pdf attached to this entry) (cnw, ) (Entered: 03/20/2020)** |

| 03/20/2020 | 120 | ☐ | | **ORDER: 1) DENYING Plaintiff's 96 Motion for Reconsideration; 2) DENYING as moot Defendants' 114 Joint Motion to Strike Affidavit of Victoria D. Relf, as further set out in Order. Signed by Honorable Judge R. Austin Huffaker, Jr on 3/20/2020. (am, ) (Entered: 03/20/2020)** |
|---|---|---|---|---|
| 03/20/2020 | 121 | ☐ | | **ORDER: 1) GRANTING in part the Plaintiffs' 100 MOTION for Extension of Deadlines; the 23 Uniform Scheduling Order, as amended (Doc. 53 ) on 10/2/2019, by this Court at the parties' request (Docs. 45 , 48 ), is further modified in the following respects: A) The pretrial conference is RESET from 10/29/2020 to 1/8/2021, @ 9:00 a.m., and the trial is reset from 12/7/2020, to 2/22/2021, with all unexpired deadlines expressly tied to these two dates adjusted accordingly; B) The deadline for filing dispositive and Daubert motions is reset from 5/1/2020, to 7/1/2020; C) The deadlines for completing discovery and for the holding of the parties' settlement conference are reset from 4/3/2020, to 6/2/2020; D) All other deadlines remain unchanged; 2) The Plaintiffs' 95 Motion for More Time to Take Depositions of Board Members is GRANTED to the following extent: A) Plaintiffs shall have a total of 15 hours to depose board members Lois Robinson and Linda Hamilton and to conclude the deposition of Michael Nimmer; B) Plaintiffs may allocate the 15 hours among these three board members in any way; C) The motion is denied in all other respects. Signed by Honorable Judge R. Austin Huffaker, Jr on 3/20/2020. (Furnished: Calendar & CRDs; Terminates: PTC 10/29/2020 & Jury Trial 12/07/2020)(am, ) (Entered: 03/20/2020)** |
| 03/23/2020 | 122 ⊞ | ☐ | | RESPONSE in Opposition re 107 MOTION for Protective Order filed by Regina M. Bennett, Lenicki Moore, Willie Thornton, Joseph West, Margaret West. (Attachments: # 1 Exhibit Plaintiffs' Challenges to Defendants' Privilege Log)(Relf, Victoria) (Entered: 03/23/2020) |
| 03/31/2020 | 123 | ☐ | | **TEXT ORDER: It is ORDERED that on or before April 7, 2020 the defendants shall file a reply to Plaintiffs' response in opposition to the motion for protective order (Doc. No. 122 ). Signed by Honorable Judge Jerusha T. Adams on 3/31/3020. (no pdf document attached to this entry)(kh, ) (Entered: 03/31/2020)** |
| 04/07/2020 | 124 | ☐ | | REPLY BRIEF filed by Butler County Board of Education, Linda Hamilton, Mickey Jones, Michael Nimmer, Lois Robinson, Brandon Sellers, John Strycker. (Bennett, Alicia) (Entered: 04/07/2020) |
| 05/17/2020 | 125 ⊞ | ☐ | | MOTION to Stay *Discovery or Extend Deadlines* by Lenicki Moore. (Attachments: # 1 Exhibit Exhibit A)(Sims, James) (Entered: 05/17/2020) |
| 05/18/2020 | 126 | ☐ | | **TEXT ORDER: PLs' Mtn to Stay (Doc. 125 ) is DENIED, since the Plaintiffs have failed to comply with Section 15 (B) of the Uniform Scheduling Order (Doc. 23 ). Plaintiffs' counsel shall meet and confer with defense counsel in good faith regarding** |

| | | | | |
|---|---|---|---|---|
| | | | | the discovery and deadline issues set forth in the motion. **Counsel shall discuss and consider in-person depositions using appropriate spacing, consider limiting personal attendance to those core persons necessary for the depositions to move forward, and consider allowing non-core persons, including attorneys, to participate via video or audio. Signed by Honorable Judge R. Austin Huffaker, Jr on 5/18/2020. (no pdf document attached to this entry)(kh, ) (Entered: 05/18/2020)** |
| 05/23/2020 | 127 ⊞ | ☐ | | Second MOTION to Amend/Correct *Leave to Amend Complaint* by Lenicki Moore. (Attachments: # 1 Brief in Support, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C)(Sims, James) (Entered: 05/23/2020) |
| 05/23/2020 | 128 ⊞ | ☐ | | MOTION for Leave to File *Supplemental Complaint* by Lenicki Moore. (Attachments: # 1 Memo in Support, # 2 Exhibit A)(Sims, James) (Entered: 05/23/2020) |
| 05/25/2020 | 129 | ☐ | | RESPONSE in Opposition re 127 Second MOTION to Amend/Correct *Leave to Amend Complaint*, 128 MOTION for Leave to File *Supplemental Complaint [Joint]* filed by Butler County Board of Education, Linda Hamilton, Mickey Jones, Michael Nimmer, Lois Robinson, Brandon Sellers, John Strycker. (Seale, James) (Entered: 05/25/2020) |
| 05/27/2020 | 130 | ☐ | | **ORDERED as follows: (1) The Defendants shall supplement their current response to the Motions (Docs. 127 , 128 ) on or by Friday, June 5, 2020; (2) The Plaintiffs shall file a reply on or by Tuesday, June 9, 2020; and, (3) Oral argument on the Motions (Docs. 127 , 128 ) is set for Wednesday, June 10, 2020, at 11:15 a.m., in Courtroom 2-F (ceremonial courtroom), United States Courthouse Complex, One Church Street, Montgomery, Alabama. This proceeding shall be held in person. Signed by Honorable Judge R. Austin Huffaker, Jr on 5/27/2020. (furn: calendar, all crds)(kh, ) (Entered: 05/27/2020)** |
| 05/29/2020 | 131 | ☐ | | **TEXT ORDER: For good cause, it is ORDERED that counsel in this matter shall appear for a telephone hearing on the Joint Motion for Protective Order (Doc. No. 107 ) on Tuesday, June 2, 2020 at 8:00 a.m. Counsel will be provided dial in information by email. Parties are directed to dial in at least five minutes before the hearing is scheduled to begin. If the parties should experience any difficulty, contact chambers at (334) 954-3680. Signed by Honorable Judge Jerusha T. Adams on 5/29/2020. (furn: calendar, kr)(kh, ) (Entered: 05/29/2020)** |
| 06/02/2020 | 132 | ☐ | | Minute Entry for proceedings held before Honorable Judge Jerusha T. Adams: Motion Hearing held by telephone on 6/2/2020 re 107 MOTION for Protective Order (PDF available for court use only). (Court Reporter Patricia Starkie.) (kr, ) (Entered: 06/02/2020) |
| 06/05/2020 | 133 ⊞ | ☐ | | Joint Supplemental RESPONSE re 127 Second MOTION for Leave to File Plaintiffs' First Amended Complaint, 128 MOTION for Leave to File Supplemental Complaint filed by Butler County Board of Education, Linda Hamilton, Mickey Jones, Michael Nimmer, Lois Robinson, Brandon Sellers, John Strycker. (Attachments: # 1 Exhibit A- Subpoena Served On Non-Party Haden Horton, # 2 Exhibit B- Chronology Of The Complaints, |

| | | | | Relevant Deadlines, Depositions Taken, And Discovery Exchanged, # 3 Exhibit C- Index Of Deposition Times, # 4 Exhibit D- Additions To December 17, 2020 Complaint, # 5 Exhibit E- Additions To May 23, 2020 Amended Complaint, # 6 Exhibit F- Additions To May 23, 2020 Supplemental Complaint, # 7 Exhibit G- Chart Illustrating That Over 150 Of The Allegations This Court Previously Denied Reappear In These Complaints)(Seale, James) (Entered: 06/05/2020) |
|---|---|---|---|---|
| 06/09/2020 | 134 | ☐ | | **ORDER denying 107 Joint Motion for Protective Order. Signed by Honorable Judge Jerusha T. Adams on 6/9/2020. (amf, ) (Entered: 06/09/2020)** |
| 06/09/2020 | 135 | ☐ | | REPLY to Response to Motion re 127 Second MOTION to Amend/Correct *Leave to Amend Complaint*, 128 MOTION for Leave to File *Supplemental Complaint* filed by Lenicki Moore. (Sims, James) (Entered: 06/09/2020) |
| 06/10/2020 | 136 | ☐ | | Minute Entry for proceedings held before Honorable Judge R. Austin Huffaker, Jr: Oral Argument held on 6/10/2020 (PDF available for court use only). (Court Reporter Patricia Starkie.) (kcf, ) (Entered: 06/10/2020) |
| 06/12/2020 | 137 | ☐ | | **ORDERED as follows: (1) Plaintiffs' Second Motion for Leave to File Plaintiffs' First Amended Complaint (Doc. 127 ) and Motion for Leave to File Supplemental Complaint (Doc. 128 ) are hereby DENIED. (2) Joseph Eiland is hereby substituted for John Strycker (former Superintendent of Education for the Butler County Board of Education) as a defendant solely in his official capacity as the current Superintendent of Education for the Butler County Board of Education. Signed by Honorable Judge R. Austin Huffaker, Jr on 6/12/2020. (kh, ) (Entered: 06/12/2020)** |
| 06/16/2020 | 138 | ☐ | | Joint MOTION for Order *to Modify Dispositive Motion Deadline, Enter Briefing Schedule and Extend Time to Conduct Parties' Settlement Conference* by John Strycker. (Marsh, John). (Entered: 06/16/2020) |
| 06/18/2020 | 139 | ☐ | | **TEXT ORDER: It is ORDERED that a scheduling conference via telephone be and is hereby SET for June 19, 2020, at 9:00 a.m. Counsel shall contact chambers for the call-in number. Signed by Honorable Judge R. Austin Huffaker, Jr on 6/18/2020. (no pdf document attached to this order. (furn: calendar, all crds)(kh, ) (Entered: 06/18/2020)** |
| 06/19/2020 | 140 | ☐ | | Minute Entry for proceedings held before Honorable Judge R. Austin Huffaker, Jr: Telephone Scheduling Conference held on 6/19/2020 (PDF available for court use only). (Court Reporter Blanton Callen.) (kcf, ) (Entered: 06/19/2020) |
| 06/19/2020 | 141 | ☐ | | **ORDER GRANTING re 138 Joint MOTION to extend certain deadlines; AMENDING 23 Uniform Scheduling Order as follows: (1) The deadline for filing dispositive motions and Daubert motions is extended from 7/1/2020, to 7/1/2020; (2) Responses to Dispositive and Daubert Motions are due on or before 10/1/2020; Replies to Responses to Dispositive and** |

| | | | | |
|---|---|---|---|---|
| | | | | Daubert Motions are due on or before 10/21/2020; (3) The deadline for conducting the settlement conference is extended from 6/2/2020, to 7/15/2020; (4) 4. In all other respects, the Uniform Scheduling Order as previously modified shall continue to govern the parties in this action; further directing that a Status Conference is set for 10/6/2020 @ 9:00 AM before Honorable Judge R. Austin Huffaker Jr., by telephone; counsel shall use the telephone number previously provided to them by chambers to participate in the teleconference. Signed by Honorable Judge R. Austin Huffaker, Jr on 6/19/2020. Furnished to calendar group & ALL CRD's).(djy, ) (Entered: 06/19/2020) |
| 06/26/2020 | 142 | ☐ | | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of ORAL ARGUMENT Proceedings (PDF ACCESS RESTRICTED FOR 90 DAYS) held on 6/10/2020, before Honorable Judge R. Austin Huffaker. Court Reporter/Transcriber Patricia G. Starkie, Telephone number 334-322-8053. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. NOTICE OF INTENT TO REQUEST REDACTION DUE WITHIN 7 BUSINESS DAYS. Redaction Request due 7/17/2020. Redacted Transcript Deadline set for 7/27/2020. Release of Transcript Restriction set for 9/24/2020. (kh, ) (Entered: 06/26/2020) |
| 07/17/2020 | 143 | ☐ | | STATUS REPORT *On Settlement Conference* by Shawnda Bell, Regina M. Bennett, Lenicki Moore, Willie Thornton, Joseph West, Margaret West. (Gray, Fred Jr.) (Entered: 07/17/2020) |
| 07/30/2020 | 144 | ☐ | | MOTION to Seal *Evidentiary Submission* by Butler County Board of Education, Linda Hamilton, Mickey Jones, Michael Nimmer, Lois Robinson, Brandon Sellers, John Strycker, Joseph Eiland. (Seale, James) Modified on 12/16/2020 to add Joseph Eiland as a filer (wcl, ). (Entered: 07/30/2020) |
| 07/31/2020 | 145 | ☐ | | **TEXT ORDER setting telephone Status Conference for 7/31/2020 @ 10:00 AM before Honorable Judge R. Austin Huffaker Jr.; the call number will be separately sent to counsel. Signed by Honorable Judge R. Austin Huffaker, Jr on 7/31/2020. Furnished to calendar group & ALL CRDs. (NO PDF document attached to this notice).(djy, ) (Entered: 07/31/2020)** |
| 07/31/2020 | 146 | ☐ | | Minute Entry for proceedings held before Honorable Judge R. Austin Huffaker, Jr: Telephone Status Conference held on 7/31/2020 (PDF available for court use only). (Court Reporter Katie Sears-Silas.) (kcf, ) (Entered: 07/31/2020) |
| 07/31/2020 | 147 | ☐ | | **ORDER granting in part and denying in part defs' 144 Motion to file summary judgment evidentiary submission under seal as follows: (1) The Defendants' 144 Motion, is GRANTED to the extent theDefendants seek leave of court to file their evidentiary submissions under seal. defense counsel shall electronically file an unredacted version of their sealed** |

| | | | | |
|---|---|---|---|---|
| | | | | submission with the clerks office. The clerk shall immediately restrict access to the sealed documents after they are filed to facilitate the Courts order granting the motion for leave to file under seal. Counsel then shall contact the clerk's office by telephone in order to facilitate the immediate sealing of each submission: (2) The Defendants' <u>144</u> Motion, is DENIED to the extent the Defendants seek to be excused from their obligations under M.D. Ala. LR 5.2 from filing a redacted copy of their evidentiary submissions; (3) While M.D. Ala. LR 5.2 requires the Defendants to simultaneously file a redacted copy with their summary judgment motions, briefs, and evidentiary submissions, the Defendants are relieved of that obligation. Instead, a properly redacted copy of these sealed documents shall be submitted to the clerk's office, along with a certificate of compliance with the Court's order, on or by 8/17/2020; (4) The parties are also ordered to provide the Court with a courtesy copy of their file-stamped summary judgment filings (unredacted), including evidentiary submissions, in appropriately marked 3-ring binders. This includes any responsive filings by the Plaintiffs. Signed by Honorable Judge R. Austin Huffaker, Jr on 7/31/2020. (djy, ) (Entered: 07/31/2020) |
| 07/31/2020 | <u>148</u> | ☐ | | MOTION for Summary Judgment *as relates to Joseph West* by Butler County Board of Education, Linda Hamilton, Mickey Jones, Michael Nimmer, Lois Robinson, Brandon Sellers, John Strycker, Joseph Eiland. (Seale, James) Modified on 12/16/2020 to add Joseph Eiland as a filer (wcl, ). (Entered: 07/31/2020) |
| 07/31/2020 | <u>149</u> | ☐ | | MOTION for Summary Judgment *as relates to Margaret West* by Butler County Board of Education, Linda Hamilton, Mickey Jones, Michael Nimmer, Lois Robinson, Brandon Sellers, John Strycker, Joseph Eiland. (Seale, James) Modified on 12/16/2020 to add Joseph Eiland as a filer (wcl, ). (Entered: 07/31/2020) |
| 07/31/2020 | <u>150</u> | ☐ | | MOTION for Summary Judgment *as relates to Regina Bennett* by Butler County Board of Education, Linda Hamilton, Mickey Jones, Michael Nimmer, Lois Robinson, Brandon Sellers, John Strycker, Joseph Eiland. (Seale, James) Modified on 12/16/2020 to add Joseph Eiland as a filer (wcl, ). (Entered: 07/31/2020) |
| 07/31/2020 | <u>151</u> | ☐ | | MOTION for Summary Judgment *as relates to Willie Thornton* by Butler County Board of Education, Linda Hamilton, Mickey Jones, Michael Nimmer, Lois Robinson, Brandon Sellers, John Strycker, Joseph Eiland. (Seale, James) Modified on 12/16/2020 to add Joseph Eiland as a filer (wcl, ). (Entered: 07/31/2020) |
| 07/31/2020 | <u>152</u> | ☐ | | MOTION for Summary Judgment *as relates to Lenicki Moore* by Butler County Board of Education, Linda Hamilton, Mickey Jones, Michael Nimmer, Lois Robinson, Brandon Sellers, John Strycker, Joseph Eiland. (Seale, James) Modified on 12/16/2020 to add Joseph Eiland as a filer (wcl, ). (Entered: 07/31/2020) |
| 07/31/2020 | <u>153</u> | ☐ | | MOTION for Summary Judgment *as relates to Shawnda Bell* by Butler County Board of Education, Linda Hamilton, Mickey Jones, Michael Nimmer, Lois Robinson, Brandon Sellers, John Strycker, |

| | | | | |
|---|---|---|---|---|
| | | | | Joseph Eiland. (Seale, James) Modified on 12/16/2020 to add Joseph Eiland as a filer (wcl, ). (Entered: 07/31/2020) |
| 07/31/2020 | 154 ⊞ | ☐ | | Evidentiary Submission re 150 MOTION for Summary Judgment *as relates to Regina Bennett*, 153 MOTION for Summary Judgment *as relates to Shawnda Bell*, 152 MOTION for Summary Judgment *as relates to Lenicki Moore*, 149 MOTION for Summary Judgment *as relates to Margaret West*, 148 MOTION for Summary Judgment *as relates to Joseph West*, 151 MOTION for Summary Judgment *as relates to Willie Thornton Part 1* filed by Butler County Board of Education, Linda Hamilton, Mickey Jones, Michael Nimmer, Lois Robinson, Brandon Sellers, John Strycker, Joseph Eiland. (Attachments: # 1 Exhibit Affidavit of Linda Hamilton, # 2 Exhibit Affidavit of Mickey Jones, # 3 Exhibit Affidavit of Michael Nimmer, # 4 Exhibit Affidavit of Lois Robinson, # 5 Exhibit Affidavit of Brandon Sellers, # 6 Exhibit Affidavit of Lisa Adair, # 7 Exhibit Affidavit of Brandi Mosley, # 8 Exhibit Affidavit of Tina Powell, # 9 Exhibit Affidavit of Jacqueline Thornton, # 10 Exhibit Affidavit of Curtis Moorer, # 11 Exhibit Affidavit of Bryant Marlow, with exhibit, # 12 Exhibit Affidavit of Jamie Howard, with exhibits, # 13 Exhibit Affidavit of Rheta McClain, with exhibit, # 14 Exhibit Affidavit of Catherine Tanner, # 15 Exhibit Email String- between Bell and Stevens, dated October 10, 2017, # 16 Exhibit Legend of Identified Individuals, # 17 Exhibit Job Description- Assistant Principal, # 18 Exhibit May 17, 2018 Board Minutes)(Seale, James) (Additional attachment(s) added on 8/18/2020: # 19 Affidavit of Jamie Howard, with exhibits, # 20 Exhibit Exhibit Affidavit of Rheta McClain, with exhibit, # 21 Exhibit Email String- between Bell and Stevens, dated October 10, 2017, # 22 Exhibit May 17, 2018 Board Minutes) (kh, ). Modified on 12/16/2020 to add Joseph Eiland as a filer (wcl, ). (Entered: 07/31/2020) |
| 07/31/2020 | 155 | ☐ | | NOTICE by Butler County Board of Education, Linda Hamilton, Mickey Jones, Michael Nimmer, Lois Robinson, Brandon Sellers, John Strycker, Joseph Eiland re 154 Evidentiary Submission,,,,,, *of Technical Difficulties* (Seale, James) Modified on 12/16/2020 to add Joseph Eiland as a filer (wcl, ). (Entered: 07/31/2020) |
| 07/31/2020 | 156 | ☐ | | BRIEF/MEMORANDUM in Support re 153 MOTION for Summary Judgment *as relates to Shawnda Bell* filed by Butler County Board of Education, Linda Hamilton, Mickey Jones, Michael Nimmer, Lois Robinson, Brandon Sellers, John Strycker, Joseph Eiland. (Marsh, John) Modified on 12/16/2020 to add Joseph Eiland as a filer (wcl, ). (Entered: 07/31/2020) |
| 07/31/2020 | 157 | ☐ | | BRIEF/MEMORANDUM in Support re 149 MOTION for Summary Judgment *as relates to Margaret West* filed by Butler County Board of Education, Linda Hamilton, Mickey Jones, Michael Nimmer, Lois Robinson, Brandon Sellers, John Strycker, Joseph Eiland. (Marsh, John) Modified on 12/16/2020 to add Joseph Eiland as a filer (wcl, ). (Entered: 07/31/2020) |
| 07/31/2020 | 158 | ☐ | | BRIEF/MEMORANDUM in Support re 152 MOTION for Summary Judgment *as relates to Lenicki Moore* filed by Butler County Board of Education, Linda Hamilton, Mickey Jones, |

| | | | | |
|---|---|---|---|---|
| | | ☐ | | Michael Nimmer, Lois Robinson, Brandon Sellers, John Strycker, Joseph Eiland. (Marsh, John) Modified on 12/16/2020 to add Joseph Eiland as a filer (wcl, ). (Entered: 07/31/2020) |
| 07/31/2020 | 159 | ☐ | | BRIEF/MEMORANDUM in Support re 150 MOTION for Summary Judgment *as relates to Regina Bennett* filed by Butler County Board of Education, Linda Hamilton, Mickey Jones, Michael Nimmer, Lois Robinson, Brandon Sellers, John Strycker, Joseph Eiland. (Marsh, John) Modified on 12/16/2020 to add Joseph Eiland as a filer (wcl, ). (Entered: 07/31/2020) |
| 07/31/2020 | 160 | ☐ | | BRIEF/MEMORANDUM in Support re 151 MOTION for Summary Judgment *as relates to Willie Thornton* filed by Butler County Board of Education, Linda Hamilton, Mickey Jones, Michael Nimmer, Lois Robinson, Brandon Sellers, John Strycker, Joseph Eiland. (Marsh, John) Modified on 12/16/2020 to add Joseph Eiland as a filer (wcl, ). (Entered: 07/31/2020) |
| 07/31/2020 | 161 | ☐ | | BRIEF/MEMORANDUM in Support re 148 MOTION for Summary Judgment *as relates to Joseph West* filed by Butler County Board of Education, Linda Hamilton, Mickey Jones, Michael Nimmer, Lois Robinson, Brandon Sellers, John Strycker, Joseph Eiland. (Marsh, John) Modified on 12/16/2020 to add Joseph Eiland as a filer (wcl, ). (Entered: 07/31/2020) |
| 08/04/2020 | 162 ⊞ | ☐ | | Evidentiary Submission re 150 MOTION for Summary Judgment *as relates to Regina Bennett*, 153 MOTION for Summary Judgment *as relates to Shawnda Bell*, 152 MOTION for Summary Judgment *as relates to Lenicki Moore*, 149 MOTION for Summary Judgment *as relates to Margaret West*, 148 MOTION for Summary Judgment *as relates to Joseph West*, 151 MOTION for Summary Judgment *as relates to Willie Thornton*, 154 Evidentiary Submission,,,,,, *PART 2* filed by Butler County Board of Education, Linda Hamilton, Mickey Jones, Michael Nimmer, Lois Robinson, Brandon Sellers, John Strycker, Joseph Eiland. (Attachments: # 1 Exhibit 1- Deposition of Joseph West, dated September 18, 2019, with exhibits, # 2 Exhibit 2- Deposition of Joseph West, dated September 30, 2019, with exhibit, # 3 Exhibit 3,p1- Deposition of Margaret West, dated September 19, 2019, with exhibits, # 4 Exhibit 3,p2- Deposition of Margaret West, dated September 19, 2019, with exhibits, # 5 Exhibit 3,p3- Deposition of Margaret West, dated September 19, 2019, with exhibits, # 6 Exhibit 3,p4- Deposition of Margaret West, dated September 19, 2019, with exhibits, # 7 Exhibit 3,p5- Deposition of Margaret West, dated September 19, 2019, with exhibits, # 8 Exhibit 3,p6- Deposition of Margaret West, dated September 19, 2019, with exhibits, # 9 Exhibit 4- Deposition of Margaret West, dated September 30, 2019, with exhibit, # 10 Exhibit 5,p1- Deposition of Regina Bennett, with exhibits, # 11 Exhibit 5,p2- Deposition of Regina Bennett, with exhibits)(Seale, James) (Additional attachment(s) added on 8/18/2020: # 12 Exhibit 1- Deposition of Joseph West, dated September 18, 2019, with exhibits, # 13 Exhibit 2- Deposition of Joseph West, dated September 30, 2019, with exhibit, # 14 Exhibit 3,p1- Deposition of Margaret West, dated September 19, 2019, Part 1, # 15 Exhibit 3,p1- Deposition of Margaret West, dated September 19, 2019, Part 2, # 16 Exhibit 3,p2- Deposition of |

| | | | | |
|---|---|---|---|---|
| | | | | Margaret West, dated September 19, 2019, with exhibi, # <u>17</u> Exhibit 3,p3- Deposition of Margaret West, dated September 19, 2019, with exhibi, # <u>18</u> Exhibit 3,p4- Deposition of Margaret West, dated September 19, 2019, with exhibi, # <u>19</u> Exhibit 3,p5- Deposition of Margaret West, dated September 19, 2019, with exhibi, # <u>20</u> Exhibit 3,p6- Deposition of Margaret West, dated September 19, 2019, with exhibi, # <u>21</u> Exhibit 4- Deposition of Margaret West, dated September 30, 2019, with exhibit, # <u>22</u> Exhibit 5,p1- Deposition of Regina Bennett, with exhibits, # <u>23</u> Exhibit 5,p2- Deposition of Regina Bennett, with exhibits) (kh, ). Modified on 12/16/2020 to add Joseph Eiland as a filer (wcl, ). (Entered: 08/04/2020) |
| 08/04/2020 | <u>163</u> ⊞ | ☐ | | Evidentiary Submission re <u>150</u> MOTION for Summary Judgment *as relates to Regina Bennett*, <u>153</u> MOTION for Summary Judgment *as relates to Shawnda Bell*, <u>152</u> MOTION for Summary Judgment *as relates to Lenicki Moore*, <u>149</u> MOTION for Summary Judgment *as relates to Margaret West*, <u>148</u> MOTION for Summary Judgment *as relates to Joseph West*, <u>151</u> MOTION for Summary Judgment *as relates to Willie Thornton PART 3* filed by Butler County Board of Education, Linda Hamilton, Mickey Jones, Michael Nimmer, Lois Robinson, Brandon Sellers, John Strycker, Joseph Eiland. (Attachments: # <u>1</u> Exhibit 6,p1- Deposition of Willie Thornton, dated September 16, 2019, with exhibits, # <u>2</u> Exhibit 6,p2- Deposition of Willie Thornton, dated September 16, 2019, with exhibits, # <u>3</u> Exhibit 6,p3- Deposition of Willie Thornton, dated September 16, 2019, with exhibits, # <u>4</u> Exhibit 6,p4- Deposition of Willie Thornton, dated September 16, 2019, with exhibits, # <u>5</u> Exhibit 6,p5- Deposition of Willie Thornton, dated September 16, 2019, with exhibits, # <u>6</u> Exhibit 7- Deposition of Willie Thornton, dated September 17, 2019, with exhibits, # <u>7</u> Exhibit 8- Deposition of Willie Thornton, dated September 30, 2019, with exhibits, # <u>8</u> Exhibit 9,p1- Deposition of Lenicki Moore Brown, dated December 12, 2019, with exhibits, # <u>9</u> Exhibit 9,p2- Deposition of Lenicki Moore Brown, dated December 12, 2019, with exhibits, # <u>10</u> Exhibit 9,p3- Deposition of Lenicki Moore Brown, dated December 12, 2019, with exhibits, # <u>11</u> Exhibit 9,p4- Deposition of Lenicki Moore Brown, dated December 12, 2019, with exhibits, # <u>12</u> Exhibit 9,p5- Deposition of Lenicki Moore Brown, dated December 12, 2019, with exhibits)(Seale, James) (Additional attachment(s) added on 8/18/2020: # <u>13</u> Exhibit 6,p1- Deposition of Willie Thornton, dated September 16, 2019, with exhi, # <u>14</u> Exhibit 6,p2- Deposition of Willie Thornton, dated September 16, 2019, with exhi, # <u>15</u> Exhibit 6,p3- Deposition of Willie Thornton, dated September 16, 2019, with exhi, # <u>16</u> Exhibit 6,p4- Deposition of Willie Thornton, dated September 16, 2019, with exhi , # <u>17</u> Exhibit 6,p5- Deposition of Willie Thornton, dated September 16, 2019, with exhi, # <u>18</u> Exhibit 7- Deposition of Willie Thornton, dated September 17, 2019, Part 1, # <u>19</u> Exhibit 7- Deposition of Willie Thornton, dated September 17, 2019, Part 2, # <u>20</u> Exhibit 8- Deposition of Willie Thornton, dated September 30, 2019, with exhibit, # <u>21</u> Exhibit 9,p1- Deposition of Lenicki Moore Brown, dated December 12, 2019, with, # <u>23</u> Exhibit 9,p2- Deposition of Lenicki Moore Brown, dated December 12, 2019,, # |

| | | | | |
|---|---|---|---|---|
| | | | | 24 Exhibit 9,p3- Deposition of Lenicki Moore Brown, dated December 12, 2019,, # 25 Exhibit 9,p4- Deposition of Lenicki Moore Brown, dated December 12, 2019, Part 1, # 26 Exhibit 9,p4- Deposition of Lenicki Moore Brown, dated December 12, 2019, Part 2, # 27 Exhibit 9,p5- Deposition of Lenicki Moore Brown, dated December 12, 2019,) (kh, ). Modified on 12/16/2020 to add Joseph Eiland as a filer (wcl, ). (Entered: 08/04/2020) |
| 08/04/2020 | 164 ⊞ | ☐ | | Evidentiary Submission re 150 MOTION for Summary Judgment *as relates to Regina Bennett*, 153 MOTION for Summary Judgment *as relates to Shawnda Bell*, 152 MOTION for Summary Judgment *as relates to Lenicki Moore*, 149 MOTION for Summary Judgment *as relates to Margaret West*, 148 MOTION for Summary Judgment *as relates to Joseph West*, 151 MOTION for Summary Judgment *as relates to Willie Thornton PART 4* filed by Butler County Board of Education, Linda Hamilton, Mickey Jones, Michael Nimmer, Lois Robinson, Brandon Sellers, John Strycker, Joseph Eiland. (Attachments: # 1 Exhibit 10- Deposition of Lenicki Moore Brown, dated December 13, 2019, with exhibit, # 2 Exhibit 11,p1- Deposition of Shawnda Bell, dated December 11, 2019, with exhibits11,p1- Deposition of Shawnda Bell, dated December 11, 2019, with exhibits, # 3 Exhibit 11,p2- Deposition of Shawnda Bell, dated December 11, 2019, with exhibits11,p1- Deposition of Shawnda Bell, dated December 11, 2019, with exhibits, # 4 Exhibit 11,p3- Deposition of Shawnda Bell, dated December 11, 2019, with exhibits11,p1- Deposition of Shawnda Bell, dated December 11, 2019, with exhibits, # 5 Exhibit 12- Deposition of Shawnda Bell, dated December 13, 2019, with exhibits, # 6 Exhibit 13- Deposition of Rule 30(b)(6) Representative, with exhibits, # 7 Exhibit 14- Deposition of Linda Hamilton, with exhibits, # 8 Exhibit 15- Deposition of Mickey Jones, with exhibits, # 9 Exhibit 16- Deposition of Michael Nimmer, dated March 13, 2020, with exhibits, # 10 Exhibit 17- Deposition of Michael Nimmer, dated May 29, 2020, with exhibits, # 11 Exhibit 18- Deposition of Lois Robinson, with exhibits)(Seale, James) (Additional attachment(s) added on 8/18/2020: # 12 Exhibit 10- Deposition of Lenicki Moore Brown, dated December 13, 2019, with exh, # 13 Exhibit 11,p1- Deposition of Shawnda Bell, dated December 11, 2019, with exhibit, # 14 Exhibit 11,p2- Deposition of Shawnda Bell, dated December 11, 2019, with exhibit, # 15 Exhibit 11,p3- Deposition of Shawnda Bell, dated December 11, 2019, with exhibit, # 16 Exhibit 12- Deposition of Shawnda Bell, dated December 13, 2019, with exhibits, # 17 Exhibit 13- Deposition of Rule 30(b)(6) Representative, with exhibits, # 18 Exhibit 14- Deposition of Linda Hamilton, with exhibits, # 19 Exhibit 15- Deposition of Mickey Jones, with exhibits Part 1, # 20 Exhibit 15- Deposition of Mickey Jones, with exhibits Part 2, # 21 Exhibit 15- Deposition of Mickey Jones, with exhibits Part 3, # 23 Exhibit 16- Deposition of Michael Nimmer, dated March 13, 2020, with exhibits Part 1, # 24 Exhibit 16- Deposition of Michael Nimmer, dated March 13, 2020, with exhibits Part 2, # 25 Exhibit 16- Deposition of Michael Nimmer, dated March 13, 2020, with exhibits Part 3, # 26 Exhibit 17- Deposition of Michael Nimmer, dated May 29, 2020, with exhibits, # 27 Exhibit 18- Deposition of Lois Robinson, with exhibits) (kh, ). |

| | | | | Modified on 12/16/2020 to add Joseph Eiland as a filer (wcl, ). (Entered: 08/04/2020) |
|---|---|---|---|---|
| 08/04/2020 | 165 ⊞ | ☐ | | Evidentiary Submission re 150 MOTION for Summary Judgment *as relates to Regina Bennett*, 153 MOTION for Summary Judgment *as relates to Shawnda Bell*, 152 MOTION for Summary Judgment *as relates to Lenicki Moore*, 149 MOTION for Summary Judgment *as relates to Margaret West*, 148 MOTION for Summary Judgment *as relates to Joseph West*, 151 MOTION for Summary Judgment *as relates to Willie Thornton PART 5* filed by Butler County Board of Education, Linda Hamilton, Mickey Jones, Michael Nimmer, Lois Robinson, Brandon Sellers, John Strycker, Joseph Eiland. (Attachments: # 1 Exhibit 19,p1- Deposition of Brandon Sellers, dated February 20, 2020, with exhibits, # 2 Exhibit 19,p2- Deposition of Brandon Sellers, dated February 20, 2020, with exhibits, # 3 Exhibit 19,p3- Deposition of Brandon Sellers, dated February 20, 2020, with exhibits, # 4 Exhibit 19,p4- Deposition of Brandon Sellers, dated February 20, 2020, with exhibits, # 5 Exhibit 20,p1- Deposition of Brandon Sellers, dated March 2, 2020, with exhibits, # 6 Exhibit 20,p2- Deposition of Brandon Sellers, dated March 2, 2020, with exhibits, # 7 Exhibit 20,p3- Deposition of Brandon Sellers, dated March 2, 2020, with exhibits, # 8 Exhibit 21,p1- Deposition of John Strycker, taken by Joseph West, dated October 1, 2019, with exhibits, # 9 Exhibit 21,p2- Deposition of John Strycker, taken by Joseph West, dated October 1, 2019, with exhibits, # 10 Exhibit 21,p3- Deposition of John Strycker, taken by Joseph West, dated October 1, 2019, with exhibits, # 11 Exhibit 21,p4- Deposition of John Strycker, taken by Joseph West, dated October 1, 2019, with exhibits, # 12 Exhibit 21,p5- Deposition of John Strycker, taken by Joseph West, dated October 1, 2019, with exhibits, # 13 Exhibit 21,p6- Deposition of John Strycker, taken by Joseph West, dated October 1, 2019, with exhibits)(Seale, James) (Additional attachment(s) added on 8/20/2020: # 14 Exhibit 19,p1- Deposition of Brandon Sellers, dated February 20, 2020, with exhi, # 15 Exhibit 19,p2- Deposition of Brandon Sellers, dated February 20, 2020, with exhi, # 16 Exhibit 19,p3- Deposition of Brandon Sellers, dated February 20, 2020, with exhi, # 17 Exhibit 19,p4- Deposition of Brandon Sellers, dated February 20, 2020, with exhi, # 18 Exhibit 20,p1- Deposition of Brandon Sellers, dated March 2, 2020, with exhibits, # 19 Exhibit 20,p2- Deposition of Brandon Sellers, dated March 2, 2020, with exhibits, # 20 Exhibit 20,p3- Deposition of Brandon Sellers, dated March 2, 2020, with exhibits, # 21 Exhibit 21,p1- Deposition of John Strycker, taken by Joseph West, dated October, # 22 Exhibit 21,p2- Deposition of John Strycker, taken by Joseph West, dated October, # 23 Exhibit 21,p3- Deposition of John Strycker, taken by Joseph West, dated October, # 24 Exhibit 21,p4- Deposition of John Strycker, taken by Joseph West, dated October, # 25 Exhibit 21,p5- Deposition of John Strycker, taken by Joseph West, dated October, # 26 Exhibit 21,p6- Deposition of John Strycker, taken by Joseph West, dated October) (kh, ). Modified on 12/16/2020 to add Joseph Eiland as a filer (wcl, ). (Entered: 08/04/2020) |

| | | | | |
|---|---|---|---|---|
| 08/04/2020 | 166 ⊞ | ☐ | | Evidentiary Submission re 150 MOTION for Summary Judgment *as relates to Regina Bennett*, 153 MOTION for Summary Judgment *as relates to Shawnda Bell*, 152 MOTION for Summary Judgment *as relates to Lenicki Moore*, 149 MOTION for Summary Judgment *as relates to Margaret West*, 148 MOTION for Summary Judgment *as relates to Joseph West*, 151 MOTION for Summary Judgment *as relates to Willie Thornton PART 6* filed by Butler County Board of Education, Linda Hamilton, Mickey Jones, Michael Nimmer, Lois Robinson, Brandon Sellers, John Strycker, Joseph Eiland. (Attachments: # 1 Exhibit 22,p1- Deposition of John Strycker, taken by Joseph West, dated October 2, 2019, with exhibits, # 2 Exhibit 22,p2- Deposition of John Strycker, taken by Joseph West, dated October 2, 2019, with exhibits, # 3 Exhibit 22,p3- Deposition of John Strycker, taken by Joseph West, dated October 2, 2019, with exhibits, # 4 Exhibit 23,p1- Deposition of John Strycker, taken by Margaret West, with exhibits, # 5 Exhibit 23,p2- Deposition of John Strycker, taken by Margaret West, with exhibits, # 6 Exhibit 23,p3- Deposition of John Strycker, taken by Margaret West, with exhibits, # 7 Exhibit 24- Deposition of John Strycker, taken by Regina Bennett, with exhibits)(Seale, James) (Additional attachment(s) added on 8/25/2020: # 8 Exhibit 22,p1- Deposition of John Strycker, taken by Joseph West, dated October, # 9 Exhibit 22,p2- Deposition of John Strycker, taken by Joseph West, dated October, # 10 Exhibit 22,p3- Deposition of John Strycker, taken by Joseph West, dated October, # 11 Exhibit 23,p1- Deposition of John Strycker, taken by Margaret West, with exhibit, # 12 Exhibit 23,p2- Deposition of John Strycker, taken by Margaret West, with exhibit, # 13 Exhibit 23,p3- Deposition of John Strycker, taken by Margaret West, with exhibit, # 14 Exhibit 24- Deposition of John Strycker, taken by Regina Bennett, with exhibits) (kh, ). Modified on 12/16/2020 to add Joseph Eiland as a filer (wcl, ). (Entered: 08/04/2020) |
| 08/04/2020 | 167 ⊞ | ☐ | | Evidentiary Submission re 150 MOTION for Summary Judgment *as relates to Regina Bennett*, 153 MOTION for Summary Judgment *as relates to Shawnda Bell*, 152 MOTION for Summary Judgment *as relates to Lenicki Moore*, 149 MOTION for Summary Judgment *as relates to Margaret West*, 148 MOTION for Summary Judgment *as relates to Joseph West*, 151 MOTION for Summary Judgment *as relates to Willie Thornton PART 7* filed by Butler County Board of Education, Linda Hamilton, Mickey Jones, Michael Nimmer, Lois Robinson, Brandon Sellers, John Strycker, Joseph Eiland. (Attachments: # 1 Exhibit 25,p1- Deposition of John Strycker, taken by Willie Thornton, with exhibits, # 2 Exhibit 25,p2- Deposition of John Strycker, taken by Willie Thornton, with exhibits, # 3 Exhibit 25,p3- Deposition of John Strycker, taken by Willie Thornton, with exhibits, # 4 Exhibit 25,p4- Deposition of John Strycker, taken by Willie Thornton, with exhibits, # 5 Exhibit 25,p5- Deposition of John Strycker, taken by Willie Thornton, with exhibits, # 6 Exhibit 25,p6- Deposition of John Strycker, taken by Willie Thornton, with exhibits, # 7 Exhibit 25,p7- Deposition of John Strycker, taken by Willie Thornton, with exhibits, # 8 Exhibit 25,p8- Deposition of John Strycker, taken by Willie Thornton, with exhibits, # 9 Exhibit 25,p9- Deposition of John Strycker, taken by |

| | | | | |
|---|---|---|---|---|
| | | | | Willie Thornton, with exhibits, # 10 Exhibit 26- Deposition of John Strycker, taken by Lenicki Moore Brown, with exhibits, # 11 Exhibit 27- Deposition of John Strycker, taken by Shawnda Bell, with exhibits, # 12 Exhibit 28- Deposition of Joseph Eiland, with exhibits)(Seale, James) (Additional attachment(s) added on 8/25/2020: # 13 Exhibit 25,p1- Deposition of John Strycker, taken by Willie Thornton, Part 1, # 14 Exhibit 25,p1- Deposition of John Strycker, taken by Willie Thornton, Part 2, # 15 Exhibit 25,p1- Deposition of John Strycker, taken by Willie Thornton, Part 3, # 16 Exhibit 25,p2- Deposition of John Strycker, taken by Willie Thornton, with, # 17 Exhibit 25,p3- Deposition of John Strycker, taken by Willie Thornton, with exhib, # 18 Exhibit 25,p4- Deposition of John Strycker, taken by Willie Thornton, with exhib, # 19 Exhibit 25,p5- Deposition of John Strycker, taken by Willie Thornton, with exhib, # 20 Exhibit 25,p6- Deposition of John Strycker, taken by Willie Thornton, with exhib, # 21 Exhibit 25,p7- Deposition of John Strycker, taken by Willie Thornton, with exhib, # 22 Exhibit 25,p8- Deposition of John Strycker, taken by Willie Thornton, with exhib, # 23 Exhibit 25,p9- Deposition of John Strycker, taken by Willie Thornton, with exhib, # 24 Exhibit 26- Deposition of John Strycker, taken by Lenicki Moore Brown, with exh, # 25 Exhibit 27- Deposition of John Strycker, taken by Shawnda Bell, with exhibits, # 26 Exhibit 28- Deposition of Joseph Eiland, with exhibits) (kh, ). Modified on 12/16/2020 to add Joseph Eiland as a filer (wcl, ). (Entered: 08/04/2020) |
| 08/04/2020 | 168 🗎 | ☐ | | Evidentiary Submission re 150 MOTION for Summary Judgment *as relates to Regina Bennett*, 153 MOTION for Summary Judgment *as relates to Shawnda Bell*, 152 MOTION for Summary Judgment *as relates to Lenicki Moore*, 149 MOTION for Summary Judgment *as relates to Margaret West*, 148 MOTION for Summary Judgment *as relates to Joseph West*, 151 MOTION for Summary Judgment *as relates to Willie Thornton PART 8* filed by Butler County Board of Education, Linda Hamilton, Mickey Jones, Michael Nimmer, Lois Robinson, Brandon Sellers, John Strycker, Joseph Eiland. (Attachments: # 1 Exhibit 29,p1- Deposition of Lisa Adair, with exhibits, # 2 Exhibit 29,p2- Deposition of Lisa Adair, with exhibits, # 3 Exhibit 29,p3- Deposition of Lisa Adair, with exhibits, # 4 Exhibit 30,p1- Deposition of Brandi Mosley, with exhibits, # 5 Exhibit 30,p2- Deposition of Brandi Mosley, with exhibits, # 6 Exhibit 30,p3- Deposition of Brandi Mosley, with exhibits, # 7 Exhibit 30,p4- Deposition of Brandi Mosley, with exhibits, # 8 Exhibit 30,p5- Deposition of Brandi Mosley, with exhibits, # 9 Exhibit 30,p6- Deposition of Brandi Mosley, with exhibits, # 10 Exhibit 30,p7- Deposition of Brandi Mosley, with exhibits, # 11 Exhibit 31- Deposition of Tina Powell, with exhibits) (Seale, James) (Additional attachment(s) added on 8/25/2020: # 12 Exhibit 29,p1- Deposition of Lisa Adair, with exhibits, # 13 Exhibit 29,p2- Deposition of Lisa Adair, with exhibits, # 14 Exhibit 29,p3- Deposition of Lisa Adair, with exhibits, # 15 Exhibit 30,p1- Deposition of Brandi Mosley, with exhibits, # 16 Exhibit 30,p2- Deposition of Brandi Mosley, with exhibits, # 17 Exhibit 30,p3- Deposition of Brandi Mosley, with exhibits, # 18 Exhibit 30,p4- Deposition of Brandi Mosley, with exhibits, # 19 Exhibit 30,p5- |

| | | | | Deposition of Brandi Mosley, with exhibits, # 20 Exhibit 30,p6-Deposition of Brandi Mosley, with exhibits, # 21 Exhibit 30,p7-Deposition of Brandi Mosley, with exhibits, # 22 Exhibit 31-Deposition of Tina Powell, with exhibits) (kh, ). Modified on 12/16/2020 to add Joseph Eiland as a filer (wcl, ). (Entered: 08/04/2020) |
|---|---|---|---|---|
| 08/18/2020 | 169 | ☐ | | CERTIFICATE OF COMPLIANCE by Butler County Board of Education, Linda Hamilton, Mickey Jones, Michael Nimmer, Lois Robinson, Brandon Sellers, John Strycker, Joseph Eiland re 147 Order (kh, ) Modified on 12/16/2020 to add Joseph Eiland as a filer (wcl, ). (Entered: 08/18/2020) |
| 09/22/2020 | 170 | ☐ | | MOTION for Extension of Time to File Response/Reply *to Dispositive Motions* by Shawnda Bell, Regina M. Bennett, Lenicki Moore, Willie Thornton, Joseph West, Margaret West. (Arrington, Monica) (Entered: 09/22/2020) |
| 09/23/2020 | 171 | ☐ | | **ORDER REGARDING CERTAIN DEADLINES: On September 22, 2020, the Plaintiffs filed an unopposed motion to extend certain deadlines. (Doc. 170 .) For good cause shown, that motion is GRANTED. Accordingly, the following deadlines in the Uniform Scheduling Order (Doc. 23 ), as amended by the Courts previous Order Further Extending Certain Deadlines (Doc. 141 ), are hereby further AMENDED as follows: (1). Responses to Dispositive and Daubert Motions are due on or before November 6, 2020. (2). Replies to Responses to Dispositive and Daubert Motions are due on or before December 15, 2020. Furthermore, it is ORDERED that all deadlines tied to the trial of this case, including the pretrial conference and trial, be and are hereby continued generally pending resolution of the pending dispositive motions. The Court shall reset any unexpired pretrial deadlines and the trial date, if applicable, following its rulings on the motions for summary judgment. In addition, the status conference previously scheduled to be held by telephone at 9:00 A.M. on October 6, 2020 is hereby cancelled. Signed by Honorable Judge R. Austin Huffaker, Jr on 9/23/2020. (furn: dh, calendar) (term: PTC set for 1/8/2021; JT set for 2/22/2021)(kh, ) (Entered: 09/23/2020)** |
| 11/06/2020 | 172 | ☐ | | MOTION to Strike by Shawnda Bell, Regina M. Bennett, Lenicki Moore, Willie Thornton, Joseph West, Margaret West. (Gray, Stanley) (Main Document 172 replaced on 11/9/2020) (kh, ). (Entered: 11/06/2020) |
| 11/06/2020 | 173 ⊞ | ☐ | | RESPONSE in Opposition re 149 MOTION for Summary Judgment *as relates to Margaret West* filed by Margaret West. (Attachments: # 1 Plaintiff M. West Brief in Opposition to Motion for Summary Judgment)(Gray, Stanley) (Entered: 11/06/2020) |
| 11/06/2020 | 174 | ☐ | | Evidentiary Submission re 173 Response in Opposition to Motion *For Summary Judgment* filed by Margaret West. (Gray, Stanley) (Entered: 11/06/2020) |
| 11/06/2020 | 175 ⊞ | ☐ | | RESPONSE in Opposition re 152 MOTION for Summary Judgment *as relates to Lenicki Moore* filed by Lenicki Moore. |

| | | | |
|---|---|---|---|
| | | | (Attachments: # 1 Plaintiff's Brief in Support of Response, # 2 Exhibit Declaration of L. Moore, # 3 Declaration Exhibit 1, # 4 Declaration Exhibit 2, # 5 Declaration Exhibit 3, # 6 Declaration Exhibit 4)(Sims, James) (Entered: 11/06/2020) |
| 11/06/2020 | 176 | ☐ | Evidentiary Submission re 175 Response in Opposition to Motion, filed by Lenicki Moore. (Sims, James) (Entered: 11/06/2020) |
| 11/06/2020 | 177 | ☐ | RESPONSE in Opposition re 148 MOTION for Summary Judgment *as relates to Joseph West* filed by Joseph West. (Gray, Fred Jr.) (Entered: 11/07/2020) |
| 11/06/2020 | 178 ⊞ | ☐ | BRIEF/MEMORANDUM in Opposition re 151 MOTION for Summary Judgment *as relates to Willie Thornton* filed by Willie Thornton. (Attachments: # 1 Exhibit Thornton's Exhibit 1, # 2 Exhibit Thornton's Exhibit 2, # 3 Exhibit Thornton's Exhibit 3) (Relf, Victoria) (Entered: 11/07/2020) |
| 11/06/2020 | 180 ⊞ | ☐ | Evidentiary Submission re 176 Evidentiary Submission *Opposition* filed by Regina M. Bennett. (Attachments: # 1 Exhibit)(Arrington, Monica) (Entered: 11/07/2020) |
| 11/07/2020 | 179 | ☐ | BRIEF/MEMORANDUM in Support re 156 BRIEF/MEMORANDUM in Support, *OPPOSITION* filed by Shawnda Bell, Regina M. Bennett, Lenicki Moore, Willie Thornton, Joseph West, Margaret West. (Arrington, Monica) (Entered: 11/07/2020) |
| 11/07/2020 | 181 | ☐ | Evidentiary Submission re 179 BRIEF/MEMORANDUM in Support, 180 Evidentiary Submission *Opposition* filed by Shawnda Bell, Regina M. Bennett, Lenicki Moore, Willie Thornton, Joseph West, Margaret West. (Arrington, Monica) (Entered: 11/07/2020) |
| 11/07/2020 | 182 ⊞ | ☐ | BRIEF/MEMORANDUM in Support *Opposition to* filed by Joseph West. (Attachments: # 1 Affidavit)(Gray, Fred Jr.) (Entered: 11/07/2020) |
| 11/07/2020 | 183 ⊞ | ☐ | BRIEF/MEMORANDUM in Opposition re 150 MOTION for Summary Judgment *as relates to Regina Bennett* filed by Regina M. Bennett. (Attachments: # 1 Supporting Brief in Opposition) (Calloway, Charles) (Entered: 11/07/2020) |
| 11/07/2020 | 184 ⊞ | ☐ | Evidentiary Submission re 183 BRIEF/MEMORANDUM in Opposition filed by Regina M. Bennett, Shawnda Bell, Lenicki Moore, Willie Thornton, Joseph West, Margaret West. (Attachments: # 1 Exhibit Bennet JEX A, # 2 Exhibit Bennet JEX B, # 3 Exhibit Bennet JEX C, # 4 Exhibit Bennet JEX D, # 5 Exhibit Bennet JEX E)(Calloway, Charles) (Main Document 184 replaced on 11/19/2020) (wcl, ). Modified on 11/19/2020 to attach the correct PDF document to reflect the correct pleading title (wcl, ). Modified on 11/19/2020 to add as filed on behalf of all plfs (wcl, ). (Entered: 11/07/2020) |
| 11/07/2020 | 185 ⊞ | ☐ | Evidentiary Submission re 180 Evidentiary Submission *Opposition* filed by Shawnda Bell, Regina M. Bennett, Lenicki Moore, Willie Thornton, Joseph West, Margaret West. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Exhibit, # 9 Exhibit, # 10 Exhibit, # 11 Exhibit, # 12 |

| | | | | |
|---|---|---|---|---|
| | | | | Exhibit, # 13 Exhibit, # 14 Exhibit, # 15 Exhibit, # 16 Exhibit, # 17 Exhibit, # 18 Exhibit, # 19 Exhibit, # 20 Exhibit, # 21 Exhibit, # 22 Exhibit, # 23 Exhibit, # 24 Exhibit, # 25 Exhibit, # 26 Exhibit, # 27 Exhibit, # 28 Exhibit, # 29 Exhibit, # 30 Exhibit, # 31 Exhibit, # 32 Exhibit, # 33 Exhibit, # 34 Exhibit, # 35 Exhibit, # 36 Exhibit, # 37 Exhibit, # 38 Exhibit, # 39 Exhibit, # 40 Exhibit, # 41 Exhibit, # 42 Exhibit, # 43 Exhibit, # 44 Exhibit, # 45 Exhibit, # 46 Exhibit, # 47 Exhibit, # 48 Exhibit, # 49 Exhibit, # 50 Exhibit, # 51 Exhibit, # 52 Exhibit, # 53 Exhibit, # 54 Exhibit, # 55 Exhibit, # 56 Exhibit, # 57 Exhibit, # 58 Exhibit, # 59 Exhibit, # 60 Exhibit, # 61 Exhibit, # 62 Exhibit, # 63 Exhibit, # 64 Exhibit, # 65 Exhibit, # 66 Exhibit, # 67 Exhibit, # 68 Exhibit, # 69 Exhibit, # 70 Exhibit, # 71 Exhibit, # 72 Exhibit, # 73 Exhibit, # 74 Exhibit, # 75 Exhibit, # 76 Exhibit, # 77 Exhibit, # 78 Exhibit, # 79 Exhibit, # 80 Exhibit, # 81 Exhibit, # 82 Exhibit, # 83 Exhibit, # 84 Exhibit, # 85 Exhibit, # 86 Exhibit, # 87 Exhibit, # 88 Exhibit, # 89 Exhibit, # 90 Exhibit, # 91 Exhibit, # 92 Exhibit, # 93 Exhibit, # 94 Exhibit, # 95 Exhibit, # 96 Exhibit, # 97 Exhibit, # 98 Exhibit, # 99 Exhibit, # 100 Exhibit, # 101 Motion and Exhibits in Opposition to Summary Judgment)(Arrington, Monica) (Entered: 11/07/2020) |
| 11/07/2020 | 186 ⊞ | ☐ | | Evidentiary Submission re 183 BRIEF/MEMORANDUM in Opposition filed by Regina M. Bennett, Shawnda Bell, Lenicki Moore, Willie Thornton, Joseph West, Margaret West. (Attachments: # 1 Exhibit Bennet JEX F, # 2 Exhibit Bennet JEX G, # 3 Exhibit Bennet JEX H, # 4 Exhibit Bennet JEX I, # 5 Exhibit Bennet JEX J, # 6 Exhibit Bennett JEX K)(Calloway, Charles) (Main Document 186 replaced on 11/19/2020) (wcl, ). Modified on 11/19/2020 to attach the correct PDF document to reflect the correct pleading title and to further replace the erroneous main PDF that was attached in error to match the correct main PDF utilized for docket entry 184 (wcl, ). Modified on 11/19/2020 to add as filed on behalf of all plfs (wcl, ). (Entered: 11/07/2020) |
| 11/07/2020 | 187 ⊞ | ☐ | | Evidentiary Submission re 183 BRIEF/MEMORANDUM in Opposition filed by Regina M. Bennett, Shawnda Bell, Lenicki Moore, Willie Thornton, Joseph West, Margaret West. (Attachments: # 1 Exhibit Bennet JEX L, # 2 Exhibit Bennet JEX M)(Calloway, Charles) (Main Document 187 replaced on 11/19/2020) (wcl, ). Modified on 11/19/2020 to attach the correct PDF document to reflect the correct pleading title and to further replace the erroneous main PDF that was attached in error to match the correct main PDF utilized for docket entry 184 (wcl, ). Modified on 11/19/2020 to add as filed on behalf of all plfs (wcl, ). (Entered: 11/07/2020) |
| 11/07/2020 | 188 ⊞ | ☐ | | Evidentiary Submission re 183 BRIEF/MEMORANDUM in Opposition filed by Regina M. Bennett, Shawnda Bell, Lenicki Moore, Willie Thornton, Joseph West, Margaret West. (Attachments: # 1 Exhibit Bennet JEX N, # 2 Exhibit Bennet JEX O)(Calloway, Charles) (Main Document 188 replaced on 11/19/2020) (wcl, ). Modified on 11/19/2020 to attach the correct PDF document to reflect the correct pleading title and to further replace the erroneous main PDF that was attached in error to match the correct main PDF utilized for docket entry 184 (wcl, ). |

| | | | | Modified on 11/19/2020 to add as filed on behalf of all plfs (wcl, ). (Entered: 11/07/2020) |
|---|---|---|---|---|
| 11/07/2020 | 189 ⊡ | ☐ | | Evidentiary Submission re 183 BRIEF/MEMORANDUM in Opposition filed by Regina M. Bennett, Shawnda Bell, Lenicki Moore, Willie Thornton, Joseph West, Margaret West. (Attachments: # 1 Exhibit Bennet JEX P, # 2 Exhibit Bennet JEX Q, # 3 Exhibit Bennet JEX R, # 4 Exhibit Bennet JEX S, # 5 Exhibit Bennet JEX T)(Calloway, Charles) (Main Document 189 replaced on 11/19/2020) (wcl, ). Modified to attach the correct PDF document to reflect the correct pleading title and to further replace the erroneous main PDF that was attached in error to match the correct main PDF utilized for docket entry 184 on 11/19/2020 (wcl, ). Modified on 11/19/2020 to add as filed on behalf of all plfs (wcl, ). (Entered: 11/07/2020) |
| 11/09/2020 | 190 | ☐ | | **TEXT ORDER: The Defendants shall file a response to the Plaintiffs' motion to strike (Doc. 172 ) on or before November 20, 2020. The Plaintiffs may file a reply on or before November 30, 2020. (no pdf document attached to this entry)(kh, )** Modified on 11/9/2020 to clarify the text (kh, ). (Entered: 11/09/2020) |
| 11/09/2020 | 191 ⊡ | ☐ | | MOTION Accept Late Filing by Shawnda Bell, Regina M. Bennett, Lenicki Moore, Willie Thornton, Joseph West, Margaret West. (Attachments: # 1 Affidavit)(Gray, Fred Jr.) (Entered: 11/09/2020) |
| 11/09/2020 | 192 ⊡ | ☐ | | MOTION Acceptance of Filings re 179 BRIEF/MEMORANDUM in Support, 185 Evidentiary Submission,,,,,,, 181 Evidentiary Submission *In Opposition* by Shawnda Bell. (Attachments: # 1 Exhibit A, # 2 Exhibit B # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F)(Arrington, Monica) Modified on 11/10/2020 to add the exhibit letter (kh, ). (Entered: 11/09/2020) |
| 11/09/2020 | 193 ⊡ | ☐ | | MOTION Accept Late Filings re 183 BRIEF/MEMORANDUM in Opposition by Regina M. Bennett. (Attachments: # 1 Affidavit) (Calloway, Charles) (Entered: 11/09/2020) |
| 11/09/2020 | 194 | ☐ | | NOTICE by Regina M. Bennett re 183 BRIEF/MEMORANDUM in Opposition, 182 BRIEF/MEMORANDUM in Support, 178 BRIEF/MEMORANDUM in Opposition, 179 BRIEF/MEMORANDUM in Support, 175 Response in Opposition to Motion, 173 Response in Opposition to Motion (Calloway, Charles) (Entered: 11/09/2020) |
| 11/09/2020 | 195 | ☐ | | NOTICE by Joseph West re 182 BRIEF/MEMORANDUM in Support *of Response in Opposition to Defendants' Motion for Summary Judgment/Notice of Technical Difficulties* (Gray, Fred Jr.) (Entered: 11/09/2020) |
| 11/09/2020 | 196 | ☐ | | NOTICE by Shawnda Bell re 181 Evidentiary Submission (Calloway, Charles) (Entered: 11/09/2020) |
| 11/10/2020 | 197 | ☐ | | **TEXT ORDER: On or before November 13, 2020, the Defendants may file a to response to the Plaintiffs' Motions to Accept Late Filings (Docs. 191 , 192 , 193 ). Signed by** |

| | | | | Honorable Judge R. Austin Huffaker, Jr on 11/10/2020. (no pdf document attached this entry)(kh, ) (Entered: 11/10/2020) |
|---|---|---|---|---|---|
| 11/13/2020 | 198 ⊞ | ☐ | | RESPONSE in Opposition re 191 MOTION Accept Late Filing, 192 MOTION Acceptance of Filings re 179 BRIEF/MEMORANDUM in Support, 185 Evidentiary Submission, 181 Evidentiary Submission *In Opposition*, and 193 MOTION Accept Late Filings re 183 BRIEF/MEMORANDUM in Opposition , filed by Butler County Board of Education, Linda Hamilton, Mickey Jones, Michael Nimmer, Lois Robinson, Brandon Sellers, John Strycker, Joseph Eiland. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F)(Ingram, Allison) Modified on 11/18/2020 to clarify the docket text (wcl, ). Modified on 12/16/2020 to add Joseph Eiland as a filer (wcl, ). (Entered: 11/13/2020) |
| 11/16/2020 | 199 | ☐ | | REPLY to Response to Motion re 191 MOTION Accept Late Filing filed by Joseph West. (Gray, Fred Jr.) (Main Document 199 replaced on 11/16/2020) (wcl, ). Modified on 11/16/2020 to attach the correct PDF document to replace the Draft version that was previously attached in error (wcl, ). (Entered: 11/16/2020) |
| 11/16/2020 | 200 | ☐ | | REPLY to Response to Motion re 193 MOTION Accept Late Filings re 183 BRIEF/MEMORANDUM in Opposition filed by Regina M. Bennett, Joseph West, Shawnda Bell. (Calloway, Charles) Modified on 11/17/2020 to add Joseph West and Shawnda Bell as filers (wcl, ). (Entered: 11/16/2020) |
| 11/16/2020 | 201 ⊞ | ☐ | | REPLY to Response to Motion re 192 MOTION Acceptance of Filings re 179 BRIEF/MEMORANDUM in Support, 185 Evidentiary Submission,,,,,,, 181 Evidentiary Submission *In Opposition To Denying Acceptance of Late Filings* filed by Shawnda Bell. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Arrington, Monica) Modified on 11/17/2020 to clarify the docket text for the exhibits (wcl, ). (Entered: 11/16/2020) |
| 11/16/2020 | 202 ⊞ | ☐ | | NOTICE of Correction re 199 Reply to Response to Motion, to attach the correct PDF document to replace the Draft version that was previously attached in error. (Attachments: # 1 Corrected Main PDF Document to Docket Entry 199 )(wcl, ) (Entered: 11/16/2020) |
| 11/17/2020 | 203 | ☐ | | **ORDER granting 191 , 192 , & 193 Motions to Accept Late Filings, and the Plfs shall therefore file their tardy exhibits (that is, the exhibits referenced in and/or attached to their motions) on or by 11/18/2020; The Dfts are reminded that their replies, if any, to the Plfs' responses are due on or before 12/15/2020. Signed by Honorable Judge R. Austin Huffaker, Jr on 11/17/2020. (wcl, ) (Entered: 11/17/2020)** |
| 11/17/2020 | 211 | ☐ | | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of TELEPHONE STATUS CONFERENCE Proceedings (PDF ACCESS RESTRICTED FOR 90 DAYS) held on 7/31/2020, before Judge R. Austin Huffaker; Court Reporter/Transcriber Katie Silas, Telephone number 334-315-0363; Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction; After that date it may be obtained through PACER; |

| | | | | |
|---|---|---|---|---|
| | | | | NOTICE OF INTENT TO REQUEST REDACTION DUE WITHIN 7 BUSINESS DAYS; Redaction Request due 12/8/2020; Redacted Transcript Deadline set for 12/18/2020; Release of Transcript Restriction set for 2/16/2021. (wcl, ) (Entered: 11/19/2020) |
| 11/18/2020 | 204 ⊞ | ☐ | | Evidentiary Submission re 182 BRIEF/MEMORANDUM in Support *of Response in Opposition to Defendants' Motion for Summary Judgment/Notice of Technical Difficulties* filed by Joseph West. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Exhibit, # 9 Exhibit, # 10 Exhibit, # 11 Exhibit, # 12 Exhibit, # 13 Exhibit, # 14 Exhibit, # 15 Exhibit, # 16 Exhibit, # 17 Exhibit, # 18 Exhibit) (Gray, Fred Jr.) (Entered: 11/18/2020) |
| 11/18/2020 | 205 ⊞ | ☐ | | RESPONSE to Motion re 192 MOTION Acceptance of Filings re 179 BRIEF/MEMORANDUM in Support, 185 Evidentiary Submission,,,,,,, 181 Evidentiary Submission *In Opposition*, 153 MOTION for Summary Judgment *as relates to Shawnda Bell* filed by Shawnda Bell. (Attachments: # 1 Table of Contents for Responding Brief)(Arrington, Monica) (Entered: 11/18/2020) |
| 11/18/2020 | 206 | ☐ | | NOTICE by Willie Thornton re 178 BRIEF/MEMORANDUM in Opposition, *Notice of Compliance re Evidentiary Submissions* (Relf, Victoria) (Entered: 11/18/2020) |
| 11/18/2020 | 207 ⊞ | ☐ | | Evidentiary Submission *in Opposition* filed by Shawnda Bell. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit) (Arrington, Monica) (Entered: 11/18/2020) |
| 11/18/2020 | 208 ⊞ | ☐ | | Evidentiary Submission *in Opposition* filed by Shawnda Bell. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Exhibit, # 9 Exhibit, # 10 Exhibit, # 11 Exhibit, # 12 Exhibit, # 13 Exhibit, # 14 Exhibit, # 15 Exhibit, # 16 Exhibit, # 17 Exhibit, # 18 Exhibit, # 19 Exhibit, # 20 Exhibit)(Arrington, Monica) (Entered: 11/18/2020) |
| 11/18/2020 | 209 ⊞ | ☐ | | MOTION to Amend/Correct *Document* by Shawnda Bell, Regina M. Bennett, Lenicki Moore, Willie Thornton, Joseph West, Margaret West. (Attachments: # 1 Exhibit, # 2 Exhibit)(Arrington, Monica) (Entered: 11/18/2020) |
| 11/19/2020 | 210 ⊞ | ☐ | | NOTICE of Correction re 184 , 186 , 187 , 188 , & 189 Evidentiary Submissions, to attach the correct PDF document to reflect the correct pleading title for docket entry 184 and to further replace the erroneous main PDFs that were attached in error for docket entries 186 , 187 , 188 , & 189 to match the correct main PDF utilized for docket entry 184 . (Attachments: # 1 Corrected Main PDF Document to Docket Entries 184 , 186 , 187 , 188 & 189 ) (wcl, ) (Entered: 11/19/2020) |
| 11/19/2020 | 212 | ☐ | | **TEXT ORDER: Defendants shall show cause on or by 11/25/2020 as to why Plaintiff Shawnda Bell's 209 MOTION to Amend Document should not be granted. Signed by Honorable Judge R. Austin Huffaker, Jr on 11/19/2020. (No pdf attached to this entry) (wcl, ) (Entered: 11/19/2020)** |

| | | | | |
|---|---|---|---|---|
| 11/19/2020 | 213 | ☐ | | NOTICE by Joseph West re 177 Response in Opposition to Motion, 182 BRIEF/MEMORANDUM in Support *Notice of Compliance re: Evidentiary Submissions* (Gray, Fred Jr.) (Entered: 11/19/2020) |
| 11/20/2020 | 214 ⊞ | ☐ | | RESPONSE in Opposition re 172 MOTION to Strike *Exhibit A to MSJ Exhibit 42* filed by Butler County Board of Education, Linda Hamilton, Mickey Jones, Michael Nimmer, Lois Robinson, Brandon Sellers, John Strycker, Joseph Eiland. (Attachments: # 1 Exhibit 1- Marlow Letter Recommending Transfer of West, # 2 Exhibit 2- 3/21/19 Joint Initial Disclosures, # 3 Exhibit 3- 10/2/19 Depo Excerpts of Dr. Strycker, # 4 Exhibit 4- 5/15/18 Board Meeting Minutes, # 5 Exhibit 5- Dr. Strycker's Responses to West's 1st Request for Production, # 6 Exhibit 6- 3/11/20 Depo Excerpts of Eiland)(Seale, James) Modified on 12/16/2020 to add Joseph Eiland as a filer (wcl, ). (Entered: 11/20/2020) |
| 11/23/2020 | 215 | ☐ | | JOINT RESPONSE TO ORDER TO SHOW CAUSE by Butler County Board of Education, Linda Hamilton, Mickey Jones, Michael Nimmer, Lois Robinson, Brandon Sellers, John Strycker, Joseph Eiland re 212 Test Order to Show Cause. (Seale, James) Modified on 11/23/2020 to clarify the docket text (wcl, ). Modified on 12/16/2020 to add Joseph Eiland as a filer (wcl, ). (Entered: 11/23/2020) |
| 11/24/2020 | 216 | ☐ | | (STRICKEN AS AN ERRONEOUS DUPLICATE DOCKET ENTRY - SEE DOC 217 FOR CORRECT ENTRY) (Notice of Compliance) RESPONSE in Opposition re 193 MOTION Accept Late Filings re 183 BRIEF/MEMORANDUM in Opposition filed by Regina M. Bennett. (Calloway, Charles) Modified on 11/25/2020 to correct the docket text to reflect as a notice of compliance (wcl, ). (Entered: 11/24/2020) |
| 11/24/2020 | 217 | ☐ | | NOTICE by Regina M. Bennett re 183 BRIEF/MEMORANDUM in Opposition *Notice of Compliance* (Calloway, Charles) (Entered: 11/24/2020) |
| 11/25/2020 | 218 | ☐ | | NOTICE of ERROR re 216 (Notice of Compliance) Response in Opposition to Motion, which is hereby STRICKEN as an erroneous duplicate docket entry - See docket entry 217 for correct entry. (wcl, ) (Entered: 11/25/2020) |
| 11/30/2020 | 219 ⊞ | ☐ | | REPLY to Response to Motion re 172 MOTION to Strike *Exhibit A to Exhibit 42 of Defendants' Evidentiary Material In Support of Motion for Summary Judgment* filed by Shawnda Bell, Regina M. Bennett, Lenicki Moore, Willie Thornton, Joseph West, Margaret West. (Attachments: # 1 Affidavit of Bryant Marlow and Letter, # 2 Document 190, # 3 Civil Docket Sheet Excerpts, # 4 Plaintiff M. West Request For Production of Documents to BCBOE, # 5 BCBOE Response to Plaintiff M. West Request for Production of Documents, # 6 Plaintiff M. West Second Amended Notice of Taking Deposition of John Strycker, # 7 Deposition Excerpts of John Strycker, # 8 BCBOE Board Minutes May 15, 2018)(Gray, Stanley) (Entered: 11/30/2020) |

| 12/04/2020 | 220 | ☐ | | **TEXT ORDER: For good cause, it is ORDERED that Exhibit F of Document 198 shall be SEALED. Signed by Honorable Judge R. Austin Huffaker, Jr on 12/4/2020. (No pdf attached to this entry)(wcl, ) (Entered: 12/04/2020)** |
| 12/08/2020 | 221 | ☐ | | **ORDER that the 209 Motion to Amend Document is GRANTED to the extent that it seeks to introduce the new affidavit, (see Doc. 209 -2), but DENIED to the extent it seeks to strike and completely replace the original affidavit. (See Doc. 209 -1.) Furthermore, the Dfts may move to strike those portions of the new affidavit that they believe untimely inject new facts not otherwise set forth in the original affidavit and new testimony that conflicts with testimony from the original affidavit; The Dfts may file such a motion on or before 12/15/2020. Signed by Honorable Judge R. Austin Huffaker, Jr on 12/8/2020. (wcl, ) (Entered: 12/08/2020)** |
| 12/15/2020 | 222 | ☐ | | MOTION to Strike *Declaration of Jennifer Burt* by Butler County Board of Education, Linda Hamilton, Mickey Jones, Michael Nimmer, Lois Robinson, Brandon Sellers, John Strycker, Joseph Eiland. (Marsh, John) Modified on 12/16/2020 to add Joseph Eiland as a filer (wcl, ). (Entered: 12/15/2020) |
| 12/15/2020 | 223 ⊞ | ☐ | | REPLY to Response to Motion re 148 MOTION for Summary Judgment *as relates to Joseph West* filed by Butler County Board of Education, Linda Hamilton, Mickey Jones, Michael Nimmer, Lois Robinson, Brandon Sellers, John Strycker, Joseph Eiland. (Attachments: # 1 Exhibit 1- Declaration of Joseph West)(Marsh, John) Modified on 12/16/2020 to add Joseph Eiland as a filer (wcl, ). (Entered: 12/15/2020) |
| 12/15/2020 | 224 ⊞ | ☐ | | REPLY to Response to Motion re 152 MOTION for Summary Judgment *as relates to Lenicki Moore* filed by Butler County Board of Education, Linda Hamilton, Mickey Jones, Michael Nimmer, Lois Robinson, Brandon Sellers, John Strycker, Joseph Eiland. (Attachments: # 1 Ex. 1, # 2 Ex.2, # 3 Ex.3, # 4 Ex.4)(Marsh, John) Modified on 12/16/2020 to add Joseph Eiland as a filer (wcl, ). (Entered: 12/15/2020) |
| 12/15/2020 | 225 ⊞ | ☐ | | REPLY to Response to Motion re 150 MOTION for Summary Judgment *as relates to Regina Bennett* filed by Butler County Board of Education, Linda Hamilton, Mickey Jones, Michael Nimmer, Lois Robinson, Brandon Sellers, John Strycker, Joseph Eiland. (Attachments: # 1 Ex. 1, # 2 Ex.2)(Marsh, John) Modified on 12/16/2020 to add Joseph Eiland as a filer (wcl, ). (Entered: 12/15/2020) |
| 12/15/2020 | 226 ⊞ | ☐ | | REPLY to Response to Motion re 149 MOTION for Summary Judgment *as relates to Margaret West* filed by Butler County Board of Education, Linda Hamilton, Mickey Jones, Michael Nimmer, Lois Robinson, Brandon Sellers, John Strycker, Joseph Eiland. (Attachments: # 1 Ex. 1)(Marsh, John) Modified on 12/16/2020 to add Joseph Eiland as a filer (wcl, ). (Entered: 12/15/2020) |

| | | | | |
|---|---|---|---|---|
| 12/15/2020 | 227 ⊞ | ☐ | | REPLY to Response to Motion re 151 MOTION for Summary Judgment *as relates to Willie Thornton* filed by Butler County Board of Education, Linda Hamilton, Mickey Jones, Michael Nimmer, Lois Robinson, Brandon Sellers, John Strycker, Joseph Eiland. (Attachments: # 1 Ex. A, # 2 Ex. B, # 3 Ex.C)(Marsh, John) Modified on 12/16/2020 to add Joseph Eiland as a filer (wcl, ). (Entered: 12/15/2020) |
| 12/15/2020 | 228 | ☐ | | REPLY to Response to Motion re 153 MOTION for Summary Judgment *as relates to Shawnda Bell* filed by Butler County Board of Education, Linda Hamilton, Mickey Jones, Michael Nimmer, Lois Robinson, Brandon Sellers, John Strycker, Joseph Eiland. (Marsh, John) Modified on 12/16/2020 to add Joseph Eiland as a filer (wcl, ). (Entered: 12/16/2020) |
| 12/16/2020 | 229 ⊞ | ☐ | | MOTION Accept Late Filing re 228 Reply to Response to Motion, *Bell MSJ* by Butler County Board of Education, Linda Hamilton, Mickey Jones, Michael Nimmer, Lois Robinson, Brandon Sellers, John Strycker, Joseph Eiland. (Attachments: # 1 Exhibit A- EEOC Charge of Discrimination, # 2 Exhibit B- 2/22/19 Email from Strycker to Bell, # 3 Exhibit C- 5/7/18 Email from Powell to Strycker, # 4 Exhibit D- 5/15/18 Board Meeting Minutes, # 5 Exhibit E- 5/15/18 Board Meeting Packet)(Marsh, John) Modified on 12/16/2020 to add Joseph Eiland as a filer (wcl, ). (Entered: 12/16/2020) |
| 12/16/2020 | 230 | ☐ | | **TEXT ORDER: Defendants' 229 MOTION to Accept Late Filings is GRANTED. The filings are accepted as timely filed. Signed by Honorable Judge R. Austin Huffaker, Jr on 12/16/2020. (No pdf attached to this entry) (wcl, ) (Entered: 12/16/2020)** |
| 01/04/2021 | 231 ⊞ | ☐ | | MOTION for Leave to File by Regina M. Bennett. (Attachments: # 1 Attachment 1 Surreply, # 2 Affidavit Affidavit, # 3 Exhibit Email 4/25/19, # 4 Exhibit Email 4/25/19, # 5 Exhibit Email 11/1/19, # 6 Exhibit Email 10/31/19, # 7 Exhibit Email 9/2/19)(Calloway, Charles) (Entered: 01/04/2021) |
| 01/05/2021 | 232 | ☐ | | **TEXT ORDER: Defendant shall show cause on or by 1/18/2021 as to why Plaintiff Bennett's 231 Motion for Leave to File Surreply should not be granted. Signed by Honorable Judge R. Austin Huffaker, Jr on 1/5/2021. (No pdf attached to this entry) (wcl, ) (Entered: 01/05/2021)** |
| 01/18/2021 | 233 | ☐ | | RESPONSE TO ORDER TO SHOW CAUSE by Butler County Board of Education, Joseph Eiland, Linda Hamilton, Mickey Jones, Michael Nimmer, Lois Robinson, Brandon Sellers, John Strycker re 232 Order to Show Cause,. (Marsh, John) (Entered: 01/18/2021) |
| 01/25/2021 | 234 | ☐ | | **TEXT ORDER TO SHOW CAUSE by plfs as to why 222 Motion to Strike should not be granted; Show Cause Response due by 2/5/2021. Signed by Honorable Judge R. Austin Huffaker, Jr on 1/25/2021. (NO PDF document attached to this notice).(djy, ) (Entered: 01/25/2021)** |
| 02/05/2021 | 235 | ☐ | | (Response to Show Cause Order) RESPONSE in Opposition re 222 MOTION to Strike *Declaration of Jennifer Burt Response to* |

| | | | | |
|---|---|---|---|---|
| | | ☐ | | *Show Cause As To Why Request Should Be Denied* filed by Shawnda Bell, Regina M. Bennett, Lenicki Moore, Willie Thornton, Joseph West, Margaret West. (Arrington, Monica) Modified on 2/8/2021 to clarify the docket text to reflect as a response to show cause order (wcl, ). (Entered: 02/05/2021) |
| 02/05/2021 | | ☐ | | RESPONSE TO ORDER TO SHOW CAUSE by Shawnda Bell, Regina M. Bennett, Lenicki Moore, Willie Thornton, Joseph West, Margaret West re 234 Text Order to Show Cause. (No pdf attached to this entry - See doc 235 for pdf) (wcl, ) (Entered: 02/08/2021) |
| 04/22/2021 | 236 | ☐ | | Joint MOTION to Stay *Ruling(s)* by John Strycker, Butler County Board of Education, Linda Hamilton, Mickey Jones, Michael Nimmer, Lois Robinson, Brandon Sellers, Joseph Eiland, Shawnda Bell, Regina M. Bennett, Lenicki Moore, Willie Thornton, Joseph West, Margaret West. (Marsh, John) Modified on 4/22/2021 to add the plfs and all dfts as filers (wcl, ). (Entered: 04/22/2021) |
| 04/23/2021 | 237 | ☐ | | **ORDER granting 236 Joint Motion to Stay Ruling(s); This case is STAYED until 6/1/2021. Signed by Honorable Judge R. Austin Huffaker, Jr on 4/23/2021. (bes, ) (Entered: 04/23/2021)** |
| 06/02/2021 | 238 | ☐ | | **TEXT ORDER: Pursuant to the 5/28/2021 discussion with counsel for the parties, the stay imposed in this case on 4/23/2021, shall remain in effect until 6/30/2021. The parties shall file a status reporting regarding their settlement discussions on or before 6/29/2021. Signed by Honorable Judge R. Austin Huffaker, Jr on 6/2/2021. (NO PDF document attached to this notice).(djy, ) (Entered: 06/02/2021)** |
| 06/29/2021 | 239 | ☐ | | JOINT STATUS REPORT *re Settlement* by Joseph Eiland, Shawnda Bell, Regina M. Bennett, Lenicki Moore, Willie Thornton, Joseph West, Margaret West, Butler County Board of Education, Linda Hamilton, Mickey Jones, Michael Nimmer, Lois Robinson, Brandon Sellers. (Marsh, John) Modified on 6/29/2021 to clarify the docket text and to add all plfs and all dfts as filers (wcl, ). (Entered: 06/29/2021) |
| 07/02/2021 | 240 | ☐ | | **ORDER setting Status Teleconference for 7/8/2021, at 11:00 AM before Honorable Judge R. Austin Huffaker Jr.; Counsel shall contact chambers for the call-in number no later than the day preceding the call. Signed by Honorable Judge R. Austin Huffaker, Jr on 7/2/2021. (furn: calendar, dh) (wcl, ) (Entered: 07/02/2021)** |
| 07/08/2021 | 241 | ☐ | | Minute Entry for proceedings held before Honorable Judge R. Austin Huffaker, Jr.: Status Conference held on 7/8/2021 (PDF available for court use only). (Court Reporter Katie Silas. Recording time 11:00-11:35) (dh) (Entered: 07/08/2021) |
| 09/07/2021 | 242 | ☐ | | **ORDER: it is hereby ORDERED that the parties shall file a joint status report as to the status of mediation and settlement of this matter on or by 9/17/2021. Signed by Honorable Judge R. Austin Huffaker, Jr on 9/7/2021. (hfc, ) (Entered: 09/07/2021)** |
| 09/17/2021 | 243 | ☐ | | STATUS REPORT *[JOINT]* by Butler County Board of Education, Joseph Eiland, Linda Hamilton, Mickey Jones, Michael Nimmer, |

| | | | | Lois Robinson, Brandon Sellers. (Seale, James) Modified on 9/24/2021 to clarify text to reflect as also filed on behalf of all plaintiffs (qc/djy, ). (Entered: 09/17/2021) |
|---|---|---|---|---|
| 07/11/2022 | 244 | ☐ | | **TEXT ORDER: For good cause, it is ORDERED that the stay of this case is LIFTED. Signed by Honorable Judge R. Austin Huffaker, Jr on 7/11/2022. (No PDF attached to this entry)(es, ) (Entered: 07/11/2022)** |
| 07/11/2022 | 245 | ☐ | | **MEMORANDUM OPINION AND ORDER: It is therefore ORDERED as follows: (1) Dfts' 148 Joint Motion for Summary Judgment as Relates to Plf Joseph West, Dfts' 149 Joint Motion for Summary Judgment as Relates to Plf Margaret West, Dfts' 150 Joint Motion for Summary Judgment as Relates to Plf Regina Bennett, Dfts' 151 Joint Motion for Summary Judgment as Relates to Plf Willie Thornton, and Dfts' 152 Joint Motion for Summary Judgment as Relates to Plf Lenicki Moore are GRANTED. Joseph West, Margaret West, Regina Bennett, Willie Thornton, and Lenicki Moore are terminated as plfs in this action; (2) Dfts' 153 Joint Motion for Summary Judgment as Relates to Plf Shawnda Bell is GRANTED in part and DENIED in part. Summary Judgment as to Count III against the Board is DENIED. In all other respects, the Motion is GRANTED; (3) Plfs' 172 Motion to Strike Marlow's Affidavit is DENIED as moot; (4) Dfts' 222 Motion to Strike the Declaration of Jennifer Burt is DENIED as moot; (5) The 231 Motion for Leave to File Surreply by Regina Bennett is GRANTED, and the 231 -1 Surreply is ACCEPTED AS FILED; (6) This case shall proceed to trial on Count III as to Plf Shawnda Bell's Title VII claim for race discrimination against the Board. Therefore, all parties are dismissed except for Plf Shawnda Bell and Dft Butler County Board of Education. Signed by Honorable Judge R. Austin Huffaker, Jr on 7/11/2022. (es, ) (Entered: 07/11/2022)** |
| 07/11/2022 | 246 | ☐ | | **AMENDED SCHEDULING ORDER: Final Pretrial Conference set for 8/25/2022 at 8:30 AM in CR 2D, the Frank M. Johnson, Jr. U. S. Courthouse, Montgomery, Alabama before Honorable Judge R. Austin Huffaker Jr.; Proposed Pretrial Order due by 8/18/2022; Jury Selection & Jury Trial set for 10/17/2022 at 10:00 AM in Montgomery, Alabama before Honorable Judge R. Austin Huffaker Jr., as further set out in order. Signed by Honorable Judge R. Austin Huffaker, Jr on 7/11/2022. (Furn: calendar; DH) (es, ) (Entered: 07/11/2022)** |
| 07/25/2022 | 247 | ☐ | | BILL OF COSTS *Notice of Intent to File Costs and Attorneys' Fees* by Joseph Eiland, Linda Hamilton, Mickey Jones, Michael Nimmer, Lois Robinson, Brandon Sellers, John Strycker. (Ingram, Allison) Modified on 8/3/2022 (es, ). (Entered: 07/25/2022) |
| 07/25/2022 | | ☐ | | NOTICE of Intent to File Costs and Attorneys' Fees by Joseph Eiland, Linda Hamilton, Mickey Jones, Michael Nimmer, Lois Robinson, Brandon Sellers, John Strycker. (No PDF attached to this entry - see doc. 247 ) (es, ) (Entered: 08/03/2022) |

| 08/09/2022 | 248 | ☐ | | NOTICE OF Interlocutory APPEAL as to 245 Memorandum Opinion and Order entered 7/11/2022 and Judgment entered 7/11/2022 (Doc. No. 245 ) by Shawnda Bell, Regina M. Bennett, Lenicki Moore, Willie Thornton, Joseph West, Margaret West ( Filing fee $ 505.00 receipt number AALMDC-3269271.) (Gray, Fred Jr.) Modified on 8/11/2022 to reflect interlocutory appeal, clean up text and reflect No judgment entered on 7/11/2022. (dmn, ) (Entered: 08/09/2022) |
|---|---|---|---|---|
| 08/10/2022 | 249 ⊞ | ☐ | | Appeal Instructions sent to Fred D. Gray, Jr., Stanley F. Gray, J. Carlton Sims, Jr., Victoria D. Relf, Monica L. Arrington, Charles E. Callaway counsel for Appellants Joseph West, Willie Thornton, Margaret West, Shawnda Bell, LeNicki Moore, and Regina Bennett, re 248 Notice of Appeal. A copy of the Transcript Information Form must be mailed to each court reporter from whom you are requesting a transcript. (Attachments: # 1 Transcript Information Form)(dmn, ) (Entered: 08/10/2022) |
| 08/11/2022 | 250 ⊞ | ☐ | | Transmission of 248 Notice of Interlocutory Appeal, 245 Memorandum Opinon and and Docket Sheet to US Court of Appeals. (Attachments: # 1 Docket Sheet and Appeal Record) (dmn, ) (Entered: 08/11/2022) |
| 08/16/2022 | 251 | ☐ | | USCA Case Number 22-12657-A for 248 Notice of Interlocutory Appeal, filed by Appellants Shawnda Bell, Regina M. Bennett, Willie Thornton, Joseph West, Lenicki Moore, Margaret West on 8/9/2022. Fee Status: Fee Paid. Awaiting Appellant's Certificate of Interested Persons due on or before 8/30/2022 as to Appellant Joseph West. Awaiting Appellee's Certificate of Interested Persons due on or before 9/13/2022 as to Appellee Butler County Board of Education. (dmn, ) (Entered: 08/17/2022) |
| 08/18/2022 | 252 | ☐ | | JOINT MOTION for One-Day Extension of Pre-Trial Deadlines in Doc 246 - Amended Scheduling Order by Butler County Board of Education, Shawnda Bell. (Bennett, Alicia) Modified on 8/18/2022 to clarify the docket text and add the plf as a filer (wcl, ). (Entered: 08/18/2022) |
| 08/18/2022 | 253 | ☐ | | **TEXT ORDER: The 252 Joint Motion for One-Day Extension for Pre-Trial Deadlines is GRANTED. The parties shall file the proposed pretrial order, witness and exhibit lists and deposition designations on or by 8/19/2022. Signed by Honorable Judge R. Austin Huffaker, Jr on 8/18/2022. (No pdf attached to this entry)(wcl, )** (Entered: 08/18/2022) |
| 08/19/2022 | 254 | ☐ | | Witness List by Butler County Board of Education. (Bennett, Alicia) (Entered: 08/19/2022) |
| 08/19/2022 | 255 | ☐ | | Exhibit List by Butler County Board of Education.. (Bennett, Alicia) (Entered: 08/19/2022) |
| 08/19/2022 | 256 | ☐ | | Deposition Designations by Butler County Board of Education.. (Bennett, Alicia) (Entered: 08/19/2022) |
| 08/19/2022 | 257 | ☐ | | Witness List by Shawnda Bell. (Gray, Fred Jr.) (Entered: 08/19/2022) |

| 08/19/2022 | 258 | ☐ | | Exhibit List by Shawnda Bell.. (Gray, Fred Jr.) (Entered: 08/19/2022) |
|---|---|---|---|---|
| 08/19/2022 | 259 | ☐ | | Deposition Designations by Shawnda Bell.. (Gray, Fred Jr.) (Entered: 08/19/2022) |
| 08/25/2022 | 260 | ☐ | | Minute Entry for proceedings held before Honorable Judge R. Austin Huffaker, Jr.: Pretrial Conference held on 8/25/2022 (PDF available for court use only). (Court Reporter Patricia Starkie.) (dh) (Entered: 08/25/2022) |
| 08/25/2022 | 261 | ☐ | | **ORDER: It is hereby ORDERED that a hearing on all then-pending motions is SET for 9/29/2022 at 9:00 a.m. in Courtroom 2D; DIRECTING the Clerk to provide a court reporter for this proceeding. Signed by Honorable Judge R. Austin Huffaker, Jr on 8/25/2022. (Furnished: Calendar & DH) (amf, ) (Entered: 08/25/2022)** |
| 08/26/2022 | 262 | ☐ | | **TEXT ORDER: Upon the Defendant's unopposed oral motion at the 8/25/2022 hearing, the deadline to file objections to deposition designations is EXTENDED to 9/5/2022; The deadline to file responses to objections is EXTENDED to 9/12/2022. Signed by Honorable Judge R. Austin Huffaker, Jr on 8/26/2022. (No PDF attached to this entry)(amf, ) (Entered: 08/26/2022)** |
| 08/29/2022 | 263 | ☐ | | Deposition Designations *Responses* by Shawnda Bell.. (Gray, Fred Jr.) (Entered: 08/29/2022) |
| 09/01/2022 | 264 | ☐ | | Objection to 257 Witness List filed by Butler County Board of Education. (Bennett, Alicia) (Entered: 09/01/2022) |
| 09/01/2022 | 265 | ☐ | | Objections to 258 Exhibit List filed by Butler County Board of Education. (Bennett, Alicia) (Entered: 09/01/2022) |
| 09/02/2022 | 266 | ☐ | | **ORDER ON PRETRIAL HEARING: A pretrial hearing was held in this case on 8/25/2022, wherein the following proceedings were held and actions taken, as further set out in order; This case set for trial on 10/17/2022, commencing at 10:00 a.m. in Montgomery, Alabama before United States District Judge R. Austin Huffaker, Jr.; The parties are ORDERED to file any requested voir dire questions and any proposed jury instruction, together with citations of law thereon, ON OR BEFORE 9/19/2022, UNLESS THE TIME IS SHORTENED BY THE COURT ON MOTION OF EITHER PARTY; Any motions in limine or similar motions must be filed on or before 9/19/2022, and must be accompanied by a brief; Responses to these motions shall be filed on or before 9/26/2022, as further set out in order. Signed by Honorable Judge R. Austin Huffaker, Jr on 9/2/2022. (Furnished: Calendar & DH)(amf, ) (Entered: 09/02/2022)** |
| 09/05/2022 | 267 | ☐ | | Deposition Designations *REBUTTAL* by Butler County Board of Education.. (Bennett, Alicia) (Entered: 09/05/2022) |
| 09/08/2022 | 268 | ☐ | | RESPONSE in Opposition re 264 Objection to *Defendant's Objections to Plaintiff's Witness List* by Shawnda Bell. (Gray, Fred |

| | | | | Jr.) (Entered: 09/08/2022) |
|---|---|---|---|---|
| 09/08/2022 | 269 | ☐ | | (Plf's Response to Dft's 267 Rebuttal Deposition Designations) Deposition Designations *Plaintiff's Response to Defendant's Rebuttal Deposition Designations* by Shawnda Bell.. (Gray, Fred Jr.) Modified on 9/9/2022 to add the link to doc 267 and to clarify the docket text to reflect as a response (wcl, ). (Entered: 09/08/2022) |
| 09/08/2022 | 270 | ☐ | | (Plf's Response to Dft's 265 Objections to Plf's Exhibit List) Exhibit List *Plaintiff's Response to Defendant's Objections to Plaintiff's Exhibit List* by Shawnda Bell.. (Gray, Fred Jr.) Modified on 9/9/2022 to add the link to doc 265 and to clarify the docket text to reflect as a response (wcl, ). (Entered: 09/08/2022) |
| 09/15/2022 | 271 | ☐ | | Clerk's Order of Dismissal of USCA as to 248 Notice of Appeal, filed by Shawnda Bell, Regina M. Bennett, Willie Thornton, Joseph West, Lenicki Moore, Margaret West, 11th Circuit Appeal No. 22-12657-A: Pursuant to the 11th Cir. R. 42-1(b), this appeal is DISMISSED for want of prosecution because the appellant Shawnda Bell, Regina M. Bennett, Lenicki Moore, Willie Thornton, Joseph West, and Margaret West failed to comply with the rules on Certificate of Interested Persons and Corporate Disclosure Statements. See 11th Cir. Rules 26.1-1 through 26.1.4. FOR THE COURT BY DIRECTION.(dmn, ) (Entered: 09/15/2022) |
| 09/19/2022 | 272 | ☐ | | First MOTION in Limine *Regarding Plaintiff's Witness List* by Butler County Board of Education. (Seale, James) (Entered: 09/19/2022) |
| 09/19/2022 | 273 ⊞ | ☐ | | MEMORANDUM BRIEF in Support re 272 First MOTION in Limine *Regarding Plaintiff's Witness List* filed by Butler County Board of Education. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H)(Seale, James) (AttachmentS 1, 2, 3, 4, 5, 6, 7, & 8 replaced on 9/20/2022 to attach corrected, labeled exhibits.) (amf, ). Modified on 9/20/2022 (amf, ). (Entered: 09/19/2022) |
| 09/19/2022 | 274 | ☐ | | Second MOTION in Limine *Regarding Plaintiff's Exhibit List* by Butler County Board of Education. (Seale, James) (Entered: 09/19/2022) |
| 09/19/2022 | 275 | ☐ | | Third MOTION in Limine *Regarding Lee v. Macon / Lee v. Butler County Board of Education* by Butler County Board of Education. (Seale, James) (Entered: 09/19/2022) |
| 09/19/2022 | 276 ⊞ | ☐ | | Fourth MOTION in Limine *Regarding Claims Brought by Other/Former Plaintiffs (With Authorities)* by Butler County Board of Education. (Seale, James) (Additional attachment(s) added on 9/20/2022: # 1 Signature Page & Certificate of Service Page) (amf, ). (Entered: 09/19/2022) |
| 09/19/2022 | 277 | ☐ | | Fifth MOTION in Limine *Regarding Declarations of Shawnda Bell, Jennifer Burt, Margaret West, and Joseph West (Including Authorities)* by Butler County Board of Education. (Seale, James) (Entered: 09/19/2022) |

| 09/19/2022 | 278 ⊞ | ☐ | | Sixth MOTION in Limine *Regarding Personnel Files* by Butler County Board of Education. (Seale, James) (Additional attachment(s) added on 9/20/2022: # 1 Corrected Certificate of Service) (amf, ). (Entered: 09/19/2022) |
|---|---|---|---|---|
| 09/19/2022 | 279 | ☐ | | BRIEF in Support re 278 Sixth MOTION in Limine *Regarding Personnel Files* filed by Butler County Board of Education. (Seale, James) (Entered: 09/19/2022) |
| 09/19/2022 | 280 ⊞ | ☐ | | Seventh MOTION in Limine *Regarding Absent Witnesses (Including Authorities)* by Butler County Board of Education. (Seale, James) (Additional attachment(s) added on 9/20/2022: # 1 Signature Page & Certificate of Service Page) (amf, ). (Entered: 09/19/2022) |
| 09/19/2022 | 281 ⊞ | ☐ | | Eighth MOTION in Limine *to Exclude Racial Statistics* by Butler County Board of Education. (Seale, James) (Additional attachment(s) added on 9/20/2022: # 1 Corrected Signature Page) (amf, ). Modified on 9/20/2022 (amf, ). (Entered: 09/19/2022) |
| 09/19/2022 | 282 | ☐ | | Ninth MOTION in Limine *Regarding Compensatory Damages for Claimed "Unpaid Wages" and Mental Anguish and Emotional Distress* by Butler County Board of Education. (Seale, James) (Entered: 09/19/2022) |
| 09/19/2022 | 283 ⊞ | ☐ | | Tenth MOTION in Limine *Regarding the Assignment of Counseling Units* by Butler County Board of Education. (Seale, James) (Additional attachment(s) added on 9/20/2022: # 1 Corrected Certificate of Service) (amf, ). (Entered: 09/19/2022) |
| 09/19/2022 | 284 ⊞ | ☐ | | Eleventh MOTION in Limine *Regarding Hearsay Statements Related to Plaintiff's Claim of Embarrassment and Loss of Prestige* by Butler County Board of Education. (Seale, James) (Additional attachment(s) added on 9/20/2022: # 1 Corrected Certificate of Service) (amf, ). (Entered: 09/19/2022) |
| 09/19/2022 | 285 | ☐ | | Twelfth MOTION in Limine *Regarding John Strycker's Deposition Testimony (With Authorities)* by Butler County Board of Education. (Seale, James) (Entered: 09/19/2022) |
| 09/19/2022 | 286 | ☐ | | Thirteenth MOTION in Limine *to Preclude Introduction Regarding Alabama State Department of Education Exhibits and Related Alabama State Department of Education Website Exhibits* by Butler County Board of Education. (Seale, James) (Entered: 09/19/2022) |
| 09/19/2022 | 287 ⊞ | ☐ | | Fourteenth MOTION in Limine *to Exclude Plaintiff's Exhibit 109 and Testimony Regarding Medical Expenses and to Limit Plaintiff's Testimony Regarding Salary Loss to $59,915.04* by Butler County Board of Education. (Seale, James) (Additional attachment(s) added on 9/20/2022: # 1 Corrected Signature Page) (amf, ). (Entered: 09/19/2022) |
| 09/19/2022 | 288 | ☐ | | MEMORANDUM BRIEF in Support re 287 Fourteenth MOTION in Limine *to Exclude Plaintiff's Exhibit 109 and Testimony Regarding Medical Expenses and to Limit Plaintiff's Testimony Regarding Salary Loss to $59,915.04* filed by Butler County Board of Education. (Seale, James) (Main Document 288 replaced on |

| | | | | |
|---|---|---|---|---|
| | | | | 9/20/2022 to attach a corrected PDF document) (amf, ). Modified on 9/20/2022 (amf, ). (Entered: 09/19/2022) |
| 09/19/2022 | 289 ⊞ | ☐ | | Fifteenth MOTION in Limine *Regarding Out of Court Statements Made by Plaintiff's Healthcare Providers (With Authorities)* by Butler County Board of Education. (Seale, James) (Additional attachment(s) added on 9/20/2022: # 1 Corrected Certificate of Service) (amf, ). (Entered: 09/19/2022) |
| 09/19/2022 | 290 | ☐ | | Sixteenth MOTION in Limine *Regarding Counselor Pay* by Butler County Board of Education. (Seale, James) (Entered: 09/19/2022) |
| 09/19/2022 | 291 ⊞ | ☐ | | BRIEF in Support re 290 Sixteenth MOTION in Limine *Regarding Counselor Pay* filed by Butler County Board of Education. (Seale, James) (Additional attachment(s) added on 9/20/2022: # 1 Certificate of Service) (amf, ). (Entered: 09/19/2022) |
| 09/19/2022 | 292 | ☐ | | MEMORANDUM BRIEF in Support re 274 Second MOTION in Limine *Regarding Plaintiff's Exhibit List* filed by Butler County Board of Education. (Seale, James) (Entered: 09/19/2022) |
| 09/19/2022 | 293 | ☐ | | MEMORANDUM BRIEF in Support re 281 Eighth MOTION in Limine *to Exclude Racial Statistics* filed by Butler County Board of Education. (Seale, James) (Entered: 09/19/2022) |
| 09/19/2022 | 294 | ☐ | | MEMORANDUM BRIEF in Support re 286 Thirteenth MOTION in Limine *to Preclude Introduction Regarding Alabama State Department of Education Exhibits and Related Alabama State Department of Education Website Exhibits* filed by Butler County Board of Education. (Seale, James) (Entered: 09/19/2022) |
| 09/19/2022 | 295 | ☐ | | Proposed Voir Dire by Butler County Board of Education. (Seale, James) (Entered: 09/19/2022) |
| 09/19/2022 | 296 | ☐ | | Proposed Jury Instructions by Butler County Board of Education. (Seale, James) (Entered: 09/19/2022) |
| 09/19/2022 | 297 | ☐ | | Proposed Jury Instructions by Shawnda Bell. (Gray, Fred Jr.) (Entered: 09/19/2022) |
| 09/19/2022 | 298 | ☐ | | Proposed Voir Dire by Shawnda Bell. (Gray, Fred Jr.) (Entered: 09/19/2022) |
| 09/20/2022 | 299 ⊞ | ☐ | | NOTICE of Correction re 273 MEMORANDUM BRIEF, to attach corrected, labeled exhibits. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H)(amf, ) (Entered: 09/20/2022) |
| 09/20/2022 | 300 ⊞ | ☐ | | NOTICE of Correction re 288 MEMORANDUM BRIEF, to attach a corrected PDF document. (Attachments: # 1 Main PDF to Document 288 )(amf, ) (Entered: 09/20/2022) |
| 09/20/2022 | 301 | ☐ | | TRANSCRIPT INFORMATION FORM re 248 Notice of Appeal, by Shawnda Bell, Regina M. Bennett, Lenicki Moore, Willie Thornton, Joseph West, Margaret West with the following notation, "I am ordering a transcript of the following proceedings: Hearing dates unknown before Honorable Judge R. Austin Huffaker, Jr., Court Reporter: Katie Sears-Silas, Blanton Callen, and Patricia |

| | | | | Starkie." (Gray, Fred Jr.) Modified on 9/20/2022 to include additional text. (dmn, ) (Entered: 09/20/2022) |
|---|---|---|---|---|
| 09/22/2022 | 302 | ☐ | | TRANSCRIPT INFORMATION FORM by Shawnda Bell, Regina M. Bennett, Lenicki Moore, Willie Thornton, Joseph West, Margaret West re 248 Notice of Appeal, with the following notation: "I am ordering a transcript of the following proceedings: Pre-Trial Proceedings 6/10/20, 7/8/21 before Honorable Judge R. Austin Huffaker, Jr., Court Reporter: Patricia Starkie, Katie Silas; Other: 12/15/19, 01/22/20, 06/02/20 before Honorable Judge Jerusha T. Adams, Court Reporter: Patricia Starkie." (Gray, Fred Jr.) Modified on 9/22/2022 to include additional text. (dmn, ) (Entered: 09/22/2022) |
| 09/22/2022 | 303 | ☐ | | ORDER of USCA as to 248 Notice of Appeal, filed by Shawnda Bell, Regina M. Bennett, Willie Thornton, Joseph West, Lenicki Moore, Margaret West, 11th Circuit Appeal No. 22-12657-A: The motion to reinstate appeal is GRANTED. The appeal is reinstated by the clerk, effective September 22, 2022. FOR THE COURT BY DIRECTION. (dmn, ) (Entered: 09/22/2022) |
| 09/26/2022 | 304 | ☐ | | RESPONSE in Opposition re 272 First MOTION in Limine *Regarding Plaintiff's Witness List* filed by Shawnda Bell. (Gray, Fred Jr.) (Entered: 09/26/2022) |
| 09/26/2022 | 305 | ☐ | | RESPONSE in Opposition re 274 Second MOTION in Limine *Regarding Plaintiff's Exhibit List* filed by Shawnda Bell. (Gray, Fred Jr.) (Entered: 09/26/2022) |
| 09/26/2022 | 306 | ☐ | | RESPONSE in Opposition re 275 Third MOTION in Limine *Regarding Lee v. Macon / Lee v. Butler County Board of Education* filed by Shawnda Bell. (Gray, Fred Jr.) (Entered: 09/26/2022) |
| 09/26/2022 | 307 | ☐ | | RESPONSE in Opposition re 276 Fourth MOTION in Limine *Regarding Claims Brought by Other/Former Plaintiffs (With Authorities)* filed by Shawnda Bell. (Gray, Fred Jr.) (Entered: 09/26/2022) |
| 09/26/2022 | 308 | ☐ | | RESPONSE in Opposition re 277 Fifth MOTION in Limine *Regarding Declarations of Shawnda Bell, Jennifer Burt, Margaret West, and Joseph West (Including Authorities)* filed by Shawnda Bell. (Gray, Fred Jr.) (Entered: 09/26/2022) |
| 09/26/2022 | 309 | ☐ | | RESPONSE in Opposition re 278 Sixth MOTION in Limine *Regarding Personnel Files* filed by Shawnda Bell. (Gray, Fred Jr.) (Entered: 09/26/2022) |
| 09/26/2022 | 310 | ☐ | | RESPONSE in Opposition re 280 Seventh MOTION in Limine *Regarding Absent Witnesses (Including Authorities)* filed by Shawnda Bell. (Gray, Fred Jr.) Modified on 9/27/2022 to add the link to the 280 motion & remove the link from the 281 motion (amf, ). (Entered: 09/26/2022) |
| 09/26/2022 | 311 | ☐ | | RESPONSE in Opposition re 281 Eighth MOTION in Limine *to Exclude Racial Statistics* filed by Shawnda Bell. (Gray, Fred Jr.) (Entered: 09/26/2022) |

| 09/26/2022 | 312 ⊞ | ☐ | | RESPONSE in Opposition re 282 Ninth MOTION in Limine *Regarding Compensatory Damages for Claimed "Unpaid Wages" and Mental Anguish and Emotional Distress* filed by Shawnda Bell. (Gray, Fred Jr.) (Additional attachment(s) added on 9/27/2022 : # 1 Exhibit A) (amf, ). Modified on 9/27/2022 attach Exhibit A which was erroneously not attached by when e-filed. (amf, ). (Entered: 09/26/2022) |
| 09/26/2022 | 313 | ☐ | | RESPONSE in Opposition re 283 Tenth MOTION in Limine *Regarding the Assignment of Counseling Units* filed by Shawnda Bell. (Gray, Fred Jr.) (Entered: 09/26/2022) |
| 09/26/2022 | 314 | ☐ | | RESPONSE in Opposition re 286 Thirteenth MOTION in Limine *to Preclude Introduction Regarding Alabama State Department of Education Exhibits and Related Alabama State Department of Education Website Exhibits* filed by Shawnda Bell. (Gray, Fred Jr.) (Entered: 09/26/2022) |
| 09/26/2022 | 315 | ☐ | | RESPONSE in Opposition re 287 Fourteenth MOTION in Limine *to Exclude Plaintiff's Exhibit 109 and Testimony Regarding Medical Expenses and to Limit Plaintiff's Testimony Regarding Salary Loss to $59,915.04* filed by Shawnda Bell. (Gray, Fred Jr.) (Entered: 09/26/2022) |
| 09/26/2022 | 316 | ☐ | | RESPONSE in Opposition re 289 Fifteenth MOTION in Limine *Regarding Out of Court Statements Made by Plaintiff's Healthcare Providers (With Authorities)* filed by Shawnda Bell. (Gray, Fred Jr.) (Entered: 09/26/2022) |
| 09/26/2022 | 317 | ☐ | | RESPONSE in Opposition re 285 Twelfth MOTION in Limine *Regarding John Strycker's Deposition Testimony (With Authorities)* filed by Shawnda Bell. (Gray, Fred Jr.) (Entered: 09/26/2022) |
| 09/26/2022 | 318 | ☐ | | RESPONSE in Opposition re 290 Sixteenth MOTION in Limine *Regarding Counselor Pay* filed by Shawnda Bell. (Gray, Fred Jr.) (Entered: 09/26/2022) |
| 09/27/2022 | 319 | ☐ | | RESPONSE in Opposition re 280 Seventh MOTION in Limine *Regarding Absent Witnesses (Including Authorities) Corrected* filed by Shawnda Bell. (Gray, Fred Jr.) (Entered: 09/27/2022) |
| 09/27/2022 | 320 | ☐ | | RESPONSE in Opposition re 284 Eleventh MOTION in Limine *Regarding Hearsay Statements Related to Plaintiff's Claim of Embarrassment and Loss of Prestige* filed by Shawnda Bell. (Gray, Fred Jr.) (Entered: 09/27/2022) |
| 09/27/2022 | 321 ⊞ | ☐ | | NOTICE of Correction re 312 Response in Opposition, to attach Exhibit A which was erroneously not attached by when e-filed. (Attachments: # 1 Exhibit A to Document 312 )(amf, ) (Entered: 09/27/2022) |
| 09/27/2022 | 322 | ☐ | | Court's ORDER of Dismissal issued as Mandate of USCA as to 248 Notice of Appeal, filed by Shawnda Bell, Regina M. Bennett, Willie Thornton, Joseph West, Lenicki Moore, Margaret West, 11th Circuit Appeal No. 22-12657-A: On its own motion, the court DISMISSES the appeal for lack of jurisdiction. This appeal is DISMISSED, sua sponte, for lack of jurisdiction. Joseph West, Margaret West, Regina Bennett, Willie Thornton, Lenicki Moore, |

| | | | | |
|---|---|---|---|---|
| | | ☐ | | and Shawnda Bell appeal from the district court's order granting in part and denying in part Defendants' summary judgment motions as to each of them. That order is not final, however, because Shawnda Bell's race discrimination claim under Title VII of the Civil Rights Act of 1964 remains pending, and the district court did not certify the order for immediate review. No motion for reconsideration may be filed unless it complies with the timing and other requirements of 11th Cir. R. 27-2 and all other applicable rules. (dmn, ) (Entered: 09/27/2022) |
| 09/28/2022 | 323 ⊞ | ☐ | | (Submission of Authorities in Further Support of Its Motions in Limine) MOTION in Limine by Butler County Board of Education. (Attachments: # 1 Exhibit Rigby v. Phillip Morris, # 2 Exhibit Moore v. Corporate Facilities Management)(Bennett, Alicia) Modified on 9/28/2022 to clarify the docket text (amf, ). (Entered: 09/28/2022) |
| 09/28/2022 | | ☐ | | SUBMISSION of Authorities in Further Support of Its Motions in Limine filed by Butler County Board of Education. (No PDF attached to this entry - See doc 323 for PDF) (amf, ) (Entered: 09/28/2022) |
| 09/29/2022 | 324 ⊞ | ☐ | | NOTICE of Filing *Travel Transcripts* by Butler County Board of Education (Attachments: # 1 Exhibit A- Travel Transcript - 12/11/19 Shawnda Bell, # 2 Exhibit B- Travel Transcript - 12/13/19 Shawnda Bell)(Seale, James) (Additional attachment(s) added on 9/29/2022 to redact personal information contained in original filing pursuant to the E-government rules: # 3 Exhibit A (Redacted), # 4 Exhibit B (Redacted)) (amf, ). Modified on 9/29/2022 (amf, ). (Entered: 09/29/2022) |
| 09/29/2022 | 325 | ☐ | | Minute Entry for proceedings held before Honorable Judge R. Austin Huffaker, Jr.: Motion Hearing held on 9/29/2022. (PDF available for court use only) (Court Reporter Patricia Starkie.) (dh) (Entered: 09/29/2022) |
| 09/30/2022 | 326 | ☐ | | **TEXT ORDER: As stated at the 9/29/2022 hearing, Plaintiff Shawnda Bell is ORDERED to file a travel transcript of her deposition of John Strycker no later than today, 9/30/2022. Signed by Honorable Judge R. Austin Huffaker, Jr on 9/30/2022. (No PDF attached to this entry)**(amf, ) (Entered: 09/30/2022) |
| 09/30/2022 | 327 | ☐ | | **TEXT ORDER: At the 9/29/2022 hearing, the Court directed Defendant Butler County Board of Education to identify which exhibits, if any, listed on Plaintiff's Exhibit List (Doc. 258 ) are brand new, i.e., the exhibit(s) had not previously been provided or disclosed by any party in discovery, as an exhibit to a deposition, or otherwise; Defendant is hereby ORDERED to file a document identifying the brand new exhibits, if any, on or before 10/4/2022. Signed by Honorable Judge R. Austin Huffaker, Jr on 9/30/2022. (No PDF attached to this entry)**(amf, ) (Entered: 09/30/2022) |
| 09/30/2022 | 328 ⊞ | ☐ | | NOTICE of Filing Deposition Transcripts filed by Shawnda Bell (Attachments: # 1 ATTACHMENT 1-Deposition Transcript of John Strycker, # 2 ATTACHMENT 2-Exhibits to Deposition of John |

| | | | |
|---|---|---|---|
| | | ☐ | Strycker, # <u>3</u> ATTACHMENT 3-Deposition Transcript of Joseph Eiland, # <u>4</u> ATTACHMENT 4-Exhibits to Deposition of Joseph Eiland)(Relf, Victoria) (Additional attachment(s) added on 9/30/2022 to redact personal information contained in original filing pursuant to the E-government rules: # <u>5</u> Attachment 3 (Redacted), # <u>6</u> Attachment 4 (Redacted)) (amf, ). Modified on 9/30/2022 (amf, ). (Entered: 09/30/2022) |
| 09/30/2022 | <u>329</u> | ☐ | **ORDER: it is ORDERED as follows: 1) On or before 10/4/2022, Defendant shall file a brief addressing whether Plaintiff's theory is a permissible method of calculating lost wages or other economic damages under Title VII in the context of a job reassignment or transfer, as further set out in order; 2) On or before 10/6/2022, Plaintiff shall file a brief, with citations to applicable authority, in response to Defendant's brief. Signed by Honorable Judge R. Austin Huffaker, Jr on 9/30/2022. (amf, ) (Entered: 09/30/2022)** |
| 10/04/2022 | <u>330</u> | ☐ | BRIEF in Opposition to Plaintiff's Proposed Damages Calculation re <u>329</u> Order filed by Butler County Board of Education. (Seale, James) Modified on 10/5/2022 to clarify the docket text (amf, ). (Entered: 10/04/2022) |
| 10/05/2022 | <u>331</u> | ☐ | Exhibit List *(Defendant's Identification of New Exhibit(s))* by Butler County Board of Education.. (Bennett, Alicia) (Entered: 10/05/2022) |
| 10/05/2022 | <u>332</u> ⊞ | ☐ | NOTICE OF JURY LIST AND JURORS' PROFILES for Jury Selection and Trial commencing on 10/17/22. (Attachments: # <u>1</u> Juror Certification)(dh) (Entered: 10/05/2022) |
| 10/06/2022 | <u>333</u> | ☐ | MOTION for Extension of Time to File Reply Brief re <u>330</u> BRIEF in Opposition to Plaintiff's Proposed Damages Calculation by Shawnda Bell. (Relf, Victoria) (Entered: 10/06/2022) |
| 10/07/2022 | 334 | ☐ | **TEXT ORDER: For good cause shown, the Plaintiff's <u>333</u> Motion for Extension of Time is GRANTED; the Plaintiff shall file her response brief on or before 10/11/2022. Signed by Honorable Judge R. Austin Huffaker, Jr on 10/7/2022. (No PDF attached to this entry) (amf, ) (Entered: 10/07/2022)** |
| 10/11/2022 | <u>335</u> | ☐ | **ORDER: it is ORDERED that the jury selection and trial currently set for 10/17/2022 at 10:00 a.m. is CANCELLED; It is further ORDERED that the parties shall file their joint stipulation of dismissal on or before 11/30/2022. Signed by Honorable Judge R. Austin Huffaker, Jr on 10/11/2022. (Furnished: Calendar & DH; Terminates: Jury Selection & Jury Trial - 10/17/2022)(am, ) (Entered: 10/11/2022)** |
| 10/12/2022 | <u>336</u> | ☐ | Transcript Acknowledgment Part II received from Court Reporter Patricia Starkie re Appeal No. 22-12657-A. Pretrial Proceeding 6/10/20 on file, filed 6/26/20 (DE <u>142</u> ). Satisfactory arrangements for paying the cost of the transcript were made on: 9/22/22. Estimated filing date: 10/21/22 (dmn, ) (Entered: 10/12/2022) |
| 10/27/2022 | <u>337</u> | ☐ | **ORDER: it is ORDERED that the Motions in Limine (Docs. <u>272</u> , <u>274</u> , <u>275</u> , <u>276</u> , <u>277</u> , <u>278</u> , <u>280</u> , <u>281</u> , <u>282</u> , <u>283</u> , <u>284</u> , <u>285</u> ,** |

| | | | | |
|---|---|---|---|---|
| | | | | [286](#), [287](#), [289](#), [290](#) ) are **TERMINATED as moot. Signed by Honorable Judge R. Austin Huffaker, Jr on 10/27/2022. (amf, )** (Entered: 10/27/2022) |
| 11/30/2022 | [338](#) | ☐ | | Joint MOTION for Extension of Time to File *Joint Stipulation of Dismissal* by Shawnda Bell, Butler County Board of Education. (Gray, Fred Jr.) Modified on 12/1/2022 to add as also filed on behalf of the Defendant (amf, ). (Entered: 11/30/2022) |
| 12/01/2022 | 339 | ☐ | | **TEXT ORDER: Upon consideration of the [338](#) Joint Motion for Extension of Time, it is ORDERED that the Motion is GRANTED; the deadline for the parties to file their joint stipulation of dismissal is EXTENDED up to and including 12/9/2022. Signed by Honorable Judge R. Austin Huffaker, Jr on 12/1/2022. (No PDF attached to this entry) (amf, )** (Entered: 12/01/2022) |
| 12/09/2022 | [340](#) | ☐ | | STIPULATION of Dismissal by Shawnda Bell, Butler County Board of Education. (Gray, Fred Jr.) Modified on 12/12/2022 to add as also filed on behalf of the Defendant (amf, ). (Entered: 12/09/2022) |
| 12/12/2022 | [341](#) | ☐ | | **ORDER: Upon review of the [340](#) Stipulation for Dismissal, which comports with Rule 41(a)(1)(A)(ii) FRCP, Plaintiff Shawnda Bell's claims against Defendant Butler County Board of Education are DISMISSED with prejudice on the terms agreed to and set out by the parties; Due to the Court's prior summary judgment order (Doc. [245](#) ), there are no remaining claims in this case; All pending deadlines are terminated; DIRECTING the Clerk to close this case. Signed by Honorable Judge R. Austin Huffaker, Jr on 12/12/2022. (amf, )** (Entered: 12/12/2022) |
| 12/16/2022 | 342 | ☐ | | **TEXT ORDER: The CLERK is DIRECTED to reopen this case for entry of final judgment. Signed by Honorable Judge R. Austin Huffaker, Jr on 12/16/2022. (No pdf attached to this entry) (wcl, )** (Entered: 12/16/2022) |
| 12/16/2022 | [343](#) | ☐ | | **FINAL JUDGMENT: In accordance with the [245](#) Memorandum Opinion, and the [341](#) Order, it is the ORDER, JUDGMENT and DECREE of the Court that judgment is entered as follows: 1) In favor of Dfts Butler County Board of Education, Linda Hamilton, Mickey Jones, Michael Nimmer, Lois Robinson, Brandon Sellers, John Strycker, and Joseph Eiland, and against Plfs Joseph West, Margaret West, Regina M. Bennett, Willie Thornton, and Lenicki Moore; 2) In favor of Dfts Linda Hamilton, Mickey Jones, Michael Nimmer, Lois Robinson, Brandon Sellers, John Strycker, and Joseph Eiland and against Plf Shawnda Bell; 3) Pursuant to the Court's [341](#) Order, Plf Shawnda Bell's claims against Dft Butler County Board of Education have been DISMISSED with prejudice on the terms set out and agreed to by the parties; This case is DISMISSED with prejudice; Except for Plf Shawnda Bell's claims against Dft Butler County Board of Education, costs are taxed against the Plfs; DIRECTING the Clerk to enter this document on the civil docket as a Final Judgment pursuant to** |

| | | | | Rule 58 FRCP, and is also DIRECTED to close this case. Signed by Honorable Judge R. Austin Huffaker, Jr on 12/16/2022. (wcl, ) (Entered: 12/16/2022) |
|---|---|---|---|---|
| 12/30/2022 | 344 ⊞ | ☐ | | MOTION for Attorney Fees by Butler County Board of Education, Joseph Eiland, Linda Hamilton, Mickey Jones, Michael Nimmer, Lois Robinson, Brandon Sellers, John Strycker. (Attachments: # 1 Exhibit Exhibit A-1 Bill of Costs, # 2 Exhibit Exhibit A-2 Costs Recipts, # 3 Exhibit Exhibit B Stryker/Eiland Attorney Fees, # 4 Exhibit Exhibit C John Marsh Declaration, # 5 Exhibit Exhibit D Allison Ingram Declaration, # 6 Exhibit Exhibit E BCBOE and BCBOE members Attorney Fees, # 7 Exhibit Exhibit F Alicia Bennett Affidavit)(Ingram, Allison) (Entered: 12/30/2022) |
| 12/30/2022 | 345 ⊞ | ☐ | | BILL OF COSTS by Joseph Eiland, John Strycker. (Attachments: # 1 Exhibit Bill of Costs Itemization and Receipts)(Ingram, Allison) (Entered: 12/30/2022) |
| 01/11/2023 | 346 | ☐ | | MOTION for Monica L. Arrington to Withdraw as Counsel by Shawnda Bell, Joseph West, Margaret West, Regina M. Bennett, Willie Thornton, Lenicki Moore. (Arrington, Monica) Modified on 1/11/2023 to add additional filers (amf, ). (Entered: 01/11/2023) |
| 01/11/2023 | 347 | ☐ | | **TEXT ORDER granting 346 MOTION for Monica L. Arrington to Withdraw as Counsel. Signed by Honorable Judge R. Austin Huffaker, Jr on 1/11/2023. (No PDF attached to this entry) (amf, ) (Entered: 01/11/2023)** |
| 01/11/2023 | | ☐ | | ***PURSUANT TO THE COURT'S TEXT ORDER (DOC. 347) - Attorney Monica Leonette Arrington terminated. (No PDF attached to this entry) (amf, ) (Entered: 01/11/2023) |
| 01/13/2023 | 348 | ☐ | | NOTICE OF APPEAL by Regina M. Bennett as to 343 Final Judgment entered 12/16/2022. ( Filing fee $ 505 receipt number AALMDC-3349613.) (Gray, Fred Jr.) Modified on 1/18/2023 to clean up text. (dmn, ) (Entered: 01/13/2023) |
| 01/18/2023 | 349 ⊞ | ☐ | | Appeal Instructions sent to Fred Gray, Jr. counsel for Appellant Regina M. Bennett re 348 Notice of Appeal. A copy of the Transcript Information Form must be mailed to each court reporter from whom you are requesting a transcript. (Attachments: # 1 Transcript Information Form)(dmn, ) (Entered: 01/18/2023) |
| 01/18/2023 | 350 ⊞ | ☐ | | Transmission of 348 Notice of Appeal, 343 Final Judgment and Docket Sheet to US Court of Appeals. (Attachments: # 1 Docket Sheet and Appeal Record)(dmn, ) (Entered: 01/18/2023) |
| 01/19/2023 | 351 | ☐ | | **ORDER that the Defendants' Motion for Attorney Fees is DENIED without prejudice. The Defendants are granted leave to refile their motion no later than fourteen (14) days after the Eleventh Circuit issues its final mandate in all appeals in this case. Signed by Honorable Judge R. Austin Huffaker, Jr on 1/19/2023. Furnished Appeals Clerk.(dmn, ) (Entered: 01/19/2023)** |
| 01/20/2023 | 352 ⊞ | ☐ | | BILL OF COSTS by Butler County Board of Education. (Attachments: # 1 Exhibit List of Costs, # 2 Exhibit Expense Documentation)(Bennett, Alicia) (Main Document 352 replaced on |

| | | | | 1/23/2023 to attach a properly published PDF document) (amf, ). Modified on 1/23/2023 (amf, ). (Entered: 01/20/2023) |
|---|---|---|---|---|
| 01/20/2023 | 354 | ☐ | | USCA Case Number 23-10186-A for 348 Notice of Appeal filed by Regina M. Bennett on 1/13/2023. Fee Status: Fee Paid. Awaiting Appellant's Certificate of Interested Persons due on or before 2/3/2023 as to Appellant Regina M. Bennett. Awaiting Appellee's Certificate of Interested Persons due on or before 2/17/2023 as to Appellee Butler County Board of Education. (dmn, ) (Entered: 01/24/2023) |
| 01/23/2023 | 353 | ☐ | | Costs Taxed in amount of $ 18,631.36 against Plaintiffs. (amf, ) (Entered: 01/23/2023) |
| 02/03/2023 | 355 | ☐ | | TRANSCRIPT INFORMATION FORM by Regina M. Bennett re 348 Notice of Appeal with the following notation, "I am ordering a transcript of the following proceedings: Pre-Trial 6/20/20 (no hearing held on 6/20/20; Telephone Scheduling Conference held on 6/19/2020), 07/08/21 (Status Conference) before Judge R. Austin Huffaker, Jr., Court Reporter: Patricia Starkie, Katie Silas; Other: 12/15/19 (no hearing held on 12/15/19; Oral Argument held on 12/5/2019), 01/22/20 (Telephone Hearing), 06/02/20 (Motion Hearing), before Judge Jerusha T. Adams, Court Reporter: Patricia Starkie." (Gray, Fred Jr.) Modified on 2/3/2023 to include additional text. (dmn, ) (Entered: 02/03/2023) |
| 02/09/2023 | 356 | ☐ | | TRANSCRIPT INFORMATION FORM (with CORRECTED hearing dates) by Regina M. Bennett re 348 Notice of Appeal, Appeal No. 23-10186-A with the following notation, "I am ordering a transcript of the following proceedings: Pre-Trial 6/19/20 (Telephone Scheduling Conference), 07/08/21 (Status Conference) before Judge R. Austin Huffaker, Jr., Court Reporter: Patricia Starkie, Katie Silas; Other: 12/05/19 (Oral Argument), 01/22/20 (Telephone Hearing), 06/02/20 (Motion Hearing), before Judge Jerusha T. Adams, Court Reporter: Patricia Starkie." (Gray, Fred Jr.) Modified on 2/9/2023 to include additional text. (dmn, ) (Entered: 02/09/2023) |
| 02/15/2023 | 357 | ☐ | | Transcript Acknowledgment Part II received from Court Reporter Patricia G. Starkie on 11th Circuit Appeal No. 23-10186-A. Satisfactory arrangements for paying the cost of the transcript were made on: 2/9/23. Estimated filing date: 3/10/23. (dmn, ) (Entered: 02/15/2023) |
| 02/27/2023 | 358 | ☐ | | Transcript Acknowledgment Part II received from Court Reporter Katie Silas on 11th Circuit Appeal No. 23-10186-A. Satisfactory arrangements for paying the cost of the transcript have not been made. Estimated filing date: 3/27/2023. (dmn, ) (Entered: 02/28/2023) |
| 03/06/2023 | 359 | ☐ | | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of ORAL ARGUMENT (PDF ACCESS RESTRICTED FOR 90 DAYS) for dates of December 5, 2019 before Judge Jerusha T. Adams, re 348 Notice of Appeal. Court Reporter/Transcriber Patricia G. Starkie, Telephone number 334-322-8053. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript |

| | | | | |
|---|---|---|---|---|
| | | | | Restriction. After that date it may be obtained through PACER. NOTICE OF INTENT TO REQUEST REDACTION DUE WITHIN 7 BUSINESS DAYS. Redaction Request due 3/27/2023. Redacted Transcript Deadline set for 4/6/2023. Release of Transcript Restriction set for 6/5/2023. (dmn, ) (Entered: 03/06/2023) |
| 03/06/2023 | 360 | ☐ | | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of TELEPHONE CONFERENCE (PDF ACCESS RESTRICTED FOR 90 DAYS) for dates of January 22, 2020 commencing at 9:03 a.m. before Judge Jerusha T. Adams, re 348 Notice of Appeal. Court Reporter/Transcriber Patricia G. Starkie, Telephone number 334-322-8053. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. NOTICE OF INTENT TO REQUEST REDACTION DUE WITHIN 7 BUSINESS DAYS. Redaction Request due 3/27/2023. Redacted Transcript Deadline set for 4/6/2023. Release of Transcript Restriction set for 6/5/2023. (dmn, ) (Entered: 03/06/2023) |
| 03/06/2023 | 361 | ☐ | | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of TELEPHONE CONFERENCE (PDF ACCESS RESTRICTED FOR 90 DAYS) for dates of January 22, 2020 commencing at 10:51 a.m. before Judge Jerusha T. Adams, re 348 Notice of Appeal. Court Reporter/Transcriber Patricia G. Starkie, Telephone number 334-322-8053. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. NOTICE OF INTENT TO REQUEST REDACTION DUE WITHIN 7 BUSINESS DAYS. Redaction Request due 3/27/2023. Redacted Transcript Deadline set for 4/6/2023. Release of Transcript Restriction set for 6/5/2023. (dmn, ) (Entered: 03/06/2023) |
| 03/06/2023 | 362 | ☐ | | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of TELEPHONE CONFERENCE (MOTION HEARING) (PDF ACCESS RESTRICTED FOR 90 DAYS) for dates of June 2, 2020 before Judge Jerusha T. Adams, re 348 Notice of Appeal. Court Reporter/Transcriber Patricia G. Starkie, Telephone number 334-322-8053. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. NOTICE OF INTENT TO REQUEST REDACTION DUE WITHIN 7 BUSINESS DAYS. Redaction Request due 3/27/2023. Redacted Transcript Deadline set for 4/6/2023. Release of Transcript Restriction set for 6/5/2023. (dmn, ) (Entered: 03/06/2023) |
| 03/06/2023 | 363 | ☐ | | Transcript Acknowledgment Part III received from Court Reporter Patricia G. Starkie on 11th Circuit Appeal No. 23-10186-A certifying that the transcript has been completed and filed with the district court on: 3/6/2023 (DE 359 , 360 , 361 , 362 ) (dmn, ) (Entered: 03/06/2023) |

| 03/14/2023 | [364](#) | ☐ | | Transcript Acknowledgment Part II received from Court Reporter Blanton Callen on 11th Circuit Appeal No. 23-10186-A. Satisfactory arrangements for paying the cost of the transcript were made on: 3/6/2023. Estimated filing date: 4/5/2023. (dmn, ) (Entered: 03/17/2023) |
|---|---|---|---|---|
| 03/27/2023 | [365](#) | ☐ | | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of STATUS CONFERENCE - TELEPHONE (PDF ACCESS RESTRICTED FOR 90 DAYS) for dates of July 8, 2021 before Judge R. Austin Huffaker, Jr., re [348](#) Notice of Appeal. Court Reporter/Transcriber Katie Silas, Telephone number 334-315-0363. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. NOTICE OF INTENT TO REQUEST REDACTION DUE WITHIN 7 BUSINESS DAYS. Redaction Request due 4/17/2023. Redacted Transcript Deadline set for 4/27/2023. Release of Transcript Restriction set for 6/26/2023. (dmn, ) (Entered: 03/28/2023) |
| 03/27/2023 | [366](#) | ☐ | | Transcript Acknowledgment Part III received from Court Reporter Katie Silas on 11th Circuit Appeal No. 23-10186-A certifying transcript has been completed and filed with the district court on 3/27/2023. DE [365](#) . (dmn, ) (Entered: 03/28/2023) |
| 04/06/2023 | [367](#) | ☐ | | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of TELEPHONE SCHEDULING CONFERENCE (PDF ACCESS RESTRICTED FOR 90 DAYS) for dates of June 19, 2020 before Judge R. Austin Huffaker, Jr., re [348](#) Notice of Appeal Court Reporter/Transcriber Blanton Callen, Telephone number 334-412-3507. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. NOTICE OF INTENT TO REQUEST REDACTION DUE WITHIN 7 BUSINESS DAYS. Redaction Request due 4/27/2023. Redacted Transcript Deadline set for 5/8/2023. Release of Transcript Restriction set for 7/5/2023. (dmn, ) (Entered: 04/06/2023) |

Footer format:

  (Numbers, letters, spaces, and <pagenum> only)

◉ Include full docket sheet

◯ Include abridged docket sheet

◉ Include documents in Appendix

◯ Include document hyperlinks in Appendix

[ View Selected ]

**or**

[ Download Selected ]

| PACER Service Center |
|---|
| **Transaction Receipt** |
| 06/11/2023 12:40:58 |

| PACER Login: | carltonsims2 | Client Code: | |
|---|---|---|---|
| Description: | Docket Report | Search Criteria: | 2:18-cv-01061-RAH-JTA |
| Billable Pages: | 30 | Cost: | 3.00 |



IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION 2018 DEC 20 P 5: 30

BEBRA P. HACKETT. CLK
U. S. DISTRICT COURT
M DDL E DISTRICT ALA.

JOSEPH WEST; MARGARET WEST;
REGINA M. BENNETT; WILLIE
THORNTON; LENICKI MOORE; and
SHAWNDA BELL,

           Plaintiffs,

v.

BUTLER COUNTY BOARD OF
EDUCATION; LINDA HAMILTON,
individually and in her official capacity as a
member of the Butler County Board of
Education; MICKEY JONES, individually
and in his official capacity as a member of
the Butler County Board of Education;
MICHAEL NIMMER, individually and in
his official capacity as a member of the
Butler County Board of Education; LOIS
ROBINSON, individually and in her official
capacity as a member of the Butler County
Board of Education; and BRANDON
SELLERS, individually and in his official
capacity as a member of the Butler County
Board of Education; and JOHN
STRYCKER in his official capacity as
Superintendent of Education for the Butler
County Board of Education;

           Defendants.

Civil Action No.: 2:18-cv-1061-MHT

PLAINTIFFS DEMAND JURY TRIAL

## COMPLAINT

### I.   NATURE OF THE CASE

1.     Plaintiffs Joseph West, Margaret West, Regina Bennett, Willie Thornton, LeNicki

Moore, and Shawnda Bell bring this action against Defendants Butler County Board of Education

[1]

("BCBOE" or "the Board"), Linda Hamilton, Mickey Jones, Michael Nimmer, Lois Robinson, Brandon Sellers, and John Strycker for race discrimination and retaliation in violation of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e, et seq. ("Title VII"), and for engaging in and condoning a continuing pattern and practice of race-based adverse employment actions against African-American employees of the Butler County Board of Education. Plaintiffs are seeking injunctive, equitable and monetary relief pursuant to Title VII of the Civil Rights Act of 1964, as amended, against Defendants.

## II.    JURISDICTION

2.      Subject matter jurisdiction of this Court is invoked pursuant to 42 U.S.C. § 1331 and 1343, and 42 U.S.C. § 2000e, et seq. Jurisdiction of this Court is also invoked pursuant to the provisions of Title VII of the Civil Rights Act of 1964, as amended, and 42 U.S.C. §§ 1981 and 1983. Further, Plaintiffs seek attorney's fees and costs pursuant to 42 U.S.C. § 1988.

## III.    VENUE

3.      Venue is proper in this district under 42 U.S.C. Sec. 2000e-5(t)(3) because the matters contained and pleaded herein as all incidences, facts, acts and or omissions occurred in the Middle District of Alabama.

## IV.    EXHAUSTION OF ADMINISTRATIVE REMEDIES

4.      Each Plaintiff has fulfilled all conditions precedent to the institution of this action under 42 U.S.C. § 12117.

5.      Plaintiffs each timely filed with the Equal Employment Opportunity Commission ("EEOC") their charges of discrimination within one hundred eighty (180) days of occurrence of

[2]

the last discriminatory act. Plaintiffs J. West, M. West, Shawnda Bell, and Regina Bennett timely filed this Complaint within ninety (90) days of their respective receipt of a Notice of Right to Sue issued by the EEOC and within two (2) years of the alleged violation or discriminatory act. Plaintiffs Willie Thornton and LeNicki Moore will request their respective Notice of Right to Sue and will perfect jurisdiction upon receipt thereof.

## V.   PARTIES

6.      Plaintiff Joseph West (hereinafter "J. West"), an African-American male who is at least forty (40) years of age, is a citizen of the United States and is a resident of the city of Greenville in Butler County, State of Alabama. At all times relevant to this civil action, J. West was employed by the Butler County Board of Education.

7.      Plaintiff Margaret West (hereinafter "M. West"), an African-American female who is at least forty (40) years of age, is a citizen of the United States and is a resident of the city of Greenville in Butler County, State of Alabama. At all times relevant to this civil action, M. West was employed with the Butler County Board of Education.

8.      Plaintiff, Regina M. Bennett (hereinafter "Bennett"), an African-American female who is at least forty (40) years of age, is a citizen of the United States and is a resident of the city of Greenville in Butler County, State of Alabama. At all times relevant to this civil action, Bennett was employed with the Butler County Board of Education.

9.      Plaintiff Willie Thornton (hereinafter "Thornton"), an African-American male who is at least forty (40) years of age, is a citizen of the United States and is a resident of the city of Wetumpka in Elmore County, State of Alabama. At all times relevant to this civil action, Thornton was employed by the Butler County Board of Education.

[3]

10.     Plaintiff, LeNicki Moore (hereinafter "Moore"), an African-American female who is at least forty (40) years of age, is a citizen of the United States and is a resident of the city of Greenville in Butler County, State of Alabama. At all times relevant to this civil action, Moore was employed with the Butler County Board of Education.

11.     Plaintiff Shawnda Bell (hereinafter "Bell"), an African-American female who is at least forty (40) years of age, is a citizen of the United States and is a resident of the city of Hayneville in Lowndes County, State of Alabama. At all times relevant to this civil action, Bell was employed with the Butler County Board of Education.

12.     Defendant Butler County Board of Education (hereinafter "the Board" or "BCBOE"), is an employer pursuant to 42 U.S.C. § 12111(5) and Title VII, a public entity pursuant to 42 U.S.C. §12131(1) and is doing business in Butler County, State of Alabama. Defendant Board is a public school system and is a recipient of federal financial assistance. At all times relevant herein, the Board has at least fifteen employees.

13.     Upon information and belief, Defendant John Strycker (hereinafter "Strycker") is an adult male citizen of the United States and of the State of Alabama. Defendant Strycker is employed as the Superintendent of the Butler County Board of Education and is the individual responsible for the daily operation of Defendant BCBOE. Defendant Strycker was acting under color of state law and in the course and scope of his employment as a Superintendent of the BCBOE, at all times material. Defendant Strycker is being sued individually and in his official capacity (for prospective equitable and injunctive relief) as the Superintendent and a necessary party for relief.

14.     Defendant Linda Hamilton (hereinafter "Hamilton") is an adult female citizen of the United States and of the State of Alabama. Defendant Hamilton is a member of the Butler

[4]

County Board of Education and is one of the individuals with final decision-making authority for Defendant BCBOE. Defendant Hamilton is being sued individually and (for prospective equitable and injunctive relief) in her official capacity as a Board Member and a necessary party for relief.

15.     Defendant Mickey Jones (hereinafter "Jones") is an adult male citizen of the United States and of the State of Alabama. Defendant Jones is a member of the Butler County Board of Education and is one of the individuals with final decision-making authority for Defendant BCBOE. Defendant Jones is being sued individually and (for prospective equitable and injunctive relief) in his official capacity as a Board Member and a necessary party for relief.

16.     Defendant Michael Nimmer (hereinafter "Nimmer") is an adult male citizen of the United States and of the State of Alabama. Defendant Nimmer is a member of the Butler County Board of Education and is one of the individuals with final decision-making authority for Defendant BCBOE. Defendant Nimmer is being sued individually and (for prospective equitable and injunctive relief) in his official capacity as a Board Member and a necessary party for relief.

17.     Defendant Lois Robinson (hereinafter "Robinson") is an adult female citizen of the United States and of the State of Alabama. Defendant Robinson is a member of the Butler County Board of Education and is one of the individuals with final decision-making authority for Defendant BCBOE. Defendant Robinson is being sued individually and (for prospective equitable and injunctive relief) in her official capacity as a Board Member and a necessary party for relief.

18.     Defendant Brandon Sellers (hereinafter "Sellers") is an adult male citizen of the United States and of the State of Alabama. Defendant Sellers is a member of the Butler County Board of Education and is one of the individuals with final decision-making authority for Defendant BCBOE. Defendant Sellers is being sued individually and (for prospective equitable

and injunctive relief) in his official capacity as a Board Member and a necessary party for relief.

19.    All Defendants are collectively referred to herein as "Defendants" unless otherwise indicated.

## VI.    FACTUAL ALLEGATIONS

20.    The foregoing paragraphs are re-alleged and incorporated by reference herein.

21.    In February 2017, Defendant BCBOE hired Defendant John Strycker as Superintendent for the Butler County Board of Education.

22.    About June 2017, Defendant Strycker began officially serving in the position of Superintendent.

23.    As Superintendent of the Butler County Board of Education, Strycker was the individual responsible for the daily operation of the Defendant BCBOE at all relevant times.

24.    Pursuant to Alabama state law, the Superintendent must make all employment action recommendations to the Board of Education, and the Board of Education must vote to approve the recommendation before an action can be taken against an employee.

25.    In 2017, the Alabama State Department of Education deemed the Defendant Board and its school system deficient in multiple areas, including, but not limited to, the maintenance and tracking of student transcripts and records.

26.    During an October 2017 Butler County Board of Education meeting, Defendant Strycker publicly stated that he would be bringing in the best people to handle the situation.

27.    During that time, Defendant Strycker undermined the authority of various BCBOE employees, including but not limited to the authority of Plaintiff Joseph West, and permitted and/or instructed White BCBOE employees to execute the duties and responsibilities of certain Black

[6]

BCBOE employees, including, but not limited to those of Plaintiff Joseph West.

28.     Between May 15, 2018 and December 12, 2018, Defendant Board and Defendant Strycker transferred the African-American employees in both guidance counselor and administrative positions, but permitted the White guidance counselors and administrators to remain in their positions. Those involuntary transfers were not done according to Board policy or procedure, but were executed arbitrarily and capriciously, which had a disproportionate impact on the African-American employees.

29.     Defendants claimed that the transfers were due to projected financial reasons and academics, but those claims were pretext to their actual discriminatory animus. There is no evidence that the involuntary transfers of these African-American guidance counselors and administrators financially benefitted the school system.

30.     Defendants treated Plaintiffs differently than similarly situated White employees when they transferred and/or reassigned Plaintiffs from their positions within the Butler County school system to positions of lesser prestige and responsibility within the community.

31.     By transferring and/or reassigning the Plaintiffs while leaving the White guidance counselors and administrators in their positions, Defendant Strycker and Defendant Board, by those actions, implied to the community and to others that the African-American guidance counselors and administrators were the blame for the negative marks from the Alabama State Department of Education.

32.     Defendants did not subject the White guidance counselors and administrators to such treatment and public ridicule.

33.     Upon information and belief, Defendant BCBOE has a history, pattern, and

[7]

practice of race discrimination and retaliation against its African-American employees.

## PLAINTIFF JOSEPH WEST

**34.**     Mr. Joseph West ("J. West") was hired by Defendant BCBOE in or about 1988 as an Assistant Principal at Greenville High School.

**35.**     At all times relevant to this action, J. West possessed and maintained his Alabama teacher's certification.

**36.**     J. West has more than thirty (30) years of experience as an educator; and during his employment with Defendant BCBOE, J. West served as the Administrative Assistant for Operations for the Butler County Board of Education, a position working within the central office of the school district.

**37.**     J. West was, at all times relevant to this action, employed for thirteen (13) years as a Central Office Administrator with the BCBOE.

**38.**     When Defendant Strycker initially took office as Superintendent, he told J. West that West would be on his Superintendent's "A-Team."

**39.**     However, by the third day of Strycker being Superintendent, Strycker began pressuring J. West to retire from his BCBOE employment altogether.

**40.**     Defendant Strycker continued to assert pressure on J. West even after J. West told Defendant Strycker that he did not want to retire and that the BCBOE could not afford to buy out his retirement.

**41.**     Defendant Strycker did not initially cease pressuring J. West about retirement until J. West told Defendant Strycker how much money he believed would be required to buy out J. West's retirement.

[8]

**42.**     After Strycker failed to convince J. West to voluntarily retire, he began pressuring J. West to voluntarily transfer from his administrator's position in the central office to a principal's position at Greenville Elementary School.

**43.**     But, J. West refused to voluntarily transfer.

**44.**     Strycker did not accept J. West's refusal to voluntarily remove himself from his administrative position, and so Strycker retaliated against J. West and initiated steps to involuntarily transfer J. West.

**45.**     Defendant Strycker recommended J. West's transfer, not to a principal's position at Greenville Elementary School, but instead to an Assistant Principal's position at W.O. Parmer Elementary School.

**46.**     J. West voiced to Defendant Strycker his objections to the transfer.

**47.**     However, Defendant Strycker disregarded those objections and proceeded with recommending to the BCBOE that J. West be involuntarily transferred from his role as an administrator in the central office to an assistant principal's position.

**48.**     On May 31, 2018, over J. West's express objection to the transfer, the Defendant Board approved Strycker's recommendation and transferred J. West from his position as the Administrative Assistant for Operations to Assistant Principal at W.O. Parmer Elementary School, which was tantamount to a demotion.

**49.**     The transfer resulted in embarrassment and humiliation, and questioned West's performance as Administrative Assistant—amounting to a reduction in prestige and responsibility.

**50.**     Defendant Strycker stated that the reason J. West was transferred was to save money in the General Fund Budget, for projected financial reasons, and for Central Office

[9]

realignment of duties.

**51.**     However, two similarly situated White administrators who were hired after J. West (Assistant Superintendent Joseph Eiland and Administrative Assistant for Curriculum Lisa Adair) were neither transferred nor demoted.

**52.**     Defendants discriminated and retaliated against J. West because of his African-American race.

**53.**     Because of the Defendants' actions, J. West suffered an adverse employment action.

**54.**     On or about August 24, 2018, J. West filed with the Equal Employment Opportunity Commission (EEOC) his Charge of Discrimination alleging race discrimination.

**55.**     On or about December 6, 2018, the EEOC issued and mailed to J. West a Notice of Right to Sue on his Charge.

**56.**     J. West's rights were violated under Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §§ 1981 and 1983.

### PLAINTIFF MARGARET WEST

**57.**     Mrs. Margaret West ("M. West") was hired by the BCBOE as a teacher in or about January 1993.

**58.**     At all times relevant to this action, M. West possessed and maintained her Alabama teacher's certification.

**59.**     At all times relevant to this action, M. West held the position of Guidance Counselor for the Butler County Board of Education at Greenville Middle School.

**60.**     After taking the office of Superintendent, Defendant Strycker devised a plan to

[10]

force M. West into retirement.

**61.**     In 2018, Defendant Strycker recommended to the BCBOE that M. West be involuntarily transferred from her position as a guidance counselor at Greenville Middle School to a position of Career and Technical Center Professional School Counselor ("Career Tech Counselor") at Greenville High School.

**62.**     At the time of the recommended involuntary transfer, the Career Tech Counselor's position was held by Plaintiff Shawnda Bell.

**63.**     The Career Tech Counselor position required complex and broad duties, including, but not limited to, extensive travel throughout Butler County, multiple visits to multiple school sites, and the coordination and planning of high school student educational plans.

**64.**     The Career Tech Counselor position is one of the most stressful counselor positions in the Butler County school system.

**65.**     As the guidance counselor for Greenville Middle School, M. West had no experience with any of the duties required for the Career Tech Counselor's position.

**66.**     Despite M. West's lack of experience in Career Tech Counselor duties and responsibilities, her inexperience with working with high school students, and her age, as well as the widely accepted reputation of the Career Tech Counselor position being very stressful, Defendant Strycker recommended that M. West be transferred to the position nonetheless.

**67.**     M. West voiced her objection to the involuntary transfer and timely filed her written objection so that she could plead her case directly to the Defendant BCBOE.

**68.**     Nevertheless, on or about May 15, 2018, Defendant BCBOE approved Strycker's recommendation and involuntarily transferred M. West to Greenville High School as the Career

[11]

Tech Counselor (a position for which M. West was not qualified to perform) and in turn, transferred the then Career Tech Counselor (Plaintiff Shawnda Bell, an employee who is much younger than M. West) to M. West's former position of middle school guidance counselor.

**69.**   Defendant Strycker's plan succeeded. Rather than accept the more stressful position for which she was unqualified to perform, M. West felt compelled to retire instead and effectively retired on or about August 1, 2018.

**70.**   Defendants then hired Brianna Hunter, a White female, to replace M. West as the Career Tech Counselor at Greenville High School.

**71.**   Other similarly situated White counselors who were hired after M. West were neither transferred nor demoted between May 15, 2018 and December 12, 2018.

**72.**   Defendants discriminated and retaliated against M. West because of her African-American race and age.

**73.**   Because of the Defendants' actions, M. West suffered an adverse employment action.

**74.**   On or about September 15, 2018, M. West filed with the Equal Employment Opportunity Commission (EEOC) her Charge of Discrimination alleging race discrimination.

**75.**   On or about October 15, 2018, the U.S. Equal Employment Opportunity Commission issued and mailed to M. West a Notice of Right to Sue on her Charge.

**76.**   M. West's rights were violated under Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §§ 1981 and 1983.

## PLAINTIFF WILLIE THORNTON

**77.**   Mr. Willie Thornton (hereinafter "Thornton") was hired by the BCBOE.

[12]

**78.**     At all times relevant to this action, Thornton possessed and maintained his Alabama teacher's certification.

**79.**     At all times relevant to this action, Thornton was employed by the BCBOE in the Central Office, serving in the capacity of Special Education Coordinator, grade levels p-12.

**80.**     The actions of Superintendent Strycker and Assistant Superintendent Joe Eiland, including, but not limited to, the recommendation that Thornton be involuntarily transferred from his employment as Special Education Services Coordinator, was in violation of his civil rights as protected by the Constitution and laws of the United States, including, but not limited to, Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §§ 1981 ad 1983.

**81.**     Defendant Strycker frustrated and impeded the execution of Thornton's duties and responsibilities as Special Education Coordinator because of Thornton's African-American race.

**82.**     Thornton complained of their actions and gave them notice as early as December 12, 2017 of his intent to file a Charge of Discrimination with the Birmingham District Office of the EEOC.

**83.**     In retaliation, Defendant Strycker, on or about April 11, 2018, to issued notice of intent to transfer Thornton to the classroom as a Special Education Services Teacher (12 months) at Greenville High School.

**84.**     Thornton had been employed with the BCBOE for at least twelve (12) years— ten (10) years as Special Education Services Coordinator, one (1) year as a Special Education Specialist, and oe (1) year as Drop Out Preventionist Administrator.

**85.**     Defendants discriminated and retaliated against Thornton because of his African-American race.

[13]

**86.**     Because of the Defendants' actions, Thornton suffered an adverse employment action.

**87.**     On or about June 4, 2018, Thornton filed with the Equal Employment Opportunity Commission (EEOC) his Charge of Discrimination alleging race discrimination and retaliation.

**88.**     His Charge is under investigation as of the filing of this Complaint.

**89.**     Thornton will request a Notice of Right to Sue.

**90.**     Thornton's rights were violated under Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §§ 1981 and 1983.

## PLAINTIFF LENICKI MOORE

**91.**     Ms. Lenicki Moore (hereinafter "Moore") is an African-American who was hired by the BCBOE in or about August 1999.

**92.**     At all times relevant to this action, Moore possessed and maintained her Alabama teacher's certification.

**93.**     At all times relevant to this action, Moore was employed by Defendant BCBOE.

**94.**     In July 2013, Moore was promoted to a full-time counselor position at Georgiana School, a K-12 school.

**95.**     In May 2018, Moore was notified that the following school year, she would be moved to a K-2 school as a teacher/counselor.

**96.**     Moore opposed this transfer at a hearing held by the Board of Education, as did others being transferred under the Student First Act.

**97.**     The Board of Education denied her appeal and she thereafter filed a grievance.

[14]

**98.** When Moore was involuntarily transferred, Moore lost her $1,500.00 annual stipend for coaching duties.

**99.** Defendants was discriminated against because of her African-American race.

**100.** Other similarly situated White co-workers were treated differently than Moore as the White BCBOE employees were allowed to stay in their positions after they expressed that they did not want to be transferred.

**101.** Defendants discriminated and retaliated against Moore because of her African-American race.

**102.** Because of the Defendants' actions, Moore suffered an adverse employment action.

**103.** On or about September 20, 2018, Moore filed with the Equal Employment Opportunity Commission (EEOC) her Charge of Discrimination alleging race discrimination.

**104.** Her Charge is under investigation as of the filing of this Complaint.

**105.** Moore will request a Notice of Right to Sue.

**106.** Moore's rights were violated under Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §§ 1981 and 1983.

## PLAINTIFF SHAWNDA BELL

**107.** Ms. Shawnda Bell (hereinafter "Bell") was hired by the BCBOE as a science teacher at Greenville High School in or about August 1999.

**108.** At all times relevant to this action, Bell possessed and maintained her Alabama teacher's certification.

**109.** At all times relevant to this action, Bell was employed by Defendant BCBOE as the Career Tech Counselor at Greenville High School (Butler County Career Academy).

[15]

**110.**   Bell performed her job in a satisfactory manner and received proficient and distinguished scores on her evaluations.

**111.**   Despite Bell's satisfactory job performance, Defendant Strycker took steps to transfer Bell from her position as a Career Tech Counselor at Greenville High School to a position as a guidance counselor at Greenville Middle School, which was tantamount to a demotion. The transfer resulted in embarrassment and humiliation, and questioned Bell's performance as the Career Tech Counselor —amounting to a reduction in prestige and responsibility.

**112.**   Moreover, Defendant Strycker failed to keep confidential any information concerning his plans to transfer Bell.

**113.**   Several of Bell's colleagues and members of the Greenville community learned of Bell's transfer before Bell was even notified that any transfer was to occur.

**114.**   The Defendants' failure to keep confidence caused Bell embarrassment and humiliation.

**115.**   During a May 15, 2018 Butler County Board of Education meeting, Bell openly voiced to Defendants her objection to the involuntary transfer.

**116.**   However, on or about May 15, 2018, Defendant Board transferred Bell despite her objections.

**117.**   Other similarly White counselors were neither transferred nor demoted between May 2018 and December 2018.

**118.**   Defendants discriminated against Bell because of her African-American race.

**119.**   Because of the Defendants' actions, Bell suffered an adverse employment action.

[16]

120.     On or about September 13, 2018, Bell filed with the Equal Employment Opportunity Commission (EEOC) her Charge of Discrimination alleging race discrimination.

121.     On or about October 15, 2018, the EEOC issued and mailed to Bell a Notice of Right to Sue on her Charge.

122.     Bell's rights were violated under Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §§ 1981 and 1983.

## PLAINTIFF REGINA BENNETT

123.     Regina Bennett was hired by Defendant Board on or about 1999 as a preschool teacher.

124.     At all times relevant to this action, Bennett possessed and maintained her Alabama teacher's certification.

125.     On or about 2002, Bennett became a guidance counselor at W.O. Parmer Elementary School in Greenville, Alabama.

126.     Her immediate supervisor at W.O. Parmer Elementary School was Principal Jackie Thornton ("Principal Thornton").

127.     Principal Thornton treated Bennett differently than other similarly situated White colleagues by repeatedly, intentionally, and maliciously mistreated Bennett during her employment with Defendant BCBOE.

128.     Principal Thornton furthered that differential treatment when she would speak to Bennett in a loud, demeaning, and condescending manner in the presence of other colleagues, causing Bennett to feel embarrassment and humiliation.

129.     When Bennett would question Principal Thornton about why she was being treated

[17]

so unfairly and differently than her White colleagues, Principal Thornton threatened Bennett's job by telling Bennett to do as she was told or be transferred.

**130.**     Moreover, Principal Thornton frustrated and interfered with Bennett's ability to complete professional development by denying Bennett's requests for professional development days while permitting other similarly situated White employees to take professional development days without interference.

**131.**     After being subjected to Principal Thornton's hostile and unprofessional behavior, Bennett took her grievances to Defendant Strycker for redress.

**132.**     Defendant Strycker refused to address Bennett's allegations of a hostile work environment and mistreatment by Principal Thornton.

**133.**     He instead met with Bennett and asked her if she thought that she was qualified to be a counselor. This question caused Bennett to fear that she would suffer an adverse employment action in retaliation to her complaint against Principal Thornton and would continue to be subjected to a hostile work environment.

**134.**     After that meeting with Defendant Strycker, Bennett did suffer an adverse employment action.

**135.**     On or about May 1, 2018, Bennett received a letter dated April 26, 2018, signed by Defendant Strycker, stating that Bennett would be reassigned from School Counselor at W.O. Parmer Elementary School to the position of Elementary Teacher at W.O. Parmer Elementary School on or about July 1, 2018.

**136.**     On or about May 4, 2018, Bennett notified Defendant Strycker by letter that she did not agree with the reassignment and that she wanted an opportunity to meet and discuss the

[18]

matter.

137.    On or about May 15, 2018 Defendant Strycker formally recommended to Defendant BCBOE that Bennett be reassigned from guidance counselor to a classroom teaching position.

138.    Defendant BCBOE approved the recommendation on May 15, 2018.

139.    To accomplish the involuntary reassignment, Defendants removed from the classroom Ms. Stephanie Rodrigue (a veteran elementary teacher with at least fifteen years of teaching experience at W.O. Parmer Elementary School) and placed Bennett in Rodrigue's teaching position (even though Bennett has no elementary classroom teaching experience).

140.    Bennett believes that she has been discriminated against because of her African-American race and was subjected to retaliation in violation of Title VII of the Civil Rights Act of 1964, as amended and 42 U.S.C. §§ 1981 and 1983.

141.    Because of the Defendants' actions, Bennett suffered an adverse employment action.

142.    On or about September 11, 2018, Bennett filed with the Equal Employment Opportunity Commission (EEOC) her Charge of Discrimination alleging race discrimination and retaliation.

143.    On or about September 19, 2018, the EEOC issued and mailed to Bennett a Notice of Right to Sue on her Charge.

## VII.    CAUSES OF ACTION

### COUNT I

**(RACE DISCRIMINATION BY ADVERSE EMPLOYMENT ACTION AGAINST JOSEPH WEST IN VIOLATION OF TITLE VII OF THE CIVIL RIGHTS ACT OF 1964, AS AMENDED)**

[19]

**144.** The foregoing paragraphs are re-alleged and incorporated by reference herein.

**145.** Title VII makes it unlawful for an employer "to discriminate against any individual with respect to his compensation, terms, conditions, or privileges of employment, because of such individual's race, color, religion, sex, or national origin." 42 U.S.C. § 2000e-2(a)(1).

**146.** Joseph West is a member of the class of persons protected by the civil rights laws referenced herein in that J. West is African-American. §12102.

**147.** Defendants intentionally, maliciously, and with reckless indifference took adverse employment action and transferred J. West because of his race, color, and or national origin.

**148.** The stated reasons for the Defendants' conduct were not the true reasons, but instead were pretext to hide the Defendants' discriminatory animus. The Defendants' conduct as alleged above constitutes discrimination based on race discrimination in violation of Title VII.

**149.** J. West seeks to redress the wrongs alleged herein in his suit for lost position, an injunctive and a declaratory judgment. J. West is now suffering and will continue to suffer irreparable injury from the Defendants' unlawful policies and practices as set forth herein unless enjoined by the Court.

**150.** As a result of the Defendants' actions, J. West has suffered extreme harm, including, but not limited to, loss of employment opportunities, denial of wages, compensation and other benefits and conditions of employment.

**151.** Additionally, J. West has suffered injury, including pain, humiliation, mental anguish and suffering and loss of enjoyment of life.

## COUNT II

**(RACE DISCRIMINATION BY ADVERSE EMPLOYMENT ACTION AGAINST MARGARET WEST IN VIOLATION OF TITLE VII OF THE CIVIL RIGHTS ACT OF 1964, AS AMENDED)**

[20]

152.   The foregoing paragraphs are re-alleged and incorporated by reference herein.

**153.**   Title VII makes it unlawful for an employer "to discriminate against any individual with respect to his compensation, terms, conditions, or privileges of employment, because of such individual's race, color, religion, sex, or national origin." 42 U.S.C. § 2000e-2(a)(1).

**154.**   Margaret West is a member of the class of persons protected by the civil rights laws referenced herein in that M. West is African-American. §12102.

**155.**   Defendants intentionally, maliciously, and with reckless indifference took adverse employment action and transferred M. West because of her race, color, and or national origin.

**156.**   The stated reasons for the Defendants' conduct were not the true reasons, but instead were pretext to hide the Defendants' discriminatory animus. The Defendants' conduct as alleged above constitutes discrimination based on race discrimination in violation of Title VII.

**157.**   M. West seeks to redress the wrongs alleged herein in her suit for lost position, an injunctive and a declaratory judgment.   M. West is now suffering and will continue to suffer irreparable injury from the Defendants' unlawful policies and practices as set forth herein unless enjoined by the Court.

**158.**   As a result of the Defendants' actions, M. West has suffered extreme harm, including, but not limited to, loss of employment opportunities, denial of wages, compensation and other benefits and conditions of employment.

**159.**   Additionally, M. West has suffered injury, including pain, humiliation, mental anguish and suffering and loss of enjoyment of life.

[21]

## COUNT III

### (RACE DISCRIMINATION BY ADVERSE EMPLOYMENT ACTION AGAINST SHAWNDA BELL IN VIOLATION OF TITLE VII OF THE CIVIL RIGHTS ACT OF 1964, AS AMENDED)

160.    The foregoing paragraphs are re-alleged and incorporated by reference herein.

**161.**    Title VII makes it unlawful for an employer "to discriminate against any individual with respect to his compensation, terms, conditions, or privileges of employment, because of such individual's race, color, religion, sex, or national origin." 42 U.S.C. § 2000e-2(a)(1).

**162.**    Shawnda Bell is a member of the class of persons protected by the civil rights laws referenced herein in that Bell is African-American. §12102.

**163.**    Defendants intentionally, maliciously, and with reckless indifference took adverse employment action and transferred Bell because of her race, color, and or national origin.

**164.**    The stated reasons for the Defendant's conduct were not the true reasons, but instead were pretext to hide the Defendants' discriminatory animus. The Defendants' conduct as alleged above constitutes discrimination based on race discrimination in violation of Title VII.

**165.**    Bell seeks to redress the wrongs alleged herein in her suit for lost position, an injunctive and a declaratory judgment. Bell is now suffering and will continue to suffer irreparable injury from the Defendants' unlawful policies and practices as set forth herein unless enjoined by the Court.

**166.**    As a result of the Defendants' actions, Bell has suffered extreme harm, including, but not limited to, loss of employment opportunities, denial of wages, compensation and other benefits and conditions of employment.

**167.**    Additionally, Bell has suffered injury, including pain, humiliation, mental anguish and suffering and loss of enjoyment of life.

[22]

## COUNT IV

### (RACE DISCRIMINATION BY ADVERSE EMPLOYMENT ACTION AGAINST REGINA BENNETT IN VIOLATION OF TITLE VII OF THE CIVIL RIGHTS ACT OF 1964, AS AMENDED)

168.   The foregoing paragraphs are re-alleged and incorporated by reference herein.

169.   Title VII makes it unlawful for an employer "to discriminate against any individual with respect to his compensation, terms, conditions, or privileges of employment, because of such individual's race, color, religion, sex, or national origin." 42 U.S.C. § 2000e-2(a)(1).

170.   Regina Bennett is a member of the class of persons protected by the civil rights laws referenced herein in that Ms. Bennet is African-American. §12102.

171.   Defendants intentionally, maliciously, and with reckless indifference took adverse employment action and transferred Bennett because of her race, color, and or national origin.

172.   The stated reasons for the Defendants' conduct were not the true reasons, but instead were pretext to hide the Defendants' discriminatory animus. The Defendant's conduct as alleged above constitutes discrimination based on race discrimination in violation of Title VII.

173.   Bennett seeks to redress the wrongs alleged herein in her suit for lost position, an injunctive and a declaratory judgment.  Bennett is now suffering and will continue to suffer irreparable injury from the Defendants' unlawful policies and practices as set forth herein unless enjoined by the Court.

174.   As a result of the Defendants' actions, Bennett has suffered extreme harm, including, but not limited to, loss of employment opportunities, denial of wages, compensation and other benefits and conditions of employment.

175.   Additionally, Bennett has suffered injury, including pain, humiliation, mental anguish and suffering and loss of enjoyment of life.

[23]

## COUNT V

### (ADVERSE EMPLOYMENT ACTION AGAINST REGINA BENNETT BASED ON RETALIATION)

**176.** The foregoing paragraphs are re-alleged and incorporated by reference herein.

**177.** To establish a prima facie case of retaliation forbidden by Title VII, Bennett must show that: (1) she participated in an activity protected by Title VII; (2) she suffered an adverse employment action; and (3) there is a causal connection between the participation in the protected activity and the adverse employment decision. Gupta v. Fla. Bd. of Regents, 212 F.3d 571, 587 (11th Cir.2000). Satchel v. School Bd. of Hillsborough County, 251 Fed.Appx. 626, 628 (11th Cir. 2007).

**178.** Bennett notified Defendant that she believed that she was the victim of hostile work environment. Immediately thereafter, she was reassigned by Defendant.

**179.** Defendant's proffered reasons for Bennett's reassignment were a pretext for discrimination because of her race and in retaliation for Bennett reporting a hostile work environment.

**180.** Bennett seeks to redress the wrongs alleged herein in her suit for injunctive and a declaratory judgment. Bennett is now suffering and will continue to suffer irreparable injury from the Defendants' unlawful policies and practices as set forth herein unless enjoined by the Court.

**181.** As a result of Defendants' actions, Bennett has suffered extreme harm, including, but not limited to, loss of employment opportunities, denial of wages, compensation and other benefits and conditions of employment. Additionally, Bennett has suffered injury, including pain, humiliation, mental anguish and suffering and loss of enjoyment of life.

## COUNT VI

### (HOSTILE WORK ENVIRONMENT AS TO REGINA BENNETT)

182.   The foregoing paragraphs are re-alleged and incorporated by reference herein.

183.   "A hostile work environment claim under Title VII is established upon proof that the workplace is permeated with discriminatory intimidation, ridicule, and insult that is sufficiently severe or pervasive to alter the conditions of the victim's employment and create an abusive working environment." Miller v. Kenworth of Dothan, Inc., 277 F.3d 1269, 1275 (11th Cir.2002).

184.   Bennett seeks to redress the wrongs alleged herein in her suit for injunctive and a declaratory judgment. Bennett is now suffering and will continue to suffer irreparable injury from the defendant's unlawful policies and practices as set forth herein unless enjoined by the Court.

185.   As a result of Defendants' actions, Bennett has suffered extreme harm, including, but not limited to, loss of employment opportunities, denial of wages, compensation and other benefits and conditions of employment. Additionally, Bennett has suffered injury, including pain, humiliation, mental anguish and suffering and loss of enjoyment of life.

## COUNT VII

### (Race Discrimination in Violation of 42 U.S.C. §§ 1981 and 1983 and TITLE VII)

186.   The foregoing paragraphs are re-alleged and incorporated by reference herein.

187.   As set out in detail above, defendants intentionally and maliciously discriminated against Plaintiffs on the basis of race in violation of Title VII and 42 U.S.C. §§ 1981 and 1983.

[25]

188.    The Due Process Clause of the Fourteenth Amendment protects against the deprivation of property without due process of law.  Persons violating the Fourteenth Amendment under color of state law are liable at law and in equity under 42 U.S.C. § 1983.

189.    "The Due Process Clause provides that the substantive rights of life, liberty, and property cannot be deprived except pursuant to constitutionally adequate procedures." Cleveland Board of Education v. Loudermill, 470 U.S. 532, 538-541 (1985).

190.    "The principle that, under the Due Process Clause, an individual must be given an opportunity for a hearing before he is deprived of any significant property interest requires "some kind of hearing" prior to the discharge of an employee who has a constitutionally protected property interest in his employment. The need for some form of pretermination hearing is evident from a balancing of the competing interests at stake: the private interest in retaining employment, the governmental interests in expeditious removal of unsatisfactory employees and the avoidance of administrative burdens, and the risk of an erroneous termination. Cleveland Board of Education v. Loudermill, 470 U.S. 532, 542-545 (1985).

191.    "The essential requirements of due process are notice and an opportunity to respond." Id. at 546.

192.    On May 15, 2018, the BCBOE conducted a meeting that violated Plaintiffs M. West, Bennett, and Bell's substantive and procedural due process rights and equal protection under the law.

193.    On May 31, 2018, the BCBOE violated Plaintiff J. West's substantive and procedural due process rights and equal protection under the law.

194.    Plaintiffs allege that these facts alone are plain examples that, at a minimum, the

[26]

BCBOE did not comply nor follow with proper procedures at the meetings of May 15, 2018 and May 31, 2018, and evidences the fundamental unfairness of the proceedings.

**195.**    Defendants, while acting under color of state law, violated Plaintiffs' clearly established right under the Fourteenth Amendment by depriving them of property rights and equal protection under the law as alleged above.

**196.**    At all material times, individually named Defendants and others were acting under color of state law as agents and employees of Defendant BCBOE.

**197.**    Defendants knew, or should have known, of the race discrimination and condoned, ratified and otherwise allowed the racially discriminatory behavior to continue.

**198.**    Plaintiffs suffered damages as a proximate result of these violations, which were caused by Defendants' policy or custom to allow and condone race discrimination in deliberate indifference to the Plaintiffs' rights.

**199.**    As a direct, legal and proximate result of the discrimination, Plaintiffs have sustained, and will continue to sustain, economic damages to be proven at trial. As a result of Defendants' actions, Plaintiffs have suffered emotional distress, resulting in damages in an amount to be proven at trial. Plaintiffs further seek compensatory and punitive damages and all other injunctive, declaratory, and monetary relief available for violation of their constitutional rights at trial.

200.    Plaintiffs are entitled to reasonable attorneys' fees and costs of suit.

## COUNT VIII

### (42 U.S.C. § 1983 Violation of Fourteenth Amendment Equal Protection)

**201.**    The foregoing paragraphs are re-alleged and incorporated by reference herein.

[27]

**202.**     The Equal Protection Clause of the Fourteenth Amendment commands that no State shall "deny to any person within its jurisdiction the equal protection of the laws," which is essentially a direction that all persons similarly situated should be treated alike. City of Cleburne v. Cleburne Living Center, 473 U.S. 432, 439 (1985).

**203.**     On May 15, 2018, the BCBOE conducted a meeting that violated Plaintiffs M. West, Bell, and Bennett's right of equal protection under the law.

**204.**     On May 31, 2018, the BCBOE violated Plaintiff J. West's right of equal protection under the law.

**205.**     The decision of the Defendants and resulting transfers thereafter, violates the stated purpose of the Alabama Students First Act, which includes "providing for fundamental fairness and due process." Ala. Code (1975) §16-24C-2.

**206.**     Plaintiffs allege that the Defendants treated them differently than similarly situated employees, namely White employees of the BCBOE.

**207.**     Defendants, while acting under color of state law, violated Plaintiff's clearly established right under the Fourteenth Amendment by depriving her of equal protection under the law as alleged above.

**208.**     At all material times, individually named Defendants and others were acting under color of state law as agents and employees of Defendant BCBOE.

**209.**     As a direct, legal and proximate result of the discrimination, Plaintiffs have sustained, and will continue to sustain, economic damages to be proven at trial. As a result of Defendants' actions, Plaintiffs have suffered emotional distress, resulting in damages in an amount to be proven at trial. Plaintiffs further seek compensatory and punitive damages and all other

[28]

injunctive, declaratory, and monetary relief available for violation of their constitutional rights at trial.

    **210.**    Plaintiff is entitled to reasonable attorneys' fees and costs of suit.

## VIII.  PRAYER FOR RELIEF

    **WHEREFORE,** Plaintiffs respectfully pray that this Honorable Court assume jurisdiction of this action and after trial by struck jury:

A. Grant Plaintiffs a declaratory judgment that the practices complained of herein are violative of the rights secured under the First and Fourteenth Amendments to the United States Constitution, 42 U.S.C. §§ 1981 and 1983, and Title VII of the Civil Rights Act of 1964 and the amendments thereto;

B. Grant Plaintiffs an order enjoining defendants and all persons acting in concert with Defendants from engaging in discriminatory employment practices on the basis of race and retaliation;

C. Grant Plaintiffs a permanent injunction enjoining Defendants, their agents, successors, employees, attorneys and those acting in concert with Defendants and at Defendants' request from continuing to violate Title VII;

D. Enter an Order requiring Defendants to make Plaintiffs whole by reinstating them to their previous positions of employment with BCBOE, which they would have had in the absence of discrimination based upon their race and retaliation, back-pay (plus interest), declaratory and injunctive relief, liquidated damages, compensatory and punitive damages, lost seniority, lost healthcare and other fringe benefits, lost retirement, and non-probationary status under applicable Alabama law; and

[29]

E.  Grant Plaintiffs further pray for such other relief and benefits as the cause of justice

may require, including, but not limited to, an award of costs, attorney's fees, costs

and expenses.

**PLAINTIFFS DEMAND TRIAL BY JURY ON ALL CLAIMS**

**RESPECTFULLY SUBMITTED** on December 20, 2018.

/s/ Stanley F. Gray
**STANLEY F. GRAY (GRA053)**
*Counsel for Plaintiffs*
Gray Langford Sapp McGowan Gray
Gray & Nathanson
P.O. Box 830239
Tuskegee, AL 36083-0239
Telephone: (334) 727-4830
Email: sgray@glsmgn.com

/s/ Fred D. Gray, Jr.
**FRED D. GRAY, JR. (GRA044)**
*Counsel for Plaintiffs*
Gray Langford Sapp McGowan Gray
Gray & Nathanson
P.O. Box 830239
Tuskegee, AL 36083-0239
Telephone: (334) 727-4830
Email: fgrayjr@glsmgn.com

/s/ J. Carlton Sims, Jr.
**J. CARLTON SIMS, JR. (SIM091)**
*Counsel for Plaintiffs*
P.O. Box 373
Montgomery, AL 36101-0373
Telephone: (334) 328-2294
Email: jcsimslegal@gmail.com

**VICTORIA D. RELF (REL004)**
*Counsel for Plaintiffs*
Alabama Education Association
P.O. Box 4177
Montgomery, AL  36103-4177
Telephone: (334) 834-9790
Email: victoria.relf@alaedu.org

/s/ Monica L. Arrington
**MONICA L. ARRINGTON (ARR003)**
*Counsel for Plaintiffs*
Arrington & Arrington
2501 Bell Road
Montgomery, Alabama 36117
Phone: (334) 270-2007
E-mail: arringtonmon@aol.com

[30]

## **DEFENDANTS TO BE SERVED**
To Be Served by Certified Mail:

Butler County Board of Education
211 School Highlands Road
Greenville, AL 36037

John Strycker
Superintendent, Butler County Board of Education
211 School Highlands Road
Greenville, AL 36037

Linda Hamilton
Member, Butler County Board of Education
211 School Highlands Road
Greenville, AL 36037

Mickey Jones
Member, Butler County Board of Education
211 School Highlands Road
Greenville, AL 36037

Michael Nimmer
Member, Butler County Board of Education
211 School Highlands Road
Greenville, AL 36037

Lois Robinson
Member, Butler County Board of Education
211 School Highlands Road
Greenville, AL 36037

Brandon Sellers
Member, Butler County Board of Education
211 School Highlands Road
Greenville, AL 36037